No. 23-1108

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff / Appellee*,

v.

DEDRIC MAYFIELD,
*Defendant / Appellant.*

On Appeal from the United States District Court
for the District of Colorado,
The Honorable William J. Martinez
1:21-cr-00341-WJM

APPELLANT'S OPENING BRIEF

Benjamin Miller
P.O. Box 58144
Salt Lake City, UT 84158
(617) 701-7774
ben@appellatedefense.com

*Counsel for Mr. Mayfield*

ORAL ARUGMENT IS REQUESTED

## TABLE OF CONTENTS

Table of Authorities ................................................................. iv

Statement of Prior of Related Appeals ................................... ix

Statement of Jurisdiction ........................................................ 1

Statement of the Issues .......................................................... 2

Statement of the Case ............................................................. 3

    A.  The district court orders  defense counsel to stipulate to the government's evidence to the "maximum extent possible" or start trial on "very bad footing." ....................... 4

    B.  The government presents its evidence to the jury with no objections from the defense. ............................................ 6

    C.  The district court refuses to pause trial for a sick juror due to its own deadline that was over 48 hours away. ....... 19

Summary of the Argument .................................................... 22

Argument ............................................................................... 24

I. The court's order requiring counsel to cooperate with the government or start trial on very bad footing violated Mr. Mayfield's rights. ............................................................. 24

    A.  Standard of Review ..................................................... 25

    B.  It is obvious error that courts cannot force defense counsel to ease the government's path to a conviction. ...... 26

    C.  Courts err in appearing to be vindictive if defendants exercise their legal rights. ................................................. 30

    D.  It is impossible to know how trial would have unfolded had it not been for the court's misguided mandate to the defense. ............................................................................. 38

E.  The court's conduct in forcing defense counsel to cooperate with the government affected Mr. Mayfield's rights and undermined the fairness and integrity of trial. ................................................................46

II.    Applying *Bruen*, 18 U.S.C. § 922(g)(1) is facially unconstitutional and Mr. Mayfield's conviction must be vacated.................................................................52

A. Standard of Review .....................................................52

B.  From *Heller* to *Bruen*. ...................................................53

C.  Step one: The Second Amendment's "plain text" protects Mr. Mayfield's possession of ammunition............58

D.  Step two: When there were no prohibitions on felons possessing guns until the twentieth century, the government cannot show § 922(g)(1) is consistent with the "historical tradition of firearm regulation."........................62

E. Reversal is warranted even under plain error. .............69

Conclusion..............................................................74

Statement Regarding Oral Argument ..................................75

Certificate of Compliance.......................................76

Certificate of Digital Submission.........................................77

Certificate of Service.............................................78

Attachment A.......................................................79

Attachment B.......................................................83

Attachment C.......................................................88

**LIST OF ATTACHMENTS**

Attachment A: District court's order to defense to stipulate to the government's expected evidence.

Attachment B: Act of May 8, 1792, § 1, 1 Stat. 271.

Attachment C: Examples of state militia statutes passed shortly before or after 1791.

# TABLE OF AUTHORITIES

## CASES

*Arizona v. Fulminante,* 499 U.S. 279 (1991) .................38, 39

*Bordenkircher v. Hayes*, 434 U.S 357 (1978) ........................24

*Commonwealth v. Dew*, 210 N.E.3d 904 (Mass. 2023) .........45

*District of Columbia v. Heller,*
    554 U.S. 570 (2008).................................................*passim*

*Herring v. New York*, 422 U.S. 853 (1975)...........................27

*Jackson v. City of San Francisco,*
    746 F.3d 953 (9th Cir. 2014) .............................................61

*Lockett v. Trammell*, 711 F.3d 1218 (10th Cir. 2013)...........25

*Luis v. United States*, 578 U.S. 5 (2016) .............................61

*Neder v. United States*, 527 U.S. 1 (1999) ...........................38

*New York State Rifle & Pistol Ass'n, Inc. v. Bruen,*
    142 S. Ct. 2111 (2022)................................................*passim*

*Range v. Attorney General of the United States,*
    69 F.4th 96 (3d Cir. 2023) (en banc) ...........................63, 72

*Rosales-Mireles v. United States*, 138 S. Ct. 1897 (2018).....50

*Rose v. Clark,* 478 U.S. 570 (1986) .....................................38

*Silvester v. Becerra*, 138 S. Ct. 945 (2018)...........................53

*Sprint Communications Co. v. APCC Services, Inc.,*
    554 U.S. 269 (2008)...........................................................65

*State Bank v. Baty*, 439 F.2d 910 (10th Cir. 1971)..............42

*State v. Watson*, __ A.3d __, 2023 WL 4918557 (N.J. Aug. 2, 2023) ............................................48

*Strickland v. Washington*, 466 U.S. 668 (1984)..................45

*Sullivan v. Louisiana*, 508 U.S. 275 (1993) ........................40

*Thorne v. United States*, 46 A.3d 1085 (D.C. 2012) ..............34

*United States v. Algarate-Valencia*, 550 F.3d 1238 (10th Cir. 2008) .........................................25

*United States v. Booker*, 644 F.3d 12 (1st Cir. 2011)............64

*United States v. Bowline*, 917 F.3d 1227 (10th Cir. 2019) ...53

*United States v. Bullock*, ___ F. Supp. 3d ___, 2023 WL 4232309 (S.D. Miss. June 28, 2023) .............63, 72

*United States v. Carel*, 668 F.3d 1211 (10th Cir. 2011)........52

*United States v. Cotton*, 535 U.S. 625 (2002)........................46

*United States v. Crocker*, 788 F.2d 802 (1st Cir. 1986)........31

*United States v. Cronic,* 466 U.S. 648 (1984) .................37, 47

*United States v. Cruz*, 977 F.2d 732 (2d Cir. 1992) .............33

*United States v. Daniels*, __ F.4th __, 2023 WL 5091317 (5th Cir. Aug. 9, 2023) ........................72

*United States v. Gonzalez-Huerta*, 403 F.3d 727 (10th Cir. 2005) ...........................................71

*United States v. Gonzalez-Lopez,* 548 U.S. 140 (2006) .........38

*United States v. Goodwin*, 457 U.S. 368 (1982)....................32

*United States v. Herrera*, 51 F.4th 1226 (10th Cir. 2022), *cert. denied*, __ S. Ct. __ 2023 WL 4065627 (2023)............69

*United States v. Hutchings*, 757 F.2d 11 (2d Cir. 1985) ....... 26

*United States v. Jackson*, 69 F.4th 495 (8th Cir. 2023) ........ 73

*United States v. James*, 257 F.3d 1173 (10th Cir. 2001) ...... 71

*United States v. Jimenez-Shilon*,
34 F.4th 1042 (11th Cir. 2022) .......................................... 60

*United States v. Lampley*, 127 F.3d 1231 (10th Cir. 1997) .. 30

*United States v. McCane,* 573 F.3d 1037 (10th Cir. 2009) ... 70

*United States v. Meza-Rodriguez*,
798 F.3d 664 (7th Cir. 2015) .............................................. 60

*United States v. Miller*, 307 U.S. 174 (1939) ....................... 61

*United States v. Olano*, 507 U.S. 725 (1993) ................. 26, 71

*United States v. Rahimi*, 61 F.4th 443 (5th Cir. 2023), *cert.
granted*, __ S. Ct. __ (June 30, 2023) ................................ 72

*United States v. Recio*, 371 F.3d 1093 (9th Cir. 2004) .......... 38

*United States v. Reese*, 627 F.3d 792 (10th Cir. 2010) .......... 52

*United States v. Sabillon-Umana*,
772 F.3d 1328 (10th Cir. 2014) ......................................... 50

*United States v. Salas*, 889 F.3d 681 (10th Cir. 2018) ......... 72

*United States v. Skoien*,
614 F.3d 638 (7th Cir. 2010) (en banc) ............................. 64

*United States v. Trujillo*, 960 F.3d 1196 (10th Cir. 2020) .... 25

# STATUTES

18 U.S.C. § 1291.................................................................... 1

18 U.S.C. § 922............................................................*passim*

Act of May 8, 1792, § 1, 1 Stat. 271 ......................................67

# RULES AND GUIDELINES

Fed. R. Crim. P. 12................................................................80

Fed. R. Crim. P. 52(b) ..........................................................50

# CONSTITUTIONAL PROVISIONS

U.S. Const. amend. II ....................................................*passim*

U.S. Const. amend. VI ...................................................*passim*

U.S. Const. amend. XIV..................................................*passim*

# OTHER AUTHORITIES

ABA Criminal Justice Standard, Defense Function (2017) .30

Adam Winkler, *Heller's Catch-22*, 56 UCLA L. Rev. 1551
(2009) ................................................................................63

Antonin Scalia & Bryan A. Garner, *Reading Law: The
Interpretation of Legal Texts* § 24 (2012) ..........................59

C. Kevin Marshall, *Why Can't Martha Stewart Have A Gun?*,
32 Harv. J. L. & Pub. Pol'y 695 (2009) ...............................63

Carlton F.W. Larson, *Four Exceptions in Search of a Theory*, 60 Hastings L.J. 1371 (2009) .............................................63

Daniel Harawa, *Trials Without Justice*, Inquest (Sept. 21, 2021) ...................................................................36

John Gramlich, *Fewer than 1% of defendants in federal criminal cases were acquitted in 2022*, Pew Research Center (June 13, 2023).......................................................36

Jonathan Rapping, *Evidence Blocking: How the Defense Can Define the Legal Landscape at Trial*, 33 Am. J. Trial Advoc. 1 (2009) ........................................27

Lara Bazelon, *A great criminal defense attorney is a zealot, despite its negative connotations*, ABA Journal (Oct. 27, 2021)..............................................29

## STATEMENT OF PRIOR OF RELATED APPEALS

There have been no prior or related appeals.

## STATEMENT OF JURISDICTION

On April 20, 2022, Defendant-Appellant Dedric Mayfield was found guilty by a jury of possession of ammunition by a prohibited person in violation of 18 U.S.C. § 922(g)(1). ROA at 6-7.[1] On March 24, 2023, he was sentenced to 120 months with three years of supervised release. *Id.* at 58. He filed a notice of appeal on April 5, 2023. ROA Vol. I at 4. This Court has jurisdiction pursuant to 18 U.S.C. § 1291.

---

[1] All record citations are to the third volume unless otherwise indicated.

## STATEMENT OF THE ISSUES

1. Were Mr. Mayfield's Sixth and Fourteen Amendment fair trial and due process rights violated when the court required his attorney to stipulate to the admissibility of the government's evidence to the "maximum extent possible" otherwise the defense would start trial on "very bad footing" with the court.

2. Whether, pursuant to *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), 18 U.S.C. § 922(g)(1) is facially unconstitutional under the Second Amendment, which requires that Mr. Mayfield's conviction be vacated.

## STATEMENT OF THE CASE

The right to due process, a fair trial, and effective representation requires counsel's undivided loyalty to protecting a defendant's rights. But in this case, the district court forced Mr. Mayfield's counsel to prioritize cooperating with the government in what, at minimum, appeared to be a misguided devotion to concluding trial as quickly as possible. At the final pretrial conference, the judge repeatedly "direct[ed]" defense counsel to stipulate to the admission of the government's evidence to "the maximum extent possible." If counsel did not, the judge warned that defense counsel— and by extension Mr. Mayfield—would be "starting on very bad footing with me[.]" ROA at 620.

By the beginning of trial, counsel had stipulated to the authenticity and admissibility of nearly all the government's evidence, relieving the government of its burden of proof.

**A.** **The district court orders defense counsel to stipulate to the government's evidence to the "maximum extent possible" or start trial on "very bad footing."**

Less than a week before trial began, the parties met for the final pretrial conference. ROA at 597-636. The government had submitted a list of 89 exhibits it hoped to introduce at a trial for possession of ammunition. *Id*. at 619. At that point, the defense had not stipulated any were admissible. *Id*.

Upon learning defense counsel had not stipulated, the court said: "[F]irst of all, let me tell you that is not acceptable. … I'm going to direct you to … confer with government counsel by tomorrow, and I want you to stipulate to the maximum extent possible to the authenticity and admissibility of these government exhibits." *Id*. at 619-20; *see also* Attachment A.

The court warned that counsel would be "starting on a very bad footing with me if you do not, at least, at a minimum, stipulate to the authenticity of these exhibits." The court said that "[n]othing is going to put this jury to sleep quicker and derail the momentum of both sides if we have to plow through

the foundational questioning to establish the authenticity of an exhibit." *Id.*

The court continued: "As to admissibility, you better have a really good reason why—and of course there are some reasons, and—but I need you to stipulate, to the maximum extent possible given your fiduciary duties to your client. Do we understand each other." *Id.*

Counsel said he understood. *Id.*

By the time trial began, defense counsel had stipulated to the admissibility and authenticity of nearly all of the government's expected exhibits. *Id.* at 358.

**B.** **The government presents its evidence to the jury with no objections from the defense.**

Trial started with opening statements, where the first words from the prosecutor were: "Denver is not the Wild Wild West. Disputes are not settled by shoot-outs unless, of course, you're Dedric Mayfield." ROA at 369. Defense counsel objected, but the court immediately overruled. *Id.*

Trial then unfolded with the government able to introduce all of its evidence without objection and have its witnesses testify, also without objection. There were no objections even when multiple witnesses narrated videos and offered their opinions, despite their having no first-hand knowledge of what the videos showed. One witness even testified to the contents of a private company's surveillance video that he merely recorded with his cell phone. And other witnesses, though not qualified as experts, explained ballistics and a forensic technology to the jury.

The government's first witness, Witness, testified to hearing eight or nine gunshots that he thought came from two

shooters. *Id.* at 383-85, 395. Witness lived and worked in the area and frequently heard gunshots. *Id.* at 391. In fact, when police contacted him before trial to discuss "the shooting," he needed them to clarify, "which shooting." *Id.* at 392.

At the time Witness heard the shooting, Detective Baran was operating a surveillance camera at the department that allowed him to observe the same area as the shooting. *Id.* at 402.[2] Police could control these cameras from the police department but the cameras themselves were set up in areas they deemed to be "high activity location[s]." *Id.* at 400.

That day, while Baran operated the camera, he asked Detective Rhoderic Patrick to check a license plate number.

---

[2] Prior to trial, the government sought a continuance because Baran was unavailable. ROA at 603. The government believed it was "essential" that Baran testify to how he operated the camera and why he chose to focus on certain areas. *Id.* at 603. The defense agreed the officer was unavailable but did not think he was essential. *Id.* The defense stipulated to the authenticity of the video and that other officers could testify to what the video showed, but did not see the relevance in having him tell the jury why he operated the camera in a certain way. *Id.* at 607-13. The court denied the request to continue trial. *Id.* at 614.

*Id.* at 402. Eventually Patrick learned the vehicle was registered to a woman named Mele Lavaka. *Id.* at 410.

About ten minutes later, Baran yelled to Patrick, "There's a shooting." ROA at 404. Patrick went to watch and saw a man and a woman get into a vehicle and drive away. *Id.* at 404. The detectives rewound the video to see what it had previously captured. *Id.* at 502.

The government played the video for the jury and had Patrick narrate each clip. *Id.* at 145-159; Ex 8. After various clips played, the prosecutor repeatedly asked Patrick what was "significant" to him based on his review. *Id.* at 147, 148, 150, 152, 153, 154, 155.

The first clip began with a black Ford Explorer parking on the side of the street. *Id.* at 145. Patrick told the jury that the video showed a tall man get out of the passenger seat wearing a white tank top, white shorts, and a baseball cap. *Id.* at 146. This man was very muscular and had a lot of tattoos. *Id.* at 147. Though Patrick claimed his experience allowed him to recognize most people who sold drugs in the area, he did

not know who the man in the white tank top was. *Id.* at 150-51. A woman in shorts and a yellow shirt got out of the driver's seat. *Id.* at 147.

The man in the white tank top briefly got into the passenger seat of a car. *Id.* at 148. The video showed him appearing to talk to the driver for about a minute before getting out holding his cellphone. *Id.* Patrick guessed that it was a drug transaction, testifying that when the man got out, it "looks like he puts money or something back in his pocket, and continues back over to where he was standing." *Id.* Nothing in the video ever showed drugs, an object, or money exchange between the two people.

In the next clip, Patrick said he saw the man in the white tank top "reach[] down in the left side of his underwear" and "appears to manipulate something." *Id.* at 149. He had no idea what that "something" was but guessed the movement was "indicative of narcotics dealers." *Id.* at 149.

The video showed the man in the white tank top in a discussion with a man wearing camouflage-colored shorts.

The government asked Patrick, "was there anything about the interaction between those two men on the screen that stood out to you?" *Id.* at 153-54. Patrick answered: "Yeah, they[] definitely don't like each other. Their body language, you can see they're having words. Their postures are absolutely, you know, they don't like each other. And to me that looks l[ike] they're going to get into a fight or something." *Id.* at 154.

The government followed up with a very similar question about the next clip: "[W]hat about that clip was significant to you?" *Id.* at 154. And Patrick provided a similar answer: "Again, they continued to argue and have aggressive … postures towards one another. You know, kind of looking each other up and down as if something bad's going to happen." Then as the man in the tank top started to walk away, Patrick believed, "[H]e looks to me like he's either pretending he has a gun or something, but he's constantly hanging onto his right side as he's you know, aggressively confronting this other individual." *Id.* at 154-55.

As the video played, Patrick told the jury what they were watching: "The guy in white goes to the front passenger seat that he had been in numerous times, opens the door. Obviously, he's still having words with this gentleman. And reaches in and grabs something. As he starts to come out the door. The gentleman in camo realizes probably that he's got a gun, and he runs. And everyone else kind of reacts in the same way. The guy in the white runs north towards the guy in the camo." *Id*. at 156. Patrick continued, "The guy in white heads up to the alley where the guy in the camo was. He … looks westbound, pulls out a gun, you know, and points it basically in a shooter stance westbound in the alley towards the guy that was running in the camo." *Id*. at 157.

When the government was done playing the video, it introduced photographs taken of the video, that Patrick described to the jury as well. *Id*. at 160-65.

Patrick testified that he spoke with a parole officer who told him about Ms. Lavaka, the woman who owned the Ford Explorer in the video. R. 166. He testified he learned she was

on parole at the time and living at an address in Lochbuie, Colorado. *Id*. Patrick later spoke with another parole officer who told him that her boyfriend also lived at the same address and his name was Dedric Mayfield. *Id*. at 166-67.

Patrick looked up Mr. Mayfield's DMV records. He testified, "I then queried the name, got a DMV photo of [Mr. Mayfield], and as well as other investigative databases I looked at to look at tattoos and a lot of photos that he – he's been arrested under." *Id*. at 167. Patrick compared the photographs of Mr. Mayfield he found to still photographs from the surveillance camera footage. And he concluded, "To me that's—that's him." *Id*. at 169. Patrick made an in-court identification that the man in court sitting next to defense counsel was the same person he saw in the DMV photographs and on the surveillance camera. *Id*. at 170-71.

On cross-examination, Patrick admitted he did not know if any drug deals had actually occurred in the video, despite his direct testimony otherwise. *Id*. at 172. He acknowledged not checking to see if there were other shootings in the area

that day. He made that assumption because there were no other calls to police about a shooting and no indication from ShotSpotter of other shootings. *Id.* at 178-80. He did not attempt to review other portions of the camera footage because he assumed it would not be relevant. *Id.* at 114. Lastly, he acknowledged that merely having a gun does not mean the gun is loaded. *Id.* at 192-93.

Prosecutors then had another law enforcement witness narrate a different video that, like Patrick, he too had not actually watched in real-time. Officer Andrew James had gone to the scene of the suspected shooting and reviewed a private company's surveillance video. He did not secure the actual video but instead used his cell phone to record the footage as he watched it. It was his recording that the government played at trial. ROA at 225-26. No one with knowledge of the surveillance camera—how it worked, what it recorded—testified.

The government played for the jury the video James' recorded on his phone. *Id.*; *see also* Ex. 9. The prosecutor

asked the officer: "What did you just watch in Government's Exhibit 9?" He answered, "What I saw was a male in a white tank top and baggy shorts who … appeared to fire a weapon at the male that was running with the red baseball cap and black shirt." *Id.* at 227. The government played exhibit 10, which was also a video he had recorded with his cell phone from surveillance footage, and again asked the officer what he just saw: "The same male before that I thought fired a weapon ran northbound on Verbena, he appeared to be chasing the male in the red baseball cap and black shirt into the alleyway. … I guess, [this video] come [sic] right before the last video." *Id.* The officer also saw on a video that the man in the black shirt had a gun in his hand. *Id.* at 228.

The prosecutor showed James photographs from the video that he had narrated to the jury and asked him to explain what was depicted in each. *Id.* at 229. For example, the prosecutor asked "what is this screenshot of," which the officer used to tell the jury about his experience. He answered, "So part of my law enforcement experience when I was at the

Jefferson County Sheriff's Office, was a POST handgun instructor. … I instructed the use of handguns for recruits and in-service training. So what you would have seen [in the photograph] was this gentleman appearing to take what we call a shooter stance, when his arms are pointed out, just like this. At this point, he's moved forward, advanced on the gentleman with the red baseball cap and black shirt, and appeared to be discharging a weapon at him." *Id.* at 229-30.

The officer testified that police looked for shell casings in the spot where they thought the man in white had fired the gun. *Id.* at 231. But he admitted that in the videos he watched, he never saw a muzzle flash, which would have been indicative of the gun actually firing. *Id.* 240. Yet when the prosecutor asked if he had "any doubt that the man in the white fired" a gun, he answered, "I don't." *Id.* at 242.

The next officer testified that he went to the alley, where it was believed the man in the white tank top had fired a gun, and found five shell casings. *Id.* at 251. Though never qualified as an expert, he told the jury these casings were

"consistent" with each other. *Id*. Also, the prosecutor asked him to "explain" to the jury "what happens to a round of ammunition when you fire," and he responded: "So when you fire a handgun, the ejection port is going to be to the right. When you fire a handgun, the – the shell casings like these I have in front of me, they eject to the right, and they approximately fly about 6 feet from the handgun. … [Casings] will travel, I would approximate, about a half foot higher than the gun that's being held." *Id*. at 255. He testified, "[f]rom the information that was passed on to me, the location of these shell casings were consistent with where a suspect would have been [when shooting]." *Id*. at 255.

After the officer had left the alley, a resident called to report finding a casing the officer had missed. *Id*. at 257-60. Also, an employee at an area gas station reported a shot having struck a window and the door of an interior cooler. *Id*. Though the officer searched the cooler, he missed the bullet. *Id*. The owner found it inside the cooler afterwards.

An ATF agent testified that the shell casings police found were made by Remington, which he said did not manufacture bullets in Colorado.[3] *Id.* at 276. He explained this meant the bullets had to have traveled in "interstate commerce" in order to reach Colorado where they were recovered by police. *Id.*

Another officer testified about ShotSpotter, which is an "acoustic audio system that essentially detects when gunfire is occurring." *Id.* at 308. He testified that absent an alert from ShotSpotter there could not have been a shooting in an area. *Id.* at 321. He also said that around the time police believed a shooting happened in this case, his first examination of ShotSpotter detected five shots. *Id.* But once he learned there had actually been two shootings, he did a "secondary examination" of the ShotSpotter report and determined there were eight shots fired. *Id.* at 324. Despite what ShotSpotter indicated, police found a total of 11 shell casings fired from at least two different guns. *Id.* at 255, 321-24.

---

[3] The ATF agent testified as an expert. ROA at 87, 271.

Police seized and searched Mr. Mayfield's cell phone. On his phone, there was a sent text message a few hours after the shooting that said, "Bro, been getting into them old wild wild weird shit," followed by "West." *Id*. at 313. The government also played jail calls made by Mr. Mayfield to a person they believed was Ms. Lavaka. He told her his life was in "imminent danger" and that nobody actually got shot, which they believed related to the shooting. *Id*. at 315. He also said on another call, "I ain't do shit." *Id*. at 319.

## C. The district court refuses to pause trial for a sick juror due to its own deadline that was over 48 hours away.

During a break in trial on Tuesday April 19, the court learned from a deputy that a juror had been feeling nauseas. The court preferred to just dismiss the juror and move on. ROA at 291-92. The defense asked if it was possible to recess for the day and decide the following day if that juror could continue. *Id.* The court asked the deputy if it was a "fleeting" ailment. *Id.* at 292. The deputy responded, "I'm not a doctor" but the juror indicated "he would like to try to return tomorrow." *Id.*

The judge's primary concern was that recessing for the day may cause the trial to extend beyond Thursday, and he had already told the jurors that would not happen. *Id.* The defense said he believed the case was moving "a little quicker than we anticipated" and that even if they recessed for the day the trial would still finish by Thursday. *Id.* at 293. After speaking with the juror, who did not feel well at the time but

did not want to be dismissed from the case, the court had the juror remain and continued with the day. *Id.* at 296.

About an hour later, the deputy told the judge the juror still was not feeling well and suggested the juror should be excused. *Id.* at 330. Referencing defense counsel, the court said, "well, he's the one objecting to it." *Id.* Again, the defense did not object to the juror going home but asked if they could resume the next day to determine if he could continue at that point. The court refused and dismissed the juror. *Id.* at 333.

Trial testimony then resumed—spanning two transcript pages—and the government rested. *Id.* at 335-36. The court denied the defense's motion for acquittal. Because the defense did not put on any witnesses or evidence, the parties discussed final instructions. *Id.* at 337-52. The proceedings ended for the day minutes after 3:30. *Id.* at 352.

The following morning, the jury received instructions and heard closing argument. As part of the instructions, the jury learned that the defense stipulated to Mr. Mayfield's knowledge of his prior felony conviction and to his identity as

the man in the white tank top on the video. *Id.* at 83. For closing argument, though each side asked for 40 minutes, the court allowed only thirty. *Id.* at 349.

Later that afternoon, the jury returned its verdict and found Mr. Mayfield guilty of having a prior felony conviction and knowingly possessing ammunition affecting interstate commerce. *Id.* at 136-37. Trial concluded over a day before the court's self-imposed deadline.

## SUMMARY OF THE ARGUMENT

Two errors of constitutional magnitude require reversal of Mr. Mayfield's conviction.

First, the district court's order to trial counsel to cooperate with the government or start trial on "bad footing" violated Mr. Mayfield's due process and fair trial rights. At minimum, the court's mandate had the appearance of implying it would act in a vindictive way against the defense if Mr. Mayfield's counsel insisted on putting the government to its burden of proof. The court repeatedly told counsel it was "not acceptable" to fail to stipulate to the government's evidence to the "maximum extent possible"—the very pieces the government needed to meet its burden. The court's warning resulted in counsel stipulating to the government's evidence and then not objecting at trial, removing hurdles that may have been placed in the government's way. The error harmed Mr. Mayfield's substantial rights and compromised the fairness of trial.

Second, this Court should vacate Mr. Mayfield's conviction because 18 U.S.C. § 922(g)(1) is facially unconstitutional under the Second Amendment. Applying *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), the government cannot meet its heavy burden of proving that a lifetime ban for a person with any felony conviction from possessing a firearm is consistent with the nation's "historical tradition of firearm regulation." There was no ban on any felons—even violent felons—possessing firearms until the early twentieth century. And people with felony convictions were not exempted from militia duty, and as members of the militia they were required to possess firearms. Given both historical facts, *Bruen* dictates that § 922(g)(1) be declared unconstitutional and Mr. Mayfield's conviction vacated.

**I.  The court's order requiring counsel to cooperate with the government or start trial on very bad footing violated Mr. Mayfield's rights.**

"To punish a person because he has done what the law plainly allows him to do is a due process violation of the most basic sort." *Bordenkircher v. Hayes*, 434 U.S 357, 363 (1978) (citation omitted). But here, though our adversarial system grants Mr. Mayfield the right to force the government to meet its burden of proof, the district court warned counsel there would be punishment if there was anything but "maximum" cooperation with the government. Requiring defense counsel to prioritize cooperating with the government contradicts any notion of due process and a fair trial, in particular when the entire defense case was to poke holes in the government's evidence. The court's laser-like focus on efficiency trampled Mr. Mayfield's trial rights and eased the path for the government to convict him. Reversal is required.

## A.    Standard of Review

Though there was no objection, this Court should address the issue as if it was preserved. Once the court required counsel to cooperate or face repercussion, the error was complete and the bell could not be unrung. Any objection would have been futile. An issue is preserved if under "any context" "it is absolutely clear an objection would have been futile." *United States v. Algarate-Valencia*, 550 F.3d 1238, 1243 n.4 (10th Cir. 2008). Reversal is required unless the government can show it was harmless beyond a reasonable doubt. *Lockett v. Trammell*, 711 F.3d 1218, 1232 (10th Cir. 2013).

If this Court does not apply the futility exception, reversal is still required for plain error. This Court has applied the plain error standard less rigidly when reviewing a potential constitutional error. *United States v. Trujillo*, 960 F.3d 1196, 1201 (10th Cir. 2020). Plain error requires an error, that is plain, that affected a defendant's substantial rights, and that seriously affected the fairness or integrity of

judicial proceedings. *United States v. Olano*, 507 U.S. 725, 732 (1993).

**B.  It is obvious error that courts cannot force defense counsel to ease the government's path to a conviction.**

It is "clearly improper" to punish defendants who "stand" on their "right to put [the] government to its [burden of] proof." *United States v. Hutchings*, 757 F.2d 11, 14 (2d Cir. 1985). Here, however, the district court made it explicit to defense counsel that there would be punishment if the defense failed to cooperate. What should be obvious is that defendants have a right to a fair trial; a right to hold the government to its burden; and a right to representation where counsel can operate without fear of repercussion for zealously defending a client. The court brushed those fundamental rights aside in what, at minimum, was a desire to reach the conclusion of trial as quickly as possible.

**First**, there is nothing unacceptable about any defense attorney choosing not to stipulate to a single piece of the government's evidence. The Supreme Court has said the "very

premise of our adversary system" is that "partisan advocacy on both sides of a case will best promote the ultimate objective" of justice. *Herring v. New York*, 422 U.S. 853, 862 (1975). Nevertheless, the district court told counsel it was "not acceptable" to fail to stipulate to the "maximum extent possible." The court repeated its scolding multiple times. ROA at 619-21. Whether and what to stipulate to is trial strategy within the discretion of any attorney. All that is unacceptable is a court requiring counsel to stipulate.

A defense approach of seeing if the government has the ability to introduce each piece of evidence it wants is basic defense practice. "A defense attorney's job is to shape the facts of the case in a manner most favorable to her client. … As a starting point, the defense attorney should consider every conceivable way to exclude every piece of evidence in the case." Jonathan Rapping, *Evidence Blocking: How the Defense Can Define the Legal Landscape at Trial*, 33 Am. J. Trial Advoc. 1, 4-5 (2009).

**Second**, it is the government's burden to prove its case and do so in a way that the jury can follow. The court here, however, seemed to believe it fell on the defense counsel to consider how a jury may react to the government's case. Whether the jury would be put to "sleep," as the court believed by arguments against various pieces of the *government's* case, was for the government to worry about. ROA at 620. It is antithetical to the defense counsel function to accommodate the government so that its case is presented in the most pleasing way possible. Helping the government streamline its evidence presentation should have been of no concern to *both* the court and defense counsel. Here, however, the court was concerned and made sure defense counsel was too.

**Third**, it was improper for the court to tell defense counsel it was "not acceptable" to fail to stipulate to the "maximum extent possible." But the court did not stop there. It went a step further by ensuring counsel—and Mr. Mayfield—knew there would be repercussions in not stipulating. The court told counsel he would be "starting on

very bad footing with me if you do not" stipulate. *Id*. The message was undeniable—the court would hold it against the defense if it put the government to its burden.

**Fourth**, the court's clear warning to stipulate contained an unclear message for counsel to remember his "fiduciary duties to your client." *Id*. at 620. The implication appeared to be counsel needed to consider the extent to which zealous representation required more time and thus greater expense. Besides the fact counsel here was appointed, decisions on how to defend a case need to be based on what is best for the client. And whatever the court could have meant, any "fiduciary duty" was far exceeded by counsel's ethical obligation to provide zealous representation to Mr. Mayfield. *See* Lara Bazelon, *A great criminal defense attorney is a zealot, despite its negative connotations*, ABA Journal (Oct. 27, 2021) ("[A]ny defense attorney who aspires to excellence is by necessity a zealo[us] [advocate].").[4] Indeed, in reviewing the ABA's

---

[4] Available at https://www.abajournal.com/voice/article/a-great-criminal-defense-attorney-is-a-zealot.

standard for the defense function, the requirement to zealously represent a client appears multiple times; there is not a word about a "fiduciary" duty. *See* ABA Criminal Justice Standard, Defense Function (2017).[5]

## C. Courts err in appearing to be vindictive if defendants exercise their legal rights.

This Court, in *United States v. Lampley*, held that the government "may not punish" a defendant exercising a constitutional right. 127 F.3d 1231, 1245 (10th Cir. 1997). The same holds true when it is the court threatening punishment. *See id.* ("[T]he right to the assistance of counsel" must include that there "can be no restrictions upon the function of counsel … in accord with the traditions of the adversary fact-finding process[.]"). The "inquiry is whether as a practical matter there is a realistic or reasonable likelihood" of a "punitive animus towards the defendant because he exercised his specific legal rights." *Id.* (internal citations omitted). Here, Mr. Mayfield had the right to force the government to be able

---

[5]  Available at https://www.americanbar.org/groups/criminal_justice/standards/DefenseFunctionFourthEdition/.

to prove its case. But the court exhibited a punitive animus towards him and his counsel if they fully put the government to its burden of proof.

An indication of how improper the court's comments were is that undersigned counsel has not found a single case where a judge threatened defense counsel with repercussions if counsel did not stipulate to the prosecution's planned evidence. However, in an analogous situation, courts have repeatedly held that judges violate a defendant's rights when it appears they have penalized defendants at sentencing for making the government prove its case.

For instance, in *United States v. Crocker*, the First Circuit concluded that the trial judge's comments on the defendant's decision to stand trial raised the impermissible possibility that he was penalized for exercising his rights. 788 F.2d 802, 807 (1st Cir. 1986). During a conversation in chambers, counsel said he was worried the court's pressure to plead guilty was infringing on the defendant's rights. *Id*. at 808. The court responded, "A person [who] does not have, in

my judgment, after I've heard all the evidence, a meritorious defense or reason to use the Court's resources and yours and all of ours, ought not to be surprised by a heavier sentence than he would have had he pleaded guilty." *Id*. at 808-09.

On appeal, the First Circuit rejected any notion that a "court may impose a harsher sentence because a defendant chooses to stand trial and the court considers the case unworthy of its time and effort." *Id*. at 809. The court cited the Supreme Court's decision in *United States v. Goodwin*, 457 U.S. 368 (1982) that noted "that, since fear of vindictiveness may unconstitutionally deter a defendant from exercising his legal rights," there will be a "presumption of vindictiveness" whenever a court takes a detrimental action after a defendant has exercised a right when such fear reasonably exists. *Crocker*, 788 F.2d at 809.

In Mr. Mayfield's case, the court placed the defense in "fear of vindictiveness," by saying the defense must cooperate or start on "very bad footing." The court sent the unmistakable message to the defense that Mr. Mayfield would

suffer if counsel did not cooperate with the government. Unsurprisingly, shortly after being on the receiving end of the court's message and warning, counsel stipulated to the bulk of the government's evidence.

In another case, the judge warned a defendant before trial: "[I]f I find that after the trial that you didn't have a defense at all, you're going to get the maximum, because you're playing games with me. … If you have a good defense, and if you really believe that you're not guilty, don't plead. But if you are, don't play games, please." *United States v. Cruz*, 977 F.2d 732, 733 (2d Cir. 1992). The Second Circuit held that the "judge's remarks created an unacceptable risk that" the defendant suffered prejudice "for exercising his constitutional right to stand trial." *Id*. at 734.

Here too, the court's remarks created the "unacceptable risk" that Mr. Mayfield would face consequences for not stipulating and putting the government to its proof, which is his constitutional right.

The court in Mr. Mayfield's case insisted the defense stipulate unless there was a "really good reason why." ROA at 620. But counsel need only one reason—it is the government's burden. Any decision should not be impacted by wondering if the court will be upset. The D.C. Court of Appeals addressed a similar situation where the court appeared to punish the defense for cross-examining a witness without, in the court's view, a really good reason. In *Thorne v. United States*, 46 A.3d 1085 (D.C. 2012), a defendant faced a drug possession charge. After the defense said it wanted to cross-examine the chemist to ensure all procedures "went accordingly," the court agreed that was the defendant's right, but warned, "I do take all these things into account [at sentencing] … in a case where there's not a dispute as to what the drugs are." *Id*. In other words, the court warned defense there would be consequences for having the chemist testify. After the defendant was convicted, the court stuck to its warning, telling the defense there are "consequences" when evidence is "challenged that [doesn't] have to be." *Id*. at 1088.

The Court of Appeals reversed. The court said that with "regard to the exercise of rights of an accused, due process of law requires that even the appearance of vindictiveness must be absent from judicial proceedings." *Id*. The Court of Appeals recognized that whether a defendant takes responsibility is a proper sentencing consideration. But, the court explained, the trial court committed a "serious misapplication of the concept" in using the defense's putting the government to its burden as a reason to impose a harsher sentence.

The exact situation happened here. The court made it explicit—there would be repercussions if the defense put the government to its burden by not stipulating. Such was a serious misapplication of any discretion a court may have to control a trial as it restricted defense counsel's ability to effectively represent Mr. Mayfield.

Even assuming a judge properly has concerns about the efficiency in the courtroom, the concern here was overblown in a world of so few trials. In the federal system, less than three percent of cases ever reach trial. *See* John Gramlich,

*Fewer than 1% of defendants in federal criminal cases were acquitted in 2022*, Pew Research Center (June 13, 2023).[6] If courts are allowed to pressure, coerce, and threaten defense counsel into making the government's job easier, that percentage is only going to decrease. *See, e.g.*, Daniel Harawa, *Trials Without Justice*, Inquest (Sept. 21, 2021) (detailing that a reason so many people plead guilty is because of the belief that the trial process is unfair and will only result in additional punishment).[7]

The court's error here was obvious. Judges are presumed to know the law which, if anything, has to include judges knowing that all defendants have a right to insist on a trial, a right to due process, and a right to put the government to its burden. And judges are presumed to understand that in the adversarial system, the defense has zero obligation to ever make it easy for the government to introduce evidence. As the

---

[6]   Available   at   https://www.pewresearch.org/short-reads/2023/06/14/fewer-than-1-of-defendants-in-federal-criminal-cases-were-acquitted-in-2022.

[7] Available at https://inquest.org/trials-without-justice/.

Supreme Court has said, "the right to the effective assistance of counsel is thus the right of the accused to require the prosecution's case to survive the crucible of meaningful adversarial testing." *United States v. Cronic,* 466 U.S. 648, 657 (1984). The court's conduct ignored each of these basic principles. And that is obvious.

This Court can correct the error in Mr. Mayfield's case and also make sure district courts know that there is no room for elevating a desire for efficiency above a defendant's fundamental rights.

**D. It is impossible to know how trial would have unfolded had it not been for the court's misguided mandate to the defense.**

The court's error altered the way in which Mr. Mayfield's trial unfolded, impacting the framework. It thus met the definition of structural error. Structural errors "require reversal without regard to the evidence in a particular case because they … render a trial fundamentally unfair." *Rose v. Clark,* 478 U.S. 570, 577 (1986). Such errors are characterized as structural because they undermine "the entire conduct of the trial from beginning to end." *Arizona v. Fulminante,* 499 U.S. 279, 309 (1991).[8]

The conclusion that an error is structural rests upon the difficulty in assessing its effect. *United States v. Gonzalez-Lopez,* 548 U.S. 140, 149 n.4 (2006). In *Gonzalez-Lopez,* the

---

[8] If this Court agrees the futility exception applies, structural error would substitute for the traditional prejudice analysis. If the Court is reviewing the issue for plain error, structural error can meet the third and fourth *Olano* prongs. *See Neder v. United States*, 527 U.S. 1, 8 (1999) (structural errors "necessarily renders a trial fundamentally unfair"); *United States v. Recio*, 371 F.3d 1093, 1103 n.7 (9th Cir. 2004) ("[I]t is difficult to imagine a case where structural error will not satisfy *Olano*'s fourth requirement.").

Court held that a judge's erroneous deprivation of a defendant's Sixth Amendment right to choice of counsel was a structural defect, and thus prejudice was presumed. *Id.* at 149. The Court said, "We have little trouble concluding that erroneous deprivation of the right to counsel of choice, with consequences that are necessarily unquantifiable and indeterminate, unquestionably qualifies as structural error." *Id.* at 150. The Court explained: "It is impossible to know what different choices the rejected counsel would have made, and then to quantify the impact of those different choices on the outcome of the proceedings. … Harmless-error analysis in such a context would be a speculative inquiry into what might have occurred in an alternate universe." *Id.*

Here too, trying to identify the harm from the court's conduct is "necessarily unquantifiable." By the court threatening defense counsel with harsh treatment if counsel did not stipulate to the maximum extent possible, the "entire conduct of the trial from beginning to end [was] obviously affected." *Fulminante*, 499 U.S. at 309. It is impossible to

know how trial may have unfolded had counsel—who prior to the court's warning had not stipulated to the government's evidence—had not felt forced by the court's desire for efficiency to stipulate to the government's case.

Also, the court's dictate had to ring through counsel's ears throughout trial. If the court found it unacceptable not to stipulate absent what it deemed a "really good reason," any defense attorney would be worried about the court treating objections the same way—don't dare object absent a really good reason or else find you and your client on very bad footing with the court. Again, one can only speculate how counsel would have represented Mr. Mayfield as the trial proceeded absent the court's interference. *See Sullivan v. Louisiana*, 508 U.S. 275, 280-81 (1993) (erroneous reasonable doubt instruction constituted structural error because one could only speculate what a properly charged jury might have done).

The court's message not to slow down the case by objecting was hammered home after the prosecutor's first

words in opening statement were argument: "Denver is not the Wild Wild West. Disputes are not settled by shoot-outs unless, of course, you're Dedric Mayfield." ROA at 369. Despite it firmly being established that there is "no place for argument" in opening statements, *State Bank v. Baty*, 439 F.2d 910, 913 (10th Cir. 1971), the court quickly overruled the defense. Counsel did not object again during trial.

The court's warning not only was detrimental to the defense but benefited the government. There is no way to know what different decisions the government may have made had the defense not made it easy to present their case. It was the government that wanted to introduce dozens of exhibits at a trial for possession of ammunition. They are the ones who should have been concerned if presenting all that evidence would have "put this jury to sleep," as the court worried. ROA at 620. But with the defense forced to stipulate, it streamlined their case. It should not have been for the defense to weigh whether the government's evidence would put the jury to sleep; it should have been for the government.

Further, the court's warning to stipulate or else was consistent with all of its actions during trial that reasonably implied the court cared most about a fast resolution. The court's response to the sick juror provides an example of its laser-like focus on sticking to its desired speedy outcome. The juror's illness came up in the afternoon of the first full day of testimony, a Tuesday. ROA at 290. The court easily could have allowed the case to pause for the remainder of the day and pick up again the following day. The sick juror was brought to the court's attention after 1:30 pm and the government rested its case 2:50 the same day. *Id*. at 290, 337.

Nevertheless, the court would not press pause, despite both the defense and the juror asking if the juror could try to continue the next day. The court was focused on its self-imposed deadline and refused to consider any option that might cause trial to go a minute longer than needed.

Similarly, though by the end of the presentation of evidence—Tuesday afternoon—there could be no doubt trial would end before Thursday, the court still was in a rush. Both

parties requested 40 minutes for closing. ROA at 349. That would take too long for the court, who limited the amount of time to thirty minutes.

Whether it was error for the court not to pause trial for the juror, or to limit closing argument to 30 minutes, is not the point. The point is that what mattered most to the court was efficiency. Mr. Mayfield's rights were not going to get in the way of a speedy outcome. The court sent that message in the pretrial conference and it infected all that unfolded.

Evidence of the impact the court's pretrial warning left on the defense could even been seen at sentencing. Though defense counsel disagreed with the guidelines as calculated in the presentence report, counsel did not file a formal objection. ROA at 4. And when the issues were discussed at sentencing, though how long Mr. Mayfield would spend in prison hung in the balance, counsel repeatedly apologized to the court for taking up its time. Counsel said, "I certainly don't want to take up unnecessary time." *Id*. at 8. And then after counsel presented his interpretation of Mr. Mayfield's record—in

other words, did his job as defense counsel at sentencing—counsel said, "I appreciate you indulging at least in my making that argument." *Id.* at 14. Reading those two statements from counsel at sentencing—nearly a year after a trial—shows the chilling effect the court's order that the defense not slow down trial had on counsel.

Lastly, the argument is not that all structural errors per se meet the last two *Olano* requirements or that any time a court appears to encourage cooperating with the government it is structural. But when effectively representing Mr. Mayfield—and any defendant—at trial includes placing all reasonable obstacles as possible in the government's way, the court's misguided mandate had an impact on the entire framework of this case. The error withered away Mr. Mayfield's rights to zealous representation and to put the government to its burden.

To effectively represent any person, defense counsel owes the client a "duty of loyalty," which has been described as "perhaps the most basic of counsel's duties." *Strickland v.*

*Washington*, 466 U.S. 668, 692 (1984). Here, counsel had to divide his loyalties between Mr. Mayfield, the court's warning to cooperate with the government, and the fear of upsetting the judge if trial did not proceed efficiently. Such divided loyalty caused the resulting trial to be unfair from start to finish. *See*, *e.g.*, *Commonwealth v. Dew*, 210 N.E.3d 904, 914 (Mass. 2023) (finding prejudice was inherent in the situation when no reasonable observer could conclude counsel "serve[d] the defendant with undivided loyalty") (citations omitted). Accordingly, the court's error should be deemed structural.

**E.** **The court's conduct in forcing defense counsel to cooperate with the government affected Mr. Mayfield's rights and undermined the fairness and integrity of trial.**

In addition to concluding that structural error exists, this Court should also conclude that either the error was not harmless beyond a reasonable doubt, or that it met the plain error standard of Rule 52(b).

**First**, the error here affected Mr. Mayfield's substantial rights. The Supreme Court has generally equated the phrase "affect substantial rights" with "prejudicial." *United States v. Cotton*, 535 U.S. 625, 632 (2002). Part of due process is seeing that the government only obtains a conviction if it can present to the jury sufficient evidence to meet the beyond a reasonable doubt standard. When the government could rely on the defense stipulating to its case, Mr. Mayfield's fundamental rights were undermined.

The prejudice suffered by Mr. Mayfield is exemplified by the chilling effect the court's warning to stipulate had on how trial unfolded. The defense did not put on any evidence, which

meant the trial strategy was to create reasonable doubt based on the government's case alone. But even when the defense does not present evidence, "counsel must hold the prosecution to its heavy burden of proof beyond a reasonable doubt." *Cronic*, 466 U.S. at 657 n.19. By telling defense to stipulate unless there is a "very good reason," it led counsel to also be hesitant to object as the arguably inadmissible testimony was presented. Counsel did not offer a single objection while the government presented its case.

Whether each objection described below would have been sustained, each objection could potentially have kept evidence and testimony from the jury (or at minimum, not allowed the government to prove its case without any obstacles in its way). Possible objections that could have been made to the government's case include, but are not limited to:

Witness Rhoderic Patrick

- Objecting to the constant narration of surveillance video he had not watched in real-time, including offering his opinions as to what was "significant" for being irrelevant and prejudicial;[9]

- His repeated speculation as to what was happening between the man in the white-tank top and others on the video;

- The playing of irrelevant and highly prejudicial portions of the video that were unrelated to any interaction between the man in the white tank top and the man in the camouflage shorts that led to the charges;

- His irrelevant and prejudicial testimony that Ms. Lavaka, who he said was Mr. Mayfield's girlfriend, was on parole;

- His prejudicial testimony that Mr. Mayfield had bene paroled and arrested previously;

_____

[9] Because of the unavailability of the government's witness who operated the camera, the defense did stipulate to allowing another witness—Detective Patrick—to testify to the jury about what was on the video. But allowing the detective to testify to what the video showed did not make it relevant and proper for him to also provide his opinions of what was happening in each scene. Because he had not watched the events in real time, he had no ability to comment on the video. *See, e.g., State v. Watson*, __ A.3d __, 2023 WL 4918557, *17-27 (N.J. Aug. 2, 2023) (reversing defendant's conviction, in part, because the trial court erred in allowing a police officer who did not witness an event and played no role in the recording of the video was allowed to narrate it for the jury and offer his opinion on what it showed).

- His reliance on hearsay to learn information about Ms. Lavaka and Mr. Mayfield;

- His irrelevant and prejudicial testimony that harped on Mr. Mayfield's tattoos when identification was stipulated to;

- His cumulative and prejudicial testimony about what was depicted in still photographs from the same video he had just finished narrating;

Officer Andrew James

- Admission of a video he took with his cell phone off a private company's surveillance camera when he had no first-hand knowledge of how that camera operated or anything it depicted;

- His narration of this video when he had no first-hand knowledge of anything it depicted;

- His cumulative and prejudicial testimony about what was depicted in still photographs from the same video he had just finished narrating;

- His answer to a question about what was in a photograph that resulted in an unresponsive and prejudicial long-answer focused on his expertise;

- His irrelevant, improper, and prejudicial testimony he had "no doubt" the person on the video had fired a gun;

Officer Ryan Nelson

- Improper expert testimony from a lay witness about bullets, bullet-matching, and how firearms operate.

Detective Michael Kluth

- Improper expert testimony from a lay witness about how ShotSpotter operates;

- Improper testimony without any foundation to how he recognized voices overheard on a phone call.

But instead of offering a single objection to the government's evidence at trial, the defense had been forced to believe that the court would impose a penalty on Mr. Mayfield if anything slowed down the case.

**And second**, the integrity and reputation for fairness of the court are compromised if defendants, despite having no burden, feel required to cooperate with the government at trial or risk angering a judge. "'[W]hat reasonable citizen wouldn't bear a rightly diminished view of the judicial process and its integrity'" when courts appear to threaten defendants into making it easier for the government to secure a conviction. *Rosales-Mireles v. United States*, 138 S. Ct. 1897, 1908 (2018) (quoting *United States v. Sabillon-Umana*, 772 F.3d 1328, 1333-34 (10th Cir. 2014)).

The court's conduct raises questions about the integrity of trial and even sentencing. The defense was aware the court cared mostly about efficiency and it not only likely altered the trial strategy but also likely altered what happened at sentencing. At minimum, the defense had to fear that delaying the case in any way would result in a harsher penalty. It is inconceivable to picture any court, wanting to speed up the appellate process, telling the government before a brief has even been filed to stipulate to the arguments raised to the maximum extent possible. Nothing less should be expected of courts at trial.

## II.   Applying *Bruen*, 18 U.S.C. § 922(g)(1) is facially unconstitutional and Mr. Mayfield's conviction must be vacated.

Proper application of the two-step Second Amendment test established in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) requires a finding that 18 U.S.C. § 922(g)(1) is unconstitutional, and Mr. Mayfield's conviction cannot stand.[10]

### A. Standard of Review

A statute is facially unconstitutional if it "violates the Constitution in all, or virtually all, of its applications." *United States v. Carel*, 668 F.3d 1211, 1217 (10th Cir. 2011) (citation omitted). In the Second Amendment context, this means that a restriction on conduct protected by the Second Amendment—such as possession of a firearm by a felon—is facially unconstitutional if the government cannot demonstrate that applications of the restriction are

---

[10] This Court in *United States v. Reese*, 627 F.3d 792, 803 (10th Cir. 2010) adopted a different two-part framework for Second Amendment challenges in the post-*Heller* era. The test from *Reese* has been abrogated by *Bruen*.

"consistent with this Nation's historical tradition of firearm regulation." *Bruen*, 142 S. Ct. 2126. Challenges to the constitutionality of a statute not raised prior to trial can be reviewed by this Court for plain error upon a showing of "good cause." *United States v. Bowline*, 917 F.3d 1227, 1236 (10th Cir. 2019).

### B.    From *Heller* to *Bruen*.

The Second Amendment provides: "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed." U.S. Const. amend. II. In *District of Columbia v. Heller*, 554 U.S. 570 (2008), the Supreme Court recognized that based on the Second Amendment's text and history, it "conferred an individual right" "to possess and carry weapons in case of confrontation." *Id.* at 576, 582, 592-95.

But in *Heller* the Supreme Court did not definitively establish a test for evaluating *other* Second Amendment claims. *See Silvester v. Becerra*, 138 S. Ct. 945, 947 (2018) (Thomas, J., dissenting from denial of certiorari)

("acknowledging that the Supreme Court 'has not definitively resolved the standard for evaluating Second Amendment claims").

In *Bruen*, the Court did set forth an actual "test" for deciding the constitutionality of all firearm regulations. *Bruen* clarified the "text and history" approach of *Heller* by newly bifurcating "text" and "history" into separate steps of an analysis to be used for deciding the constitutionality of all firearm regulations.

At Step One, courts are to consider *only* whether "the Second Amendment's plain text covers an individual's conduct." 142 S. Ct. at 2126. If it does, *Bruen* held, "the Constitution presumptively protects that conduct." *Id.*

If the conduct was protected, Step Two requires the statute be declared unconstitutional unless the government can "justify its regulation by demonstrating that it is consistent with the Nation's historical tradition of firearm regulation"—that is, the tradition in existence "when the Bill of Rights was adopted in 1791." *Id.* at 2137.

*Bruen*, notably, not only clarified *Heller*'s reasoning but also articulated specific burdens to govern the historical "tradition" inquiry. **First**, *Bruen* made clear that the burden of proof at Step Two rests *entirely* with the government. The government alone must "establish the relevant tradition of regulation." *Id.* at 2135, 2149 n.25. If it does not, courts "are not obliged to sift the historical materials for evidence to sustain the [challenged] statute." *Id.* at 2150.

If that record yields "uncertainties," courts should rely on *Bruen*'s "default rules"—the presumption of unconstitutionality at step one and the government's burden at step two—"to resolve [those] uncertainties" in favor of the view "more consistent with the Second Amendment's command." *Id.* In other words, and consistent with the rule of lenity, any possible tie on a Second Amendment challenge must go to the defendant.

**Second**, if a challenged regulation addresses a general societal problem, "the lack of a 'distinctly similar' historical regulation addressing the problem is relevant evidence that

the challenged regulation is inconsistent with the Second Amendment." *Bruen*, 142 S. Ct. at 2131. Stated differently, § 922(g)(1) is unconstitutional unless the government shows a tradition of "distinctly similar historical regulation" as of 1791 when the Second Amendment was ratified. *Id.* at 2126, 2131.

**Third**, the government's burden at Step Two of the *Bruen* analysis does not stop at identifying a "distinctly similar historical regulation." Rather, the government must show that the challenged regulation "is consistent with the Nation's historical tradition of firearm regulation." *Id.* And a "tradition" of regulation requires more than one or two isolated examples. It requires a "widespread" historical practice "broadly prohibiting" the conduct in question. *Id.* at 2137-38. Although *Bruen* did not establish a clear threshold for determining when a historical practice rises to the level of a "tradition," it did hold that "a single law in a single State" is not enough, and even expressed doubt that regulations of three of the thirteen colonies "could suffice." *Id.* at 2142-45.

**Finally**, in weighing historical evidence, *Bruen* underscored that courts must take careful account of the relevant time frame. Indeed, *Bruen* held, "when it comes to interpreting the Constitution, not all history is created equal." *Id.* at 2136. "Constitutional rights are enshrined with the scope they were understood to have *when the people adopted them*," which in the case of the Second Amendment was in 1791. *Id.* (emphasis added). As a general rule, the longer a historical regulation pre- or post-dates this period, the less relevance it carries. *Id.* at 2136-37.

*Bruen* clarified that practices from the mid-late 19th century may provide "secondary" evidence to bolster or provide "confirmation" of a historical tradition that "had already been established." 142 S. Ct. at 2137. But any historical evidence from the 20th century is irrelevant. For instance, the Court in *Bruen* declined to "address *any* of the 20th century historical evidence brought to bear by [the government] or their *amici.*" *Id.*at 2154 n.28. In short, to meet the *Bruen* Step Two inquiry, the historical tradition must be

"longstanding," *id.* at 2139, which means from or around 1791.

For the reasons set forth below, § 922(g)(1) fails both steps of *Bruen*'s Second Amendment test.

### C. Step one: The Second Amendment's "plain text" protects Mr. Mayfield's possession of ammunition

Applying *Bruen's* first step analysis, this Court should hold that "the Second Amendment's plain text covers [Mr. Mayfield's] conduct." *Bruen*, 142 S. Ct. at 2129–30. The text of the Second Amendment's operative clause contains only three elements, guaranteeing the right (1) "of the people," (2) "to keep and bear," (3) "arms." *Heller*, 554 U.S. at 579–95. Mr. Mayfield and his conduct fall squarely within these elements.

First, Mr. Mayfield is unquestionably part of "the people" covered by the Second Amendment. As an American citizen (PSI, p. 2), Mr. Mayfield is part of the "people" protected by the Second Amendment. The Supreme Court in *Heller* was clear that "the people" as used in the Second

Amendment "unambiguously refers" to "*all Americans*" and "not an unspecified subset." *Id.* at 579–81.

In *Heller,* the Court found significant that the use of the term "the people" in the Second Amendment's operative clause "contrasts markedly with the phrase 'the militia' in the prefatory clause." 554 U.S. at 580-81. At the time the Amendment was drafted, "the militia" was only comprised of a "subset" of the community: namely, able bodied males within a certain age range. *Id.* Well-recognized rules of constitutional construction require giving different meanings to different terms within a single provision. Antonin Scalia & Bryan A. Garner, *Reading Law: The Interpretation of Legal Texts* § 24, at 167-68 (2012). Thus, Congress's use of different terms "militia" and "people" within separate clauses of the same constitutional provision confirms that "the people," as used in the Second Amendment, is a much broader term encompassing all Americans (including felons, who notably were not exempted from militia duty, *see infra*, at 62).

Finally, in the same way that *Bruen*—considering *only* the plain text of the Second Amendment at Step One of its analysis—found dispositive that "[n]othing in the Second Amendment's text draws a home/public distinction with respect to the right to keep and bear arms," 142 S. Ct. at 2134, it should be dispositive that the amendment likewise does not draw a felon/non-felon distinction. Indeed, even prior to *Bruen*, courts recognized that the term "people" in the Second Amendment is *not* textually limited to law-abiding citizens. *See United States v. Jimenez-Shilon*, 34 F.4th 1042, 1046 (11th Cir. 2022) (noting that even "dangerous felons" are "indisputably part of 'the people'" for Second Amendment purposes); *United States v. Meza-Rodriguez*, 798 F.3d 664, 671 (7th Cir. 2015) (holding that a person's criminal record is irrelevant in determining whether he is among "the people" protected under the Second Amendment; noting that the amendment "is not limited to such on-again, off-again protections").

As to the other textual elements in the Second Amendment's operative clause, *Bruen* confirmed that the right to "keep" and "bear" arms includes the right to do so outside the home. *See Bruen*, 142 S. Ct. at 2134–35. And "arms" must include ammunition. *See United States v. Miller*, 307 U.S. 174, 180 (1939) ("The possession of arms also implied the possession of ammunition[.]") (citations omitted); *Luis v. United States*, 578 U.S. 5, 26-27 (2016) (Thomas, J. concurring) (the second amendment "implies a corresponding right to obtain the bullets necessary to use them") (citing *Jackson v. City of San Francisco*, 746 F.3d 953, 967 (9th Cir. 2014)).

Accordingly, the Second Amendment's plain text covers, and thus "presumptively protects," the conduct criminalized in § 922(g)(1) and Mr. Mayfield's specific conduct of possessing ammunition. Thus, he has satisfied Step One of *Bruen*'s Second Amendment analysis.

**D.  Step two: When there were no prohibitions on felons possessing guns until the twentieth century, the government cannot show § 922(g)(1) is consistent with the "historical tradition of firearm regulation."**

At the second step, *Bruen* requires the government to establish that § 922(g)(1)'s lifetime ban for people with any felony conviction possessing ammunition "is consistent with this Nation's historic tradition of firearms regulation … pegged to the public understanding of the right when the Bill of Rights was adopted in 1791." *Bruen,* 142 S. Ct. at 2126, 2137. Thus, the government can only meet its burden if it can show there is historical support for prohibiting a person for life with any type of felony conviction from possessing a firearm. The government cannot meet its heavy burden.

Section 922(g)(1) is the *first law* in our Nation's history to broadly prohibit all people with *any felony conviction* from possessing a firearm. As jurists and commentators have recognized, there were *no* felon disarmament regulations at the time of the Founding. Rather, the "Founding generation had no laws limiting gun possession by . . . people convicted of

crimes." Adam Winkler, *Heller's Catch-22*, 56 UCLA L. Rev. 1551, 1563 (2009). "[B]ans on convicts possessing firearms were unknown before World War I." C. Kevin Marshall, *Why Can't Martha Stewart Have A Gun?*, 32 Harv. J. L. & Pub. Pol'y 695, 708 (2009). Before then, "a felon could 'repurchase arms' after successfully completing his sentence." *Range v. Attorney General of the United States*, 69 F.4th 96, 105 (3d Cir. 2023) (en banc) (citation omitted). There was nothing before the 20th century, even in individual colonies or states. Carlton F.W. Larson, *Four Exceptions in Search of a Theory*, 60 Hastings L.J. 1371, 1376 (2009).

In fact, in 2011, the Department of Justice conceded regarding "'convicted criminals'" generally, "'Colonial societies do not appear to have categorically prohibited their ownership of firearms.'" *United States v. Bullock*, ___ F. Supp. 3d ___, 2023 WL 4232309, at *28 (S.D. Miss. June 28, 2023) (citations omitted). And the government has also asserted that § 922(g)(1) is "firmly rooted in the twentieth century and

likely bears little resemblance to laws in effect at the time the Second Amendment was ratified." *Id.* (citations omitted).

The statute at issue here, § 922(g)(1), has no ties to the founding era. It traces its origins to 1938, when Congress passed a statute, the Federal Firearms Act, prohibiting certain felons from "receiving" firearms. *United States v. Skoien*, 614 F.3d 638, 640 (7th Cir. 2010) (en banc) (citing c. 850, § 2(f), 52 Stat. 1250, 1251 (1938)). In other words, the origins of the statute are closer in time to today by over 60 years than to the passing of the Second Amendment.

Even at that time, the statute did not apply to any prior felony conviction but "covered only a few violent offenses," *id.*, prohibiting firearm "receipt" by those convicted of crimes such as murder, rape, and kidnapping. *United States v. Booker*, 644 F.3d 12, 24 (1st Cir. 2011). It was not until 1961 that Congress amended that statute to prohibit "receipt" "by all felons." *Skoien*, 614 F.3d at 640 (citing Pub. L. 87-342, 75 Stat. 757) (noting that under the statute, "possession" was evidence of "receipt"). And it was not until 1968, that Congress formally

"changed the 'receipt' element of the 1938 law to 'possession,' giving 18 U.S.C. § 922(g)(1) its current form." *Id.*

Thus, the first firearm regulation in America broadly prohibiting people with *any felony* from possessing firearms was not enacted until *almost two centuries after the Nation's founding*, when the modern version of § 922(g)(1) became law. As *Bruen* makes unmistakable, such "belated innovations … come too late to provide insight into the meaning of the Constitution in [1791]." 142 S. Ct. at 2137 (citing with approval the Chief Justice's pre-*Heller* dissent in *Sprint Communications Co. v. APCC Services, Inc.*, 554 U.S. 269, 312 (2008)); *see also id.*at 2154 n.28 (declining to "address any of the 20th century historical evidence brought to bear by [the government] or their *amici*").

In sum, there was *no* "historical tradition," circa 1791, of gun regulations "distinctly similar" to § 922(g)(1). *Id.* at 2130-31. The "Founders themselves could have adopted laws like § 922(g)(1) to "confront" the "perceived societal problem" of violence posed by felons possessing firearms. *Id.* at 2131.

But they declined to do so, and that inaction indicates §
922(g)(1) "[i]s unconstitutional." *Id.*

Quite importantly, people with felony convictions were
not only *permitted* to possess firearms at the time of the
Founding but they were affirmatively *required* to possess
firearms as members of the militia. In *Heller,* the Supreme
Court recognized that the Second Amendment's purpose was
"to prevent elimination of the militia." 554 U.S. at 599. Given
that preventing elimination was the purpose, it is reasonable
that the Second Amendment's protections would at least have
extended to those who would have been in the militia at the
time of the Founding. And historical evidence from that period
confirms that this group most definitely included people with
felony convictions.

As noted above, *Heller* specifically defined the term
"militia" in the Second Amendment's prefatory clause to mean
"all males physically capable of acting in concert for the
common defense." 554 U.S. at 595. And statutory law from the

Founding era demonstrates that "all males" required to serve in the militia encompassed those with felony convictions.

Specifically, in the first Militia Act enacted one year after the Second Amendment's ratification, Congress required that "each and every free able-bodied white male citizen of the respective states," between the ages of 18 and 45, "*shall* … be enrolled in the militia." Act of May 8, 1792, § 1, 1 Stat. 271 (Attachment B) (emphasis added). The Act of 1792 further stipulated that "every citizen so enrolled ... *shall*, … provide himself with a good musket or firelock, a sufficient bayonet and belt," and various other firearm accoutrements, including ammunition. *Id.* (emphasis added). And although the Act "exempted" many classes of people from these requirements (*e.g.*, "all custom-house officers," "all ferrymen employed at any ferry on the post road"), felons notably were *not* among those exempted. *Id.* § 2, § 1 Stat. 272.

And in fact, at least eight state militia statutes, passed shortly before or after 1791, contained similar requirements.

Specifically, these early state militia statutes did *not* exempt felons. *See* Attachment C.[11]

These federal and state militia statutes confirm that in the Founding era anyone in a militia, including a person with a felony conviction, was *legally required* to possess firearms. The fact that Founding era militia statutes *did not* exclude felons, and *did* require all militia members to possess firearms, confirms that the government cannot meet its heavy burden at *Bruen* Step Two. The government cannot show a historical tradition of gun regulation "distinctly similar" to § 922(g)(1). As such, *Bruen* dictates that § 922(g)(1) be deemed facially unconstitutional, and Mr. Mayfield's conviction be vacated.

---

[11] For the Court's ease of reference, copies of these early statutes are included as attachments. They are not available on Westlaw or similar databases. The list includes statutes from Pennsylvania, Massachusetts, New York, Georgia, New Hampshire, Delaware, Maryland, and Connecticut. Attachment C.

### E. Reversal is warranted even under plain error.

Mr. Mayfield's counsel did not raise a constitutional challenge to § 922(g) in the district court, before or after trial. This Court in *United States v. Herrera*, 51 F.4th 1226, 1284 (10th Cir. 2022), *cert. denied*, __ S. Ct. __ 2023 WL 4065627 (2023), held that facial constitutional challenges are not jurisdictional and instead "rest[] on a defect in the indictment, which the Defendant[] needed to raise in a timely pretrial motion or to show good cause." Thus this Court will only review the issue for plain error if Mr. Mayfield can also establish good cause. *Bowline*, 917 F.3d at 1236. He can make that showing.

"The Supreme Court and lower federal courts have interpreted the 'good cause' standard under Rule 12(e) to require both (1) 'cause' for the failure to raise the claim on time, and (2) 'prejudice' resulting from the error." Fed. R. Crim. P. 12 advisory committee note to 2014 amendments (internal citations omitted). Rule 12 requires that any

argument that there is a defect in an indictment be presented before trial.

Here, there is cause for the challenge not being raised before trial because the basis for it did not exist in law until after trial. *Bruen*—which provides the test to determine if 922(g) is unconstitutional—was not decided before Mr. Mayfield's trial. The *Bruen* decision was announced June 23, 2022, and the jury reached its guilty verdict in this case over two months beforehand on April 20. In fact, prior to *Bruen*, precedent from this Court foreclosed any reason to raise a constitutional challenge to § 922(g). *See United States v. McCane,* 573 F.3d 1037, 1047 (10th Cir. 2009). But the reasoning of *McCane* can no longer hold up after *Bruen*. Thus, Mr. Mayfield could not have timely made the challenge to the constitutionality of § 922(g) because the Supreme Court had not yet issued the decision that allowed him to raise the challenge.

He also suffered prejudice. As detailed above, § 922(g) is unconstitutional. Mr. Mayfield was convicted, however, based on this unconstitutional law.

To establish plain error, as set out in issue I, is a lower standard when constitutional errors are involved. *See United States v. James*, 257 F.3d 1173, 1182 (10th Cir. 2001). The error here was plain, obvious, impacted Mr. Mayfield's substantial rights, and impacted the integrity and fairness of the judicial system.

First, as set out above, error occurred. To any extent the error was not obvious at the time of Mr. Mayfield's trial, it became obvious by the time *Bruen* had been decided, in particular when *Bruen* clarified the height of the burden the government must scale to justify infringing on a person's Second Amendment rights. *Olano* described "plain" as "synonymous with 'clear,' or equivalently, 'obvious.'" 507 U.S. at 734. *See United States v. Gonzalez-Huerta*, 403 F.3d 727, 732 (10th Cir. 2005) (an error is plain if it is "clear or obvious at the time of the appeal").

At minimum, the unconstitutional nature of a complete ban on all people with prior felonies of any kind from possession of ammunition was "implicit" in *Bruen*. *See United States v. Salas*, 889 F.3d 681, 687 (10th Cir. 2018) (error was obvious when the holding was "implicit" in an existing case). Further, since Mr. Mayfield's sentencing, the Third Circuit sitting en banc has concluded, in applying the *Bruen*-analysis in an as-applied challenge, that § 922(g) is unconstitutional. *Range v. Attorney General of the United States*, 69 F.4th 96, 103 (3d Cir. 2023) (en banc); *see also United States v. Daniels*, __ F.4th __, 2023 WL 5091317 (5th Cir. Aug. 9, 2023) (holding § 922(g)(3), which prohibits a person from possession a firearm who is an unlawful use of a control substance, is unconstitutional); *United States v. Rahimi*, 61 F.4th 443, 461 (5th Cir. 2023), *cert. granted*, __ S. Ct. __ (June 30, 2023) (applying *Bruen* to hold § 922(g)(8) is unconstitutional on its face); *Bullock*, __ F.Supp.3d __, 2023 WL 4232309, *33-34 (holding that the federal felon-in-possession law was unconstitutional as applied to defendant). And while a panel

of the Eight Circuit reached a different conclusion, *United States v. Jackson*, 69 F.4th 495, 501-02 (8th Cir. 2023), also in an as-applied challenge, this Court has consistently stated it does not "view a circuit split as persuasive evidence that an error was not plain." *Salas*, 889 F.3d at 687.

Second, similar to the reasons why Mr. Mayfield suffered prejudice in the good cause analysis, his substantial rights were impacted by the error. He has now been convicted and incarcerated based on an offense that should not exist under our constitution.

Lastly, the error does impact the integrity of the judicial system. Courts are looked to as the protector of the constitution and when someone's rights are violated in any way, courts have an obligation to act. That obligation is only enhanced when the charge—the entire reason for the case taking place—is unconstitutional.

Thus, there is good cause for the challenge not being timely raised before trial, and the error here meets the *Olano* test.

## CONCLUSION

For the foregoing reasons, this Court should vacate Mr.

Mayfield's conviction.

## STATEMENT REGARDING ORAL ARGUMENT

Oral argument is requested due to the complexities

and constitutional nature of both issues presented.

Respectfully Submitted,

*Benjamin Miller*

Benjamin Miller
Bar No. 17720, Utah
PO Box 58144
Salt Lake City, UT 84158
Tel. (617) 701-7774
ben@appellatedefense.com

*Attorney for Mr. Mayfield*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that as required by Fed. R. App. P. 32, I certify that this brief is proportionally spaced and contains 12,207 words.

DATED this 14th day of August, 2023.

*Benjamin Miller*
_____

Benjamin Miller

**CERTIFICATE OF DIGITAL SUBMISSION**

I hereby certify that a copy of the foregoing Appellant's Opening Brief, as submitted in Digital Form, is an exact copy of the written copy filed with the Clerk; all required privacy redactions have been made as required by 10th Cir. R. 25:5; and this digital submission has been scanned for viruses and, using Microsoft Office and Norton Security, according to the program, is free of viruses.

*Benjamin Miller*
_____

Benjamin Miller
PO Box 58144
Salt Lake City, UT 84158
Tel. (617) 701-7774
ben@appellatedefense.com

Attorney for Mr. Mayfield

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Appellant's Opening Brief, was sent to the following and a copy of the digital submission in electronic form was served via the ECF system, or mailed, postage prepaid, to the parties named below on the 14th of August, 2023.

United States Attorney's Office for Colorado
1801 California Street,
Suite 1600
Denver, CO 80202

*Benjamin Miller*

Benjamin Miller (Bar No. 17720, Utah)
PO Box 58144
Salt Lake City, UT 84158
Tel. (617) 701-7774
ben@appellatedefense.com

Attorney for Mr. Mayfield

# ATTACHMENT A

**District court's order to defense to stipulate to the government's expected evidence.**

1   witnesses, 10 may-call witnesses.  And no witness list -- or

2   there was a witness list -- there was a list that listed no

3   witnesses, let me put it that way, other than for defendant

4   to have taken the position that any listed Government

5   witnesses that may not have been called or any witnesses

6   necessary for rebuttal.

7           By the way, let me say that because my practice

8   standards require the submission of these deliverables on a

9   date that's triggered by the -- this date of the trial --

10  final trial preparation conference, we are now past the

11  point of any new filings for any of these deliverables.

12  Proposed -- the -- so that's the witness list.

13          Exhibit lists, let me start -- because it's easier

14  with the defendant, the defendant's filed a exhibit list of

15  seven exhibits, all of which have been stipulated to.  The

16  Government has filed a exhibit list listing 89 exhibits,

17  none of which have been stipulated to in any manner, meaning

18  authenticity or admissibility.

19          So, Mr. Landy, first of all, let me tell you that

20  is not acceptable.  I don't know what's going on here, but

21  I've never gone to trial where defense counsel's refused to

22  stipulate to any exhibit of the Government on authenticity

23  or admissibility grounds.  And so -- and also I'm going to

24  remind you, you're an experienced criminal defense lawyer,

25  you know that there are some -- the case law's very clear as

1    to which trial tactical and strategic decisions are to be

2    made by the lawyer and not the client.  All right?  You

3    understand what I'm telling you?  Okay.

4         So we're going -- I'm going to direct you to have

5    a -- to confer with Government counsel by tomorrow, and I

6    want you to stipulate to the maximum extent possible to the

7    authenticity and admissibility of these Government exhibits.

8    Let me say also that unless you have a good-faith basis to

9    believe that an exhibit is not what it purports to be, you

10   will be starting on a very bad footing with me if you do not

11   at least, at a minimum, stipulate to the authenticity of

12   these exhibits.  Nothing is going to put this jury to sleep

13   quicker and derail the momentum of both sides if we have to

14   plow through the foundational questioning to establish

15   authenticity of an exhibit.

16        So, again, unless you have a good-faith basis to

17   believe that a document is not, or a photo is not, what it

18   purports to be, at a minimum I want the -- you to make it

19   possible for the Government to file an amended exhibit list

20   that reflects stipulation on authenticity.

21        As to admissibility, you better have a really good

22   reason why -- and of course there are some reasons, and --

23   but I need you to stipulate, to the maximum extent possible,

24   given your fiduciary duties to your client.  Do we

25   understand each other?

1        MR. LANDY:  We do, Your Honor.

2        THE COURT:  All right.  So that conference -- that

3    conferral between counsel will happen tomorrow.  And I'm

4    going to give the Government until Friday morning at

5    9:00 a.m. to file an amended exhibit list that reflects the

6    results -- the hopefully successful results or primarily

7    successful results of that conference to reflect

8    stipulations on authenticity and admissibility.

9        Voir dire questions.  The Government has submitted

10   its set at ECF 41.  The defendant did not file any proposed

11   voir dire questions.  We are now past the deadline for any

12   submission of those questions.  Both sides will have 20

13   minutes to conduct voir dire after I've completed mine.

14       The lawyers that have had trials with me know that

15   I conduct a pretty exhaustive voir dire and I have -- more

16   often than not the lawyers don't even use their full 20

17   minutes.  You'll be given two-minute warnings for the voir

18   dire portions -- questions that you will undertake after the

19   completion of my questioning.

20       One second.  Let me make a note here.

21       All right, has there been any stipulation between

22   counsel with respect to the disputes raised by the

23   Government's 404(b) notice and the defendant's response?

24   Mr. Mohan, let me ask you first.

25       MR. MOHAN:  Your Honor, we have reached

# ATTACHMENT B

## Act of May 8, 1792, § 1, 1 Stat. 271

States, and for appropriating the same, took effect: *And provided also,* That such allowance shall not exceed the annual amount of seventy thousand dollars, until the same shall be further ascertained by law.

<span style="float:right">not to exceed $70,000.</span>

Sec. 17. *And be it further enacted,* That the act, intituled "An act repealing after the last day of June next, the duties heretofore laid upon distilled spirits imported from abroad and laying others in their stead, and also upon spirits distilled within the United States, and for appropriating the same," shall extend to and be in full force for the collection of the several duties herein before mentioned and for the recovery and distribution of the penalties and forfeitures herein contained and generally for the execution of this act, as fully and effectually as if every regulation, restriction, penalty, provision, clause, matter, and thing therein contained were inserted in and re-enacted by this present act, subject only to the alterations hereby made.

<span style="float:right">Certain act in force for collection of the duties, &c. herein.</span>

<span style="float:right">1791, ch. 15.</span>

Approved, May 8, 1792.

---

<span style="float:right">STATUTE I.</span>

Chap XXXIII.—*An Act more effectually to provide for the National Defence by establishing an Uniform Militia throughout the United States.*(a)

<span style="float:right">May 8, 1792.</span>

Section 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled* That each and every free able-bodied white male citizen of the respective states, resident therein, who is or shall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, and that within twelve months after the passing of this act. And it shall at all times hereafter be the duty of every such captain or commanding officer of a company to enrol every such citizen, as aforesaid, and also those who shall, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years (except as before excepted) shall come to reside within his bounds; and shall without delay notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by whom such notice may be proved. That every citizen so enrolled and notified, shall, within six months thereafter, provide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints, and a knapsack, a pouch with a box therein to contain not less than twenty-four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball: or with a good rifle, knapsack, shot-pouch and powder-horn, twenty balls suited to the bore of his rifle and a quarter of a pound of powder; and shall appear, so armed, accoutred and provided, when called out to exercise, or into service, except, that when called out on company days to exercise only, he may appear without a knapsack. That the commissioned officers shall severally be armed with a sword or hanger and espontoon, and that from and after five years from the passing of this act, all muskets for arming the militia as herein required, shall be of bores sufficient for

<span style="float:right">Militia how and by whom to be enrolled.</span>

<span style="float:right">How to be armed and accoutred.</span>

<span style="float:right">1803, ch. 15.</span>

---

(a) The acts for the establishment of an uniform system for the government of the militia, are: An act more effectually to provide for the national defence by establishing an uniform militia throughout the United States, May 8, 1792, chap. 33; an act providing arms for the militia throughout the United States, July 6, 1798, chap. 65; an act in addition to an act entitled, "An act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States," March 2, 1803, chap. 15; an act more effectually to provide for the organizing of the militia of the District of Columbia, March 3, 1803, chap. 20; an act establishing rules and articles for the government of the armies of the United States, April 10, 1806, chap. 20; an act in addition to the act entitled, "An act to provide for calling forth the militia to execute the laws of the Union, suppress insurrections, and to repeal the act now in force for those purposes," April 18, 1814, chap. 82; an act concerning field officers of the militia, April 20, 1816, chap. 64; an act to establish an uniform mode of discipline and field exercise for the militia of the United States, May 12, 1820, chap. 97; an act to reduce and fix the military peace establishment of the United States, March 2, 1821, chap. 13, sec. 14.

balls of the eighteenth-part of a pound. And every citizen so enrolled, and providing himself with the arms, ammunition and accoutrements required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales, for debt or for the payment of taxes.

Executive officers, &c. exempted.

SEC. 2. *And be it further enacted*, That the Vice President of the United States; the officers judicial and executive of the government of the United States; the members of both Houses of Congress, and their respective officers; all custom-house officers with their clerks; all post-officers, and stage drivers, who are employed in the care and conveyance of the mail of the post-office of the United States; all ferrymen employed at any ferry on the post road; all inspectors of exports; all pilots; all mariners actually employed in the sea service of any citizen or merchant within the United States; and all persons who now are or may hereafter be exempted by the laws of the respective states, shall be, and are

1810, ch. 37, sec. 33.

hereby exempted from militia duty, notwithstanding their being above the age of eighteen, and under the age of forty-five years.

Militia how to be arranged, and

SEC. 3. *And be it further enacted*, That within one year after the passing of this act, the militia of the respective states shall be arranged into divisions, brigades, regiments, battalions and companies, as the legislature of each state shall direct; and each division, brigade and regiment, shall be numbered at the formation thereof; and a record made of such numbers in the adjutant-general's office in the state; and when in the field, or in service in the state, each division, brigade and regiment shall respectively take rank according to their numbers, reckoning the first or lowest number highest in rank. That if the same be convenient, each brigade shall consist of four regiments; each regiment of two battalions; each battalion of five companies; each company of

by whom officered.

sixty-four privates. That the said militia shall be officered by the respective states, as follows: To each division, one major-general and two aids-de-camp, with the rank of major; to each brigade, one brigadier-general, with one brigade inspector, to serve also as brigade-major, with the rank of a major; to each regiment, one lieutenant-colonel commandant; and to each battalion one major; to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer and one fifer or bugler. That there shall be a regimental staff, to con-

1803, ch. 15, sec. 3.

sist of one adjutant and one quartermaster, to rank as lieutenants; one paymaster; one surgeon, and one surgeon's mate; one sergeant-major; one drum-major, and one fife-major.

Each battalion to have one company of grenadiers, &c. and one company of artillery.

SEC. 4. *And be it further enacted*, That out of the militia enrolled, as is herein directed, there shall be formed for each battalion at least one company of grenadiers, light infantry or riflemen; and that to each division there shall be at least one company of artillery, and one troop of horse: there shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombadiers, one

Officers how to be armed.

drummer, and one fifer. The officers to be armed, with a sword or hanger, a fusee, bayonet and belt, with a cartridge-box to contain twelve cartridges; and each private or matross shall furnish himself with all the equipments of a private in the infantry, until proper ordnance and field

Troops of horse how officered, &c.

artillery is provided. There shall be to each troop of horse, one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier, and one trumpeter. The commissioned officers to furnish themselves with good horses of at least fourteen hands and an half high, and to be armed with a sword and pair of pistols, the holsters of which to be covered with bearskin caps. Each dragoon to furnish himself with a serviceable horse, at least fourteen hands and an half high, a good saddle, bridle, mailpillion and valise, holsters, and a breast-plate and crupper,

Artillery and horse of whom to be formed;

a pair of boots and spurs, a pair of pistols, a sabre, and a cartouch-box, to contain twelve cartridges for pistols. That each company of artillery and troop of horse shall be formed of volunteers from the brigade, at the

discretion of the commander-in-chief of the state, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry, and shall be uniformly clothed in regimentals, to be furnished at their own expense; the colour and fashion to be determined by the brigadier commanding the brigade to which they belong.

to be uniformly clad at their own expense.

1803, ch. 15.

Sec. 5. *And be it further enacted,* That each battalion and regiment shall be provided with the state and regimental colours by the field officers, and each company with a drum and fife, or bugle-horn, by the commissioned officers of the company, in such manner as the legislature of the respective states shall direct.

What colors &c. and by whom to be furnished.

Sec. 6. *And be it further enacted,* That there shall be an adjutant-general appointed in each state, whose duty it shall be to distribute all orders from the commander-in-chief of the state to the several corps; to attend all public reviews when the commander-in-chief of the state shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of different returns that may be required, and to explain the principles on which they should be made; to receive from the several officers of the different corps throughout the state, returns of the militia under their command, reporting the actual situation of their arms, accoutrements, and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline: all which the several officers of the divisions, brigades, regiments, and battalions, are hereby required to make in the usual manner, so that the said adjutant-general may be duly furnished therewith: from all which returns he shall make proper abstracts, and lay the same annually before the commander-in-chief of the state.

Adjutant-general in each state, his duty.

1803, ch. 15.

Sec. 7. *And be it further enacted,* That the rules of discipline, approved and established by Congress in their resolution of the twenty-ninth of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout the United States, except such deviations from the said rules as may be rendered necessary by the requisitions of this act, or by some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by battalion, regiment, or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline.

Rules of discipline.

Sec. 8. *And be it further enacted,* That all commissioned officers shall take rank according to the date of their commissions; and when two of the same grade bear an equal date, then their rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company, or detachment.

Officers how to take rank.

Sec. 9. *And be it further enacted,* That if any person, whether officer or soldier, belonging to the militia of any state, and called out into the service of the United States, be wounded or disabled while in actual service, he shall be taken care of and provided for at the public expense.

Provision in case of wounds, &c.

Sec. 10. *And be it further enacted,* That it shall be the duty of the brigade-inspector to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition, and accoutrements; superintend their exercise and manœuvres, and introduce the system of military discipline before described throughout the brigade, agreeable to law, and such orders as they shall from time to time receive from the commander-in-chief of the state; to make returns to the adjutant-general of the state, at least once in every year, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements, and ammunition of the several corps, and every other thing which, in his judgment, may relate to their government and the

Brigade inspector's duty.

1803, ch. 15.

general advancement of good order and military discipline; and the adjutant-general shall make a return of all the militia of the state to the commander-in-chief of the said state, and a duplicate of the same to the President of the United States.

Artillery &c. now existing,

And whereas sundry corps of artillery, cavalry, and infantry now exist in several of the said states, which by the laws, customs, or usages thereof have not been incorporated with, or subject to the general regulations of the militia:

to retain their privileges.

SEC. 11. *Be it further enacted,* That such corps retain their accustomed privileges, subject, nevertheless, to all other duties required by this act, in like manner with the other militia.

APPROVED, May 8, 1792.

STATUTE I.

May 8, 1792.

CHAP. XXXIV.—*An Act relative to the compensations to certain officers employed in the collection of the duties of impost and tonnage.*

[Obsolete.]
Additional specific allowance from 1st of July next to certain surveyors and collectors.
1790, ch. 35. sec. 53.
Act of March 2, 1799, ch. 23.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That from and after the last day of June next, in addition to the fees and emoluments which may accrue to the officers employed in the collection of the duties of impost and tonnage, by the provisions already made, they shall severally have and be entitled to the respective allowances following, to wit: The surveyors of Newburyport, Salem, St. Mary's and Wilmington, in North Carolina, the yearly sum of one hundred dollars each; the surveyors of Beverly, Little Kingston, East Greenwich, Warren, Bristol, Pawcatuck river, Providence, Patuxet, New Haven, Lewellensburg, Alexandria, Beaufort, Hertford, Winton, Bennet's creek, Plymouth, Windsor, Skewarkey, Murfreesborough, Nixonton, Indiantown, Currituck inlet, Pasquotank river bridge, and Newbiggen creek, the yearly sum of eighty dollars each; the surveyor of Portsmouth, the yearly sum of sixty dollars; the surveyors of Ipswich, Portland, Newport, Stonington, Middleton, Bermuda hundred, Petersburg, Richmond, and Savannah, the yearly sum of fifty dollars each; the surveyors of Gloucester, New London, and Swansborough, the yearly sum of thirty dollars each; the surveyors of Hudson, Little Egg Harbour, Suffolk, Smithfield, Urbanna, and Fredericksburg, the yearly sum of twenty dollars each; the collector of the district of Wilmington, in North Carolina, the yearly sum of one hundred and fifty dollars; the collectors of the districts of Portsmouth, Gloucester, Albany, Annapolis, Vienna, Nottingham, Yorktown, Dumfries, and Louisville, the yearly sum of one hundred dollars each; the collector of the district of Fairfield, the yearly sum of eighty dollars; the collectors of the districts of Marblehead, Plymouth, Barnstable, Nantucket, New Bedford, Dighton, York, Biddeford, and Pepperelborough, Bath, Wiscasset, Machias, Newport, New Haven, Perth Amboy, Great Egg Harbour, Wilmington, in Delaware, Chester, Cedar Point, Georgetown, Hampton, South Quay, Washington, Plank Bridge, and Georgetown, in South Carolina, the yearly sum of fifty dollars each; the naval officer of the district of Portsmouth, the yearly sum of one hundred dollars; the naval officers of the districts of Newburyport, Newport, Providence, Wilmington, in North Carolina, and Savannah, the yearly sum of fifty dollars each; the collector of the district of Salem and Beverly, one fourth of one per centum on the amount of all monies by him received on account of the said duties; and to the collectors of the districts of Portsmouth, Newburyport, Gloucester, Marblehead, Plymouth, Nantucket, Edgartown, New Bedford, Dighton, York, Biddeford, and Pepperelborough, Portland, Bath, Wiscasset, Penobscot, Frenchman's bay, Machias, Newport, Providence, New Haven, Fairfield, Perth Amboy, Burlington, Great Egg Harbour, Wilmington, in Delaware, Oxford, Vienna, Snowhill, Annapo-

**Examples of state militia statutes passed shortly before or after 1791.**

# Pennsylvania

therefrom arising shall be appropriated towards paying for the lands to be purchased and the new court house and prison to be built in the said place so as aforesaid to be provided.

[Section IV.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That for the defraying the remainder of the expenses and charge of purchasing the land, building and erecting the said court house and prison, it shall and may be lawful for the commissioners and assessors of said county, or a majority of them, to assess and levy so muc⸢ money as the said trustees, or any four of them, shall judge necessary for paying the remainder aforesaid, of purchasing the land and finishing the said court house and prison, and they are hereby required so to do.

> Passed March 20, 1780. See the Acts of Assembly passed March 22, 1784, Chapter 1081; March 30, 1785, Chapter 1152; March 18, 1786, Chapter 1215; September 25, 1786, Chapter 1247; September 26, 1789, Chapter 1443; March 12, 1800, Chapter 2125. Recorded L. B. No. 1, p. 373, &c.

# CHAPTER CMII.

### AN ACT FOR THE REGULATION OF THE MILITIA OF THE COMMONWEALTH OF PENNSYLVANIA.

(Section I, P. L.) Whereas a militia law founded upon just and equitable principles hath been ever regarded as the best security of liberty, and the most effectual means of drawing forth and exerting the natural strength of a state:

(Section II, P. L.) And whereas a well regulated militia is the only safe and constitutional method of defending a free state, as the necessity of keeping up a standing army, especially in times of peace, is thereby superceded:

(Section III, P. L.) And whereas the militia law of this commonwealth enacted by the general assembly the seventeenth day of March, one thousand seven hundred and seventy-seven,

from a change of circumstances and other causes, hath become insufficient to answer the purposes aforesaid, which renders it highly necessary that a new law should be enacted:

Therefore:

[Section I.] (Section IV, P. L.) Be it enacted and it is hereby enacted by the Representatives of the Freemen of the Commonwealth of Pennsylvania in General Assembly met, and by the authority of the same, That the president in council or, in his absence, the vice-president in council, of this commonwealth shall appoint and commissionate one reputable freeholder in the city of Philadelphia, and one in each county within this state to serve as lieutenants of the militia for the said city and counties respectively; and, also, any number of persons not exceeding two for the said city, and in the several counties any number not exceeding the number of battalions now or to be hereafter formed, to serve as sub-lieutenants in the said city and counties respectively, who, besides the powers which are given him and them by this act, shall have the title and rank which the president in council or, in his absence, the vice-president in council shall confer, which said lieutenant or, in his absence or incapacity, two or more sub-lieutenants shall have full power and authority to do and perform all and singular the duties required of the said lieutenants by this act.

[Section II.] (Section V, P. L.) And be it enacted by the authority aforesaid, That the lieutenants and sub-lieutenants, before they enter upon the execution of their offices, respectively, shall give bond to the treasurer of the county in which they severally reside, in the name of the president or commander-in-chief of the state, with one sufficient surety in the sum of twenty thousand pounds, conditioned for the faithful accounting for and paying all the moneys which shall come to their hands by virtue of this act when thereunto lawfully required. And that the public bonds given or to be given by the treasurer of the state or county treasurers for the due discharge of their respective offices shall be deemed to extend to the faithful performance of the trust hereby committed to them respectively.

[Section III.] (Section VI, P. L.) And be it further enacted

10—X

by the authority aforesaid, That the said lieutenant or sub-lieutenants (once in every year) shall issue his or their warrants to the captain or commanding officer for the time being of each company of the several battalions in the said city and counties respectively, or to some other suitable person, commanding him, in the name of the commonwealth, to deliver to him or them, the said lieutenant or sub-lieutenants, within ten days from and after the date of the said warrants (unless the lieutenant or sub-lieutenants shall judge a longer time to be necessary, which he or they are hereby empowered to grant) on oath or affirmation, which any of them is hereby empowered to administer, a true and exact list of the names and surnames of each and every male white person inhabiting or residing within his township, borough, ward or district, between the ages of eighteen and fifty-three (delegates in Congress, members of the supreme executive council, members of the general assembly, judges of the supreme court, attorney-general for the state, the judges of the admiralty, treasurer of the state, sheriffs, gaolers and keepers of workhouses, ministers of the gospel of every denomination, professors and teachers in the university, postmasters and postriders belonging to the general post-office, menial servants of ambassadors or ministers and consuls from foreign courts and of delegates in Congress from other states registered with the secretary of the supreme executive council of this state and servants purchased bona fide and for a valuable consideration only excepted).

[Section IV.] (Section VII, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant and sub-lieutenants aforesaid shall, within five days after they shall receive the lists aforesaid, if they see cause, alter the present divisions of the city and counties respectively and divide them into new districts, each district to contain not less than four hundred and forty nor more than one thousand, officers and privates included, at the discretion of the said lieutenants and sub-lieutenants, and then sub-divide the said districts into eight parts as nearly equal as may be, paying due regard in each division to the convenience of the inhabitants: Provided always, That

two-thirds of the lieutenants met for the above purpose agree to such division, and that each person be annexed to the numerical class to which he formerly belonged.

[Section V.] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That the militia of the Northern Liberties of the city of Philadelphia, the district of Southwark and the township of Moyamensing and Passyunk be and they hereby are united to the city of Philadelphia, to act in conjunction with the militia of the said city, and distinct from the rest of the county of Philadelphia, that they draw lots for rank in battalion and be joined in brigade and act in every other matter that respects the militia law as if they were inhabitants of the said city, and to be under the direction of the lieutenant and sub-lieutenants of the city.

[Section VI.] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant and sub-lieutenants of the city of Philadelphia and districts annexed, shall, out of the several battalions of the said city and districts annexed, take such a number as will compose eight companies to form one battalion of artillery, to be officered and arrayed as follows, that is to say, one lieutenant-colonel, one major, eight captains, eight captain lieutenants, eight first lieutenants, sixteen second lieutenants, the senior to bear the standard and the junior to do the duty of conductor; paymaster, adjutant and quartermaster to be taken from the line; one surgeon, one sergeant major, fife major, drum major, eight clerks, thirty-two sergeants, forty-eight bombadiers, forty-eight gunners, eight drummers, eight fifers and four hundred matrosses, and both the officers and privates of the said battalion shall be subject to the same fines and penalties for any omission of duty as the infantry: Provided, nevertheless, That the persons composing the artillery heretofore formed may be permitted to continue as a part of the said battalion of artillery and the officers shall be elected in the same manner as is directed by this act for the election of officers of the infantry.

[Section VII.] (Section X, P. L.) And be it further enacted by the authority aforesaid, That the several captains of the artillery battalion shall determine their rank by lot, and be

numbered from one to eight in numerical order, and be subject to be drawn forth into actual service in rotation by companies, according to their number in rank, number one in rank with the first class of the militia and so on, until all shall take their tour, or otherwise as the commander-in-chief of the militia shall direct.

(Section XI, P. L.) And whereas it is expedient to embody such a number of light horse as will be useful when the militia is called into actual service:

Therefore:

[Section VIII.] (Section XII, P. L.) Be it further enacted by the authority aforesaid, That each of the lieutenants of the several counties of this state may form a corps of light horse not to exceed six privates for each battalion of infantry in each county, to be taken distributively out of each, in case volunteers offer; otherwise, at large throughout the county. And the light horse shall be officered as light horse usually are, and shall be subject to appear upon muster days, and shall turn out in classes as other militia; and in case any person who shall be admitted into the said light horse shall fail of providing himself with a suitable horse, weapons and furniture, such person shall be liable to be called out and serve in the foot militia.

[Section IX.] (Section XIII, P. L.) And be it further enacted by the authority aforesaid, That the troop of light horse in the city of Philadelphia shall be limited to the number of fifty, exclusive of officers, the vacancies thereof to be filled in the manner heretofore practiced; and the said troops shall be liable to appear on muster days, and to be called out into service as other militia, and the light horse of this state, when in actual service, shall be subject to the same rules and regulations as the foot militia and to like fines and penalties for neglect of meeting on muster days or turning out on their tour when thereunto called, such fines and penalties to be appropriated as the fines and penalties for like offenses in other cases.

[Section X.] (Section XIV, P. L.) And be it further enacted by the authority aforesaid, That if any light horseman shall be elected or appointed a commissioned officer in any battalion

of infantry of his proper city or county, and on notice given him in writing by the lieutenant shall accept thereof, his place in the said light horse shall be vacated and any light horseman who shall be absent more than four months from his city or county shall vacate his place in the troop to which he belonged.

[Section XI.] (Section XV, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant or sub-lieutenant shall appraise the horse of each person serving as a light horseman, immediately before every time of going into actual service, and enter the same in a book, and in case such horse shall be killed or die in actual service or be taken by the enemy, otherwise than by neglect he shall be paid the value of such appraisement by an order to be drawn by the lieutenant or any two sub-lieutenants on the militia fund in the hands of the treasurer for that purpose.

[Section XII.] (Section XVI, P. L.) And be it further enacted by the authority aforesaid, That the said lieutenants shall give public notice by advertisements at ten or more of the most public places in the said districts respectively, of the said divisions being made, and appointing a certain day for each district, not less that [sic] [than] ten days after the said notice, and requiring the male white inhabitants between the ages aforesaid residing in the said divisions respectively to meet at a certain place as near the centre of the said division as may be, and then and there, between the hours of ten in the morning and six in the afternoon of the said day, to elect, by ballot, two field officers, That is to say, one lieutenant, colonel and one major, and the inhabitants of the said sub-divisions respectively shall elect by ballot, as aforesaid, on the same or some other day as soon as convenient, one captain, one lieutenant and one ensign, previous to which said election the said inhabitants shall elect two freeholders to preside as judges thereof, and all and each of these officers respectively shall be such persons as have taken the oath of allegiance and abjuration agreeable to the laws of this state; and each captain shall appoint a suitable person for clerk in his company; and the said lieutenant or sub-lieutenant shall attend and superintend each and every of the said battalion elections, and

shall cause the lieutenant-colonels so elected in the city and counties respectively to meet together as soon as may be, and cast lots for rank of the battalions and the rank of the officers in each battalion shall be determined by the lot drawn by their respective lieutenant-colonels, and the captains so elected in the sub-divisions shall meet and cast lots for their rank in the battalion to which they belong, and the rank of the sub-altern officers in each company shall be determined by the lot drawn by their respective captains. And the said lieutenants shall, within ten days, or as soon as may be, having regard to their local situation, transmit proper certificates to the president of the supreme executive council of the names of the persons so as aforesaid elected, and their rank, both of battalion and companies in the several battalions, in order that commissions may be forthwith granted to them agreeable to the said certificates, and elections for officers in the light horse shall be made in like manner as elections for officers in the infantry.

[Section XIII.] (Section XVII, P. L.) And be it further enacted by the authority aforesaid, That if any battalion, troop or company shall neglect or refuse to elect their officers as aforesaid, then, in such case, it shall and may be lawful for the lieutenant, with the advice and consent of two or more of the sub-lieutenants of the city of Philadelphia, and of such county where such neglect or refusal shall be, to nominate one reputable person to the supreme executive council in the room of each officer so neglected to be chosen, and the said council, approving thereof, shall commission the said person, which shall be as effectual to all intents and purposes as if the said officers had been elected as before directed, and the said lieutenant shall, as soon as may be, acquaint the parties so neglecting or refusing with the appointments so as aforesaid made. And the said several and respective officers elected or appointed as aforesaid shall serve respectively as officers of the militia for the space of three years, at the end of which time the lieutenant of the city and counties respectively, in the manner hereinbefore directed, shall cause a new election to be held in

the said city and counties respectively, but nothing herein contained shall be construed to render any of the former officers incapable of being re-elected.

[Section XIV.] (Section XVIII, P. L.) And be it further enacted by the authority aforesaid, That the commissioned officers of each company shall appoint three sergeants, three corporals, one drummer and fifer for their respective companies, and all persons who have heretofore been officers in the militia under the late law, if not re-elected, shall deliver up their arms, accoutrements, drums, fifes and colors if paid for by the public, to the lieutenant or sub-lieutenant of the city or county aforesaid; and the lieutenant of the city of Philadelphia and the lieutenant of the counties respectively are hereby authorized to purchase such drums, fifes and colors as may be afterwards wanted to supply the companies in the city and counties respectively.

[Section XV.] (Section XIX, P. L.) And be it further enacted by the authority aforesaid, That the field officers of each battalion in this state shall constitute and appoint, in their respective battalion, one chaplain, one quartermaster, one surgeon, one adjutant, one quartermaster sergeant, one sergeant major, one drum and fife major; and the lieutenants and sub-lieutenants of the city and counties respectively shall, at their discretion, furnish and procure proper carriages for the battalion or drafts of the militia when it shall be necessary.

[Section XVI.] (Section XX, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant or sub-lieutenants of the city and counties respectively shall pay such wages as shall be necessary to one adjutant, one quartermaster sergeant and one drummer and fifer for every day that the service may require them, out of the moneys arising from fines, on the said adjutant, quartermaster sergeant, drummer and fifer producing a certificate of the service so performed from the commanding officer of the said battalion or company.

(Section XXI, P. L.) And whereas the sums allowed by the late militia law for a drummer and fifer have been insufficient and many officers have been obliged to pay considerably more:

[Section XVII.] (Section XXII, P. L.) Be it therefore en-

acted by the authority aforesaid, That the lieutenants shall and hereby are required to pay unto such captains or commanding officers of companies such reasonable sums as they have expended for drummers and fifers on their producing an account of such costs properly certified.

[Section XVIII.] (Section XXIII, P. L.) And be it further enacted by the authority aforesaid, That the commissioned officers of each company of militia shall nominate and appoint one discreet person who shall be called the almoner, residing in the district or sub-division out of which their company is formed, provided such almoner is above the age of fifty-three years, to take proper care of the families of such poor militiamen, within their respective districts, as are in actual service in their own turn and to grant them such support as their necessities may require, provided such support do not exceed half the price of daily labor as the same shall be ascertained as hereinafter is directed, and the said officers of the company, or any two of them, shall make out a certificate of their nomination and appointment, directed to the lieutenant of the city or lieutenant or sub-lieutenants of the county to which the company belongeth; which certificates shall enable the said almoner thereby appointed to draw from time to time on the said lieutenant or sub-lieutenant for such sum or sums of money as shall be necessary for the purpose aforesaid, and he shall render an account of the moneys by him drawn to the said lieutenants.

[Section XIX.] (Section XXIV, P. L.) And be it further enacted by the authority aforesaid, That every sub-lieutenant of the said city and several counties shall, once in every three months, render an account to his proper lieutenant of all moneys received by him and of his expenditures by virtue of this act, and settle and pay to him the balance of the same, and the lieutenant of the said city and each county respectively shall make out complete accounts of all the moneys received by him and of his expenditures and return the same to the supreme executive council once in every six months, and each lieutenant and sub-lieutenant is hereby empowered to employ one clerk the better to complete the same, and on

failure of accounting as aforesaid each lieutenant and sub-lieu-
tenant shall forfeit and pay for every such neglect the sum
of ten thousand pounds, to be applied as other fines are directed
to be applied by this act.

[Section XX.] (Section XXV, P. L.) And be it further en-
acted by the authority aforesaid, That the precedence of the
officers of the city of Philadelphia and of the several counties
in this commonwealth shall be determined as follows, That is
to say, when the commissions are of equal rank and date the
officers of the city of Philadelphia and districts annexed shall
take rank or precedence of all other officers of equal rank in
this state and next to them the officers of the county of Phila-
delphia and so on, according to the seniority of the counties re-
spectively.

[Section XXI.] (Section XXVI, P. L.) And be it further en-
acted by the authority aforesaid, That the whole of the militia
so enrolled as aforesaid shall be subject to be exercised in
companies under their respective officers as followeth, That is
to say, in the city of Philadelphia and districts annexed in
companies on the two last Mondays in the month of April and
in battalion on the two first Mondays in the month of May;
and the first battalion shall muster in battalion on the third
Monday in May, the second battalion on the Tuesday following,
the third battalion on the Wednesday, and so on till the whole
number of battalions shall have mustered according to their
numerical rank on any or every day of the week (Saturday and
Sunday excepted) until the whole number of battalions shall
have mustered in the aforesaid manner; and on the day fol-
lowing, should it not happen to be Saturday or Sunday, the
whole number of battalions belonging to the city of Philadel-
phia and districts annexed shall meet in brigade and the militia
of the city of Philadelphia and districts annexed shall meet to
exercise in companies the two last Mondays in the month of
August and in battalion on the two first Mondays in the month
of September, and the first battalion on the second Monday
in the month of October, the second battalion on the Tuesday
following, and the third battalion on the Wednesday and so
on until the whole number of battalions according to their

rank have mustered, except as before excepted.  And then, on the day following (with the foregoing exceptions) the whole battalions shall meet in brigade.  And in each and every county in the following manner, That is to say, in companies the two last Mondays in the month of April, and the two first Mondays in the month of May, and shall begin their mustering in battalion in the following manner to wit, the first battalion shall meet in battalion on the third Monday of the said month, the second battalion on the Tuesday following, the third battalion on the Wednesday, and so on according to the rank of battalions in the aforesaid manner mustering each day in the week (Saturday and Sunday excepted) and until the whole number of battalions belonging to each county shall have mustered in this manner; and in companies the two first Mondays in the month of October, and the two first Mondays in the month of November; and the first battalion in battalion on the third Monday in the month of November, the second battalion on the Tuesday following, the third battalion on the Wednesday and in this manner until the whole number of battalions belonging to each county according to their ranks severally shall have mustered on any day it may happen (except on a Saturday or Sunday as before excepted).  And on each of the said days every militiaman so enrolled shall duly attend with his arms and accoutrements in good order; and a sergeant, or the clerk of each company, shall, at the end of one hour after the time appointed for the meeting of the company or battalion, call over the muster roll of the company, noting those who are absent and on that day shall make return in writing to the captain or commanding officer then present of such absentees, and all persons so absent at the time of calling over the roll or who shall depart from the parade before duly discharged shall be liable to the fines hereafter mentioned.

[Section XXII.] (Section XXVII, P. L.) And be it further enacted by the authority aforesaid, That if any commissioned officer shall neglect or refuse to attend on any of the days appointed for exercise in companies as aforesaid (unless prevented by sickness or some other unavoidable accident) such commissioned officer shall forfeit and pay the price of three

days' labor; and any non-commissioned officer or private and all enrolled persons so refusing or neglecting (except as before excepted) shall forfeit and pay the price of one and a half days' labor, and on a brigade or battalion day a field officer shall forfeit and pay the price of six days' labor, and a commissioned officer under that rank the price of four days' labor, and a non-commissioned officer or private and all enrolled persons refusing to meet and exercise the price of two days' labor (excepting as before excepted), the said prices to be ascertained as hereafter directed. The names and surnames of all which person so incurring the said fines and penalties (except such as may have paid the same into the hands of the captain or commanding officer of the company) shall be duly returned by the captain or commanding officer of each company under his hand, together with such fines as he has received to the lieutenant-colonels or commanding officers of the battalions respectively on each field day, which said lieutenant-colonel or commanding officer of battalion shall, on receipt of such fines and returns, forthwith transmit the same to the lieutenant or one of the sub-lieutenants of the county; and also a duplicate thereof to the treasurer of the county, and the said lieutenant or sub-lieutenant shall immediately after the said returns are respectively made to him cause the same to be recovered by issuing his warrant to the sheriff, constable or other fit person that he can procure to levy the aforesaid fines by distress and sale of the offender's goods and chattels, together with five per centum for collecting where no distress is necessary to be made, and seven and a half per centum in case of distress and sale, in full for his trouble for levying, selling and collecting (unless the offender show cause of absence by sickness or otherwise, and can produce a certificate from the captain or commanding officer of the company, who may give such certificate if he verily believes the offender ought to be excused from paying the said fines), but if no such goods and chattels can be found, then to seize and take the body of such offender, and commit him to the common gaol or some other place of close confinement for the space of ten days for each fine, unless he sooner pay the same. And the lieutenant shall twice in

each year transmit the said fines, when collected, into the hands of the county treasurer, who shall pay the same into the hands of the state treasurer, to be kept as a fund, subject to such drafts as may be made upon him from time to time by the lieutenant or at least two sub-lieutenants for the use of the militia of that county. But if the funds of any county, by the generality of their turning out, should be insufficient to answer the drafts for the support of persons serving or suffering in the militia, in that case the executive council shall be empowered to draw on the funds of such other counties whose surplus may be most enabled to bear it.

[Section XXIII.] (Section XXVIII, P. L.) And be it further enacted by the authority aforesaid, That the treasurer of each county and the state treasurer shall keep all the moneys arising from fines by the militia law separate from all other moneys, and keep separate books to enter the same for the purposes hereinafter mentioned.

[Section XXIV.] (Section XXIX, P. L.) And be it enacted by the authority aforesaid, That whenever it may be necessary to call into actual service any part of the militia, in case of a rebellion or invasion of this or any of the adjoining states, then it shall and may be lawful for the president or vice-president in council to order into actual service such part of the militia, by classes, of the city of Philadelphia or any of the county or counties as the exigency may require: Provided, That the part so called doth not exceed four classes of the militia of the county or counties so called out: And provided also, That such counties shall not be again called upon to furnish any more militia until an equal number of classes of the militia of the other counties respectively be first called, unless the danger of an invasion from Indians or others should make it necessary to keep in reserve the militia of such county or counties for their own immediate defense.

(Section XXX, P. L.) And to the end that the militia, when called by classes, shall be properly officered, the following order is hereby directed and enjoined, That is to say:

For the first draft, the captain of the first company, the lieutenant of the second and the ensign of the fourth.

Second draft, the captain of the second company, the lieutenant of the first and the ensign of the third.

Third draft, the captain of the third company, the lieutenant of the fourth and the ensign of the second.

Fourth draft, the fourth captain, the lieutenant of the third company and the ensign of the first.

Fifth draft, the fifth captain, the lieutenant of the sixth company and the ensign of the eighth.

Sixth draft, the sixth captain, the lieutenant of the fifth company and the ensign of the seventh.

Seventh draft, the captain of the seventh company, the lieutenant of the eighth and the ensign of the sixth.

Eighth draft, the captain of the eighth company, the lieutenant of the seventh and the ensign of the fifth.

Non-commissioned officers to take tour of duty with the commissioned officers.

And the field officers of battalions in the city of Philadelphia and in each county of this state shall be divided in like manner, and each class to be considered as a detachment from different corps liable to serve two months and no longer, and to be relieved by the class next in numerical order, the relief to arrive at least two days before the expiration of the term of the class to be relieved, but nothing herein contained shall prevent the supreme executive council from employing or calling out part of any class or any company or companies, battalion or battalions without respect to this rule whenever the exigency is too sudden to allow the assembling of the scattered militia which compose the particular classes and the service of the persons so called out, shall be accounted as part of their tour of duty and the militia in actual service shall receive the same pay and rations as continental troops, their pay to commence two days before marching, and receive pay and rations at the rate of fifteen miles per day on their return home.

(Section XXXI, P. L.) And whereas the militia, when called into actual service, are not entitled to any bounty, such as clothing at the public expense and, therefore, their reward is not equal to that of the regular troops:

[Section XXV.] (Section XXXII, P. L.) Be it therefore en-

acted by the authority aforesaid, That when the militia, or any detachment thereof, are called out on duty each non-commissioned officer and private shall receive such a sum as, including the continental pay, will amount to the price of common labor for the time of service given, to be drawn from the treasury by the paymasters of the militia from time to time appointed; and the officers, whose duty it may be are hereby required to make out separate pay rolls of the said bounty and that all commissioned officers shall, over and above the pay established from time [to time] by the honorable Congress, receive the same bounty which a private shall receive.

[Section XXVI.] (Section XXXIII, P. L.) And be it further enacted by the authority aforesaid, That at each quarter sessions of the peace of the city and in the several counties throughout the state the price of common labor then current in the said city and counties respectively shall be inquired into and ascertained, and the justices, or a majority of them, attending the said courts are hereby required to fix and determine what is the average price of common labor at that time by the day, which price so determined by the said justices shall be considered as a rate by which all fines shall be determined for neglects or omissions of militia duty during and from that time to the end of the next quarter sessions of the peace, and the said justices are hereby required to make out a certificate of the price so determined for the lieutenants of the said city and counties respectively under their hands and seals.

[Section XXVII.] (Section XXXIV, P. L.) And be it further enacted by the authority aforesaid, That when any class or classes of the militia shall be called to perform any tour of duty, the lieutenant or sub-lieutenants shall cause each and every person so called to be notified of such call at least three days before the time of assembling the said militia by a written or printed notice being delivered to him personally or left at his house or usual place of abode by some officer or other fit person employed for that purpose by the commanding officer of said company, and any person refusing or neglecting to perform such tour of duty shall pay, for each and every day he shall so neglect or refuse the price of one day's labor, and in case

he shall be possessed of such estate as is hereinafter mentioned, shall pay such additional sum as by this act is further directed.

[Section XXVIII.] (Section XXXV, P. L.) And be it further enacted by the authority aforesaid, That the master or mistress of any apprentice and the father or mother of any minor liable to serve in the militia who shall refuse or neglect to attend as aforesaid, such minor being in the service of his father or mother, master or mistress, they shall be respectively accountable for the fine or fines so incurred by such minor or apprentice.

[Section XXIX.] (Section XXXVI, P. L.) And be it further enacted by the authority aforesaid, That no mariner or seaman shall be subject to the fines and penalties of this act for not performing militia duties if such mariner or seaman is in actual employ by being shipped for a voyage or absent at sea.

[Section XXX.] (Section XXXVII, P. L.) And be it further enacted by the authority aforesaid, That the militia of this state whilst in the actual service of the United States shall be subject to the same rules and regulations as the federal army: Provided, That upon any transgression or offense of a militiaman, whether officer or private, against the rules and regulations of the federal army the cause shall be tried and determined by a court martial of the militia of this state, and that it shall be in the power of the president of the supreme executive council, or in case of his absence, of the commanding officer of the militia to mitigate, suspend or pardon any punishment to which any militiaman may be sentenced by a general court-martial.

[Section XXXI.] (Section XXXVIII, P. L.) And be it further enacted by the authority aforesaid, That if any delinquent shall neglect or refuse to pay the fine for an omission of performing his tour of militia duty, within five days after the appeal [hereinafter mentioned] it shall and may be lawful for the lieutenant or any sub-lieutenant to issue his warrant to the sheriff, or any constable or other fit person that he can procure, to levy the said fine, by distress and sale of the offender's goods and chattels, lands and tenements, together with

seven and a half per centum and the charges of keeping the distress, in full for his trouble for levying, selling and collectting; which said distress and sale shall be made according to the directions of the law for levying and selling goods and chattels distrained for rent; but if no such goods and chattels, lands and tenements can be found, then to seize and take the body of such offender and commit him to the common gaol or some other place of close confinement for the space of four months, unless he sooner pays the said fine, and no process shall issue to stay the execution of such warrant unless in case of the seizure of real estates.

(Section XXXIX, P. L.) Provided always, That if any person shall think himself aggrieved in the seizure of his lands and tenements he may enter an appeal before the justices to the next court of common pleas for said county, and on the party giving sufficient security within six days next after any lands and tenements shall be seized or distrained as aforesaid to prosecute such appeal with effect, the justices shall receive the same and stay further process, and the said justices shall return every such appeal on the first day of the next term, and the court shall direct a trial by a jury of the country as in cases of debt, whose verdict shall be final and conclusive; and, except in extraordinary cases, of which the court shall judge, all such appeals shall be tried at the term to which such returns shall be made.

(Section XL, P. L.) Provided also, That in case real estate be sold as aforesaid, such sale shall be made by the sheriff of the county, who shall make a sufficient deed for the same and put the purchaser into possession thereof.

[Section XXXII.] (Section XLI, P. L.) And be it further enacted by the authority aforesaid, That no militiaman shall withdraw himself from the company to which he belongs under the penalty of the value of twenty days' labor, to be sued for and recovered by the commanding officer of the company from which he shall so withdraw himself before any justice of the peace by action of debt: Provided nevertheless, That persons removing out of the bounds of one battalion or company to another, shall apply to the commanding officer of the company

to which he did belong who shall give him a discharge, certifying the class to which he belongs, and whether he hath served his tour of duty or not, which certificate the said militiaman shall produce to the captain or commanding officer of the company in whose bounds he next settles within ten days after his settlement under penalty of the value of thirty days' labor to be recovered and applied as aforesaid; and the captain or commanding officer is hereby required to enroll him in the class specified in the said certificate.

[Section XXXIII.] (Section XLII, P. L.) And be it enacted by the authority aforesaid, That in all cases of doubt respecting the age of any person enrolled or intended to be enrolled in the militia, the party questioned shall prove his age to the satisfaction of the officers of the company within the bounds of which he may reside, or a majority of them.

(Section XLIII, P. L.) And whereas it is just and reasonable that those who have considerable property should pay for the protection of that property when they do not give their service in facing danger in the field or bearing any of the necessary fatigues attending a military life; and to compel all persons to give their personal service or some equivalent therefore in some proportion to such property:

[Section XXXIV.] (Section XLIV, P. L.) Be it therefore enacted by the authority aforesaid, That all and every person and persons who are in and by this act required to perform a tour of duty, and have an estate shall pay for neglecting to perform the said tour of duty, in addition to the fine of the price of one day's labor as aforesaid the sum of fifteen shillings in every hundred pounds on all his rateable property and occupation in the manner directed to be ascertained by an act of assembly passed the third day of April, one thousand seven hundred and seventy-nine, entitled "An act to raise the supplies for the year one thousand seven hundred and seventy-nine," [1] and as may be directed to be taken by every yearly or other state tax in future.

(Section XLV, P. L.) And in order that the lieutenant of each county may have the amount of the whole estate of each person

---

[1] Chapter 840.

11—X

residing in said county, although the said estate or estates may be situate in some other county or counties, that he, the said lieutenant, may be able, where the case requires it, to levy for the interest on the whole wheresoever lying within this state:

[Section XXXV.] (Section XLVI, P. L.) Be it further enacted by the authority aforesaid, That the assessors of each and every county finding any kind of taxable estate within said county belonging to persons resident in some other county within the state shall and are hereby required to make out a list of the amount of the valuation of such estate or estates, placing the same opposite the name of such proprietor, and once in every year send such lists to the lieutenant of the county where the owner of such estate may reside.

[Section XXXVI.] (Section XLVII, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant of the city of Philadelphia and of the several counties of this state shall have and receive the value of one and an half bushels of wheat per day, and the sub-lieutenants for the said city and counties shall have and receive the value of one and a quarter bushels of wheat per day each, as the same shall be declared from time to time by the general assembly, for their trouble, and for every day in which they shall be employed in doing and performing the respective duties required by this act, which said sum or sums shall be respectively paid unto them out of the fines incurred by this act.

[Section XXXVII.] (Section XLVIII, P. L.) And be it further enacted by the authority aforesaid, That it shall and may be lawful for any person called to do a tour of militia duty to find a sufficient substitute, having been previously classed at least six months in the company or battalion to which the person belongs who hires such substitute: Provided always, That persons serving by substitute as aforesaid, if said substitute shall be called in his own turn into actual service before the term expires which he was to serve for his employer, that then the person procuring such substitute shall march in the said substitute's turn or be liable to pay his fine for neglect, which fine is to be recovered as other fines for neglect of serving are by this act directed to be recovered and that sons who

are not subject to the militia law may be admitted as substitutes for their fathers, and that each substitute be approved of by the lieutenant or sub-lieutenant.

[Section XXXVIII.] (Section XLIX, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant or one of the sub-lieutenants shall, within ten and not less than five days after the marching of any part of the militia, call to his assistance two freeholders, one of whom shall be a justice of the peace, to sit at the most convenient place for the inhabitants of their respective districts (notice having been given of such place in the written or printed summons of every militiaman), and shall there hear and determine all appeals that may be made by the persons thinking themselves aggrieved by anything done in pursuance of this act, and they are hereby authorized and required to grant such relief to such appellant as to them shall appear just and reasonable in consideration of such inability of body as in the opinion of the court renders him ·incapable of performing military duty, and each of the said freeholders, before they shall sit on the said appeal, shall take the following oath or affirmation, viz.: "That he will hear and impartially determine on the cases of appeal that may be laid before him agreeable to law and according to the best of his knowledge," which oath or affirmation the said justice, lieutenant or sub-lieutenant is hereby empowered and required to administer, and the said justice and freeholder shall have and receive from the said lieutenant the value of one bushel of wheat each for every day they sit on the said appeals, and the said lieutenant and justice of the peace shall each keep a separate record of the proceedings of such court of appeals.

[Section XXXIX.] (Section L, P. L.) And be it further enacted by the authority aforesaid, That if any person or persons shall knowingly sell, buy, take or exchange, conceal or otherwise receive any arms, accoutrements, colors or drums belonging to this state or the United States on any account or pretense whatsoever, the person so offending, being convicted thereof before one or more justice or justices of the peace of the city or county where such offense shall be committed, shall forfeit and pay for every such offense treble the value of such arms

or accoutrements, to be ascertained by the said justice or jus-
tices and levied by distress and sale of the offender's goods
and chattels by the justice or justices before whom such of-
fender shall be convicted, returning the overplus, if any, on
demand, to such offender, and for want of such distress shall
commit such offender to the common gaol of the county, there
to remain without bail or mainprise for any term not exceeding
three months, unless such money shall be sooner paid; and in
every case the proof of the property shall be made by the
possessor of such arms or accoutrements.

[Section XL.] (Section LI, P. L.) And be it further enacted
by the authority aforesaid, That no person, not being a subject
of this state or any of the United States, who already has de-
serted or shall hereafter desert from the enemy in the course
of the present war, shall be enrolled in any company of militia
of this state during the present contest or be subject to any
fine or penalty for not serving as by this act is required of
others.

[Section XLI.] (Section LII, P. L.) And be it enacted by
the authority aforesaid, That no civil process shall be served
on any commissioned, non-commissioned officer or private at
any regimental review or training of any company, or while
going to or returning from the place of such review or training.

[Section XLII.] (Section LIII, P. L.) And be it enacted by
the authority aforesaid, That all moneys passing into the
treasury by virtue of the directions of this act shall be appro-
priated as a fund for the benefit and relief of such officers
and privates of the militia of this state as are or shall be
wounded and disabled in service, and of the widows and child-
ren of such as have or shall fall in battle or otherwise loose
their lives in the service of the state, and shall not be con-
sidered as a revenue for any other purpose than that of sup-
porting the necessary officers for carrying this law into effect,
equipping and furnishing the militia with every necessary ap-
paratus for the defense and security of the state, the surplus,
if any, to be appropriated in such manner and to such uses as
the assembly shall from time to time direct and appoint.

[Section XLIII.] (Section LIV, P. L.) And be it further en-

acted by the authority aforesaid, That if any commissioned officer, non-commissioned officer or private militiaman of this state who has lost or may hereafter lose a limb in any engagement in the service of the state, or in the service of the United States of America, or be so disabled as to render him incapable of getting a livelihood, he shall receive during life or the continuance of such disability a pension adequate to the necessity of such disabled officer or private militiaman by the judgment of the orphans' court of the county where such disabled officer or private militiaman shall dwell or reside. And every officer or private disabled as aforesaid shall, before he be legally entitled to the pension above mentioned, produce a certificate, upon oath, from the commanding officer who was in the same engagement in which he was wounded, or from the officer next in command, or the surgeon that attended him, and upon such disabled officer, non-commissioned officer or private militiaman's producing such certificate as aforesaid to the orphans' court of the county where such disabled officer, non-commissioned officer or private militiaman shall dwell or reside, the said court is hereby enjoined and required, if they are satisfied of the truth thereof, to give every such officer or private an order on the lieutenant of the said city or county for such sums of money from time to time as to them shall appear just and necessary, provided such sums of money do not exceed the half pay and rations of such officer or private. And the said lieutenant is hereby enjoined and required to accept and pay the said order to such officer or private. And the said lieutenant shall draw on the state treasurer as often as he shall have occasion for such sum or sums of money as he shall make appear to the president and council to be necessary for carrying this proviso into execution.

[Section XLIV.] (Section LV, P. L.) And be it enacted by the authority aforesaid, That if any officer, non-commissioned officer or private militiaman residing in this state, having a family, has been killed, shall be killed or shall die of his wounds received in the service of this or the United States, a certificate from the commanding or other officer next in rank who was in the same engagement in which he was killed or wounded and

died of his wounds, being produced to the orphans' court, and also a certificate from the overseers of the poor and two other reputable freeholders of the township, borough, ward or district where the family of such deceased officer or private militia-man shall dwell or reside at that time, setting forth the particular circumstances of such family, the age or ages of the child or children and the necessity of granting them some support, the said orphans' court, when possessed of the certificates aforesaid, is hereby authorized to give orders upon the lieutenant of the city or county for such sum of money as they may think just and necessary for the support of such family from time to time.

(Section LVI, P. L.) Provided always, That the sum of money aforesaid does not exceed the half pay and rations that such officer, non-commissioned officer or private was entitled to at the time of his death.

[Section XLV.] (Section LVII, P. L.) And be it further enacted by the authority aforesaid, That if any field or other commissioned officer, at any regimental review or on any other occasion when the battalion or company to which he may belong, or in which he holds a command is paraded in arms, shall appear, misbehave or demean himself in an unofficerlike manner, he shall, for such offense, be cashiered or punished by fine at he discretion of a general court martial as the case may require in any sum not exceeding the price of six days' labor; and if any non-commissioned officer or private shall, on any occasion of parading the company to which he belongs, appear with his arms and accoutrements in an unfit condition, or be found drunk or shall disobey orders or use any reproachful or abusive language to his officers, or any of them, or shall quarrel himself or promote any quarrel among his fellow soldiers he shall be disarmed and put under guard by order of the commanding officer present until the company is dismissed, and shall be fined in any sum not exceeding the price of ten days' labor nor less than one day's labor.

[Section XLVI.] (Section LVIII, P. L.) And be it further enacted by the authority aforesaid, That if the lieutenant-colonel or commanding officer of any battalion shall neglect

or refuse to give orders for assembling his battalion at the times appointed by this law or at the direction of the lieutenant or sub-lieutenant of the city or any county when the said lieutenant or sub-lieutenant is thereto commanded by the president or vice-president in council, or in case of an invasion of the city or county to which such battalion belongs, he shall be cashiered and punished by fine at the discretion of a general court-maritial; and if a commissioned officer of any company shall, on any occasion neglect or refuse to give orders for assembling the company to which he belongs, or any part thereof, at the direction of the lieutenant-colonel or commanding officer of the battalion to which such company belongs he shall be cashiered and punished by fine at the discretion of a regimental court-martial and a non-commissioned officer offending in such case shall be fined in any sum not exceeding the price of ten days' labor.

[Section XLVII.] (Section LIX, P. L.) And be it further enacted by the authority aforesaid, That if any captain or commanding officer of a company shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty and send or convey the same to the lieutenant-colonel or commanding officer of the battalion to which such company may belong for such neglect or refusal he shall be cashiered or fined at the discretion of a regimental court-martial.

[Section XLVIII.] (Section LX, P. L.) And be it further enacted by the authority aforesaid, That the following rules and regulations shall be those by which the militia shall be governed.

1st. Every general court-martial shall consist of thirteen members, all of whom shall be commissioned officers and of such rank as the case may require, and these thirteen shall choose a president out of their number, who shall be a field officer.

2d. Every regimental court-martial shall be composed of five members, all commissioned officers, who are to choose one of their members as president not under the rank of a captain.

3d. In any court-martial not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

4th. The president of each and every court-martial, whether general or regimental, shall require all witnesses in order to the trial of offenders to declare on oath or affirmation that the evidence they shall give is the truth, the whole truth and nothing but the truth, and the members of all such courts shall take an oath or affirmation, which the president is required to administer to the other members and the next in rank is required to administer to him that they will give judgment with impartiality.

5th. All members of any militia called as witnesses in any case before a court-martial who shall refuse to attend and give evidence shall be censured or fined at the discretion of the court.

6th. No officer or private man being charged with transgressing these rules shall be suffered to do duty in the battalion, company or troop to which he belongs until he has had his trial by a court-martial, and every person so charged shall be tried as soon as a court-martial can be conveniently assembled.

7th. If any officer or private man shall think himself injured by his lieutenant-colonel or the commanding officer of the battalion and shall, upon due application made to him, be refused redress, he may complain to the lieutenant of the county, who shall summon a general court-martial that justice may [be] done.

8th. If an inferior officer or private man shall think himself injured by his captain or other superior officer in the battalion, troop or company to which he belongs, he may complain to the commanding officer of the battalion who shall summon a regimental court-martial for the doing justice according to the nature of the case.

9th. No penalty shall be inflicted at the discretion of the court-martial other than degrading, cashiering or fining.

10th. The commanding officer of the militia for the time being shall have full power of pardoning or mitigating any censures or penalties ordered to be inflicted on any private or non-commissioned officer for the breach of any of these articles by a general court-martial, and every offender convicted as

aforesaid by any regimental court-martial, may be pardoned, or have the penalty mitigated by the lieutenant-colonel or commanding officer of the battalion, excepting only where such censures or penalties are directed as satisfaction for injuries received by one officer or private man from another, but in case of officers such sentence to be approved by the commander-in-chief or the nearest general officer of the militia, who are respectively empowered to pardon or mitigate such sentence or disapprove the same.

11th. The militia, on the days of exercise, may be detained under arms on duty in the field any time not exceeding six hours, provided they are not kept above three hours under arms at any one time without allowing them a proper time to refresh themselves.

12th. No company or battalion shall meet at a tavern on any of the days of exercise, nor shall march to any tavern before they are discharged; and any person who shall bring any kind of spiritous liquor to such place of training shall forfeit such liquors so brought for the use of the poor belonging to the township where such offender lives.

13th. All fines that shall be incurred by any breach of these rules shall be paid into the hands of the clerk of the company to which the offenders belong, but if a field officer, to the clerk of that company whose captain has the first rank in the battalion, within three weeks after they become due; but in case of neglect or refusal to pay any of the said fines, then in such case, upon application made by the clerk to whom such fine or fines ought to have been paid, it shall and may be lawful for any one justice of the peace of the county, if the fine does not exceed fifty pounds, or two justices if above that sum, by warrant under his or their hands and seals to levy such fine or fines respectively on the offender's goods and chattels, and otherwise proceed in recovering the same as is by law directed, and when recovered the said justice or justices are required to pay such fines into the hands of the clerk who applied for recovery and shall be applied as other fines before directed.

[Section XLIX.] (Section LXI, P. L.) And be it further enacted by the authority aforesaid, That in any case wherein any

person is by this act called to do or perform anything in execution thereof, or otherwise, and no special recompense is herein provided for such service, such person shall be satisfied for the same at the discretion of the lieutenant, taking to his assistance two sub-lieutenants of the city or county respectively.

[Section L.] (Section LXII, P. L.) And be it further enacted by the authority aforesaid, That in any case wherein the person who shall be authorized to collect any fine due by virtue of this act shall need assistance in levying the same, such collector, on application to any captain or inferior officer of the militia of the place where such fine shall be due, shall be assisted therein by a sufficient party of militia of the neighborhood ordered on such duty by such captain or other officer, and if such captain or other officer or any of the party by such captain or other officer ordered on such duty refuse or neglect to perform the said duty, such captain or other officer shall forfeit and pay the sum of fifty pounds, and if any non-commissioned officer or private be delinquent therein he shall forfeit and pay the sum of twenty-five pounds, to be recovered with costs of suit as demands for fifty pounds are by law recoverable, to be applied as other fines levied by virtue of this act.

[Section LI.] (Section LXIII, P. L.) And be it further enacted by the authority aforesaid, That in case any militiaman shall desert when he is out on a tour of duty the commanding officer of the battalion or detachment from which he deserts shall, as soon as possible, give notice thereof to the lieutenant of the city or county or sub-lieutenant of the district from which he came who, if he does not see proper to send him back shall subject him to the payment of such fine as he would have paid if he had not gone out on such tour.

[Section LII.] (Section LXIV, P. L.) And be it further enacted by the authority aforesaid, That if any suit or suits shall be brought or commenced against any person or persons for anything done in pursuance of this act, the action shall be laid in the county where the causes of such action did arise and not elsewhere, and the defendant or defendants in such action or actions to be brought may plead the general issue, and

give this act and the special matter in evidence; and if the jury shall find for the defendants in such action or actions, or if the plaintiff or plaintiffs shall be non-suited or discontinue his or their action or actions after the defendant or defendants shall have appeared, or if upon demurrer judgment shall be given against the plaintiff or plaintiffs the defendant or defendants shall have treble costs and have the like remedy for the same as any defendant or defendants had or have in other cases to recover costs by law.

[Section LIII.] (Section LXV, P. L.) And be it further enacted by the authority aforesaid, That all and every the fines and forfeitures by this act made payable and the mode of recovery not hereinbefore particularly pointed out shall be recovered by the lieutenant of each county and of the city of Philadelphia by summons or warrant and execution from under the hand and seal of a justice of the peace in the neighborhood where the person charged resides, directed to any constable of the city or county, requiring him to levy the same on the goods and chattels of the delinquent, and the same cause to be appraised by two freeholders, and after being publicly advertised seven days make sale thereof, and after payment of the fine or forfeiture to the lieutenant, together with costs and charges, pay the overplus, if any, to the owner, and if goods and chattels sufficient to discharge the same cannot be found, that then the justice granting such precept shall certify the proceedings had thereon to the prothonotary of the county court of common pleas, who is thereupon required to issue a fieri facias directed to the sheriff of said county for levying the fines and forfeitures aforesaid, together with the costs on the lands or tenements of such delinquent.

[Section LIV.] (Section LXVI, P. L.) Provided always, and be it enacted by the authority aforesaid, That if any person or persons shall think him or themselves aggrieved by the judgment of the justice aforesaid in any suit of fifty pounds or upwards, he or they may appeal before the justice aforesaid, and on the party's giving security within six days next after any such judgment to prosecute such appeal in the court of

common pleas of the county with effect, the justice shall receive the same and stay further process, and the said justice shall return every such appeal on the first day of the next term, and the court shall direct a trial by jury, as in other cases of debt, whose verdict shall be final and conclusive; and all such appeals shall be tried at the term to which such returns shall be made, any law, custom or usage to the contrary notwithstanding.

[Section LV.] (Section LXVII, P. L.) And be it further enacted and declared, That the act entitled "An act to regulate the militia of the commonwealth of Pennsylvania," [1] passed on the seventeenth day of March, Anno Domini one thousand seven hundred and seventy-seven; also, the supplement to the said act passed the nineteenth day of June, Anno Domini one thousand seven hundred and seventy-seven; [2] also, a further supplement to the said act passed on the thirtieth day of December, Anno Domini one thousand seven hundred and seventy-three; [3] also, a further supplement to the said act passed on the fifth day of April, Anno Domini one thousand seven hundred and seventy-nine; [4] also, such parts of an act, entitled "An act to empower the supreme executive council and justices of the supreme court to apprehend suspected persons and to increase the fine to which persons are liable for neglecting to do their tour of militia duty," [5] as relates to the fining the militia for not performing a tour of duty and the pay of the lieutenants are hereby repealed and made void.

[Section LVI.] (Section LXVIII, P. L.) Provided always, That nothing in this act contained shall be deemed to repeal, alter or dispense with the powers, authorities or duties of th_ present lieutenants and sub-lieutenants of the city and counties aforesaid, or of any other officer or person under the militia laws that have been in force in this state immediately before the passing of this act until their respective offices are supplied and filled by new appointments in virtue of this act which

---

1 Chapter 750.
2 Chapter 760.
3 Chapter 781.
4 Chapter 843.
5 Chapter 865.

said present lieutenants and sub-lieutenants or other proper
officers are hereby authorized required and enjoined to collect
or cause to be collected all [such] fines and forfeitures as have
been or shall be incurred during the continuance of their re-
spective commissions and pay in the same agreeable to this law,
or the late laws aforesaid on or before the first day of July next.
But in case the president or vice-president and council shall
approve of the discontinuing to act or resignation of the said
present lieutenants and sub-lieutenants or any of them and
not otherwise it shall be lawful for such officer and he is hereby
required to deliver to his successor in office an account on oath
of all the moneys uncollected and outstanding on account of
fines and forfeitures aforesaid, who is in such case empowered
and required to collect the same.

Passed March 20, 1780. See the Acts of Assembly passed May 26,
1780, Chapter 908; September 22, 1780, Chapter 916; March 21, 1783,
Chapter 1022; September 22, 1783, Chapter 1038; December 9, 1783,
Chapter 1061; September 29, 1787, Chapter 1319; March 22, 1788,
Chapter 1339; November 19, 1788, Chapter 1383; March 27, 1789;
Chapter 1416; March 3, 1790, Chapter 1483; March 27, 1790, Chapter
1493; April 5, 1790, Chapter 1513 (repealed by the Act of Assem-
bly passed) April 11, 1793, Chapter 1696. Recorded L. B. No. 1, p.
374, &c.

------

## CHAPTER CMIII.

------

AN ACT TO DISCONTINUE A ROAD CALLED PALMER'S LANE IN THE
TOWNSHIP OF THE NORTHERN LIBERTIES IN THE COUNTY OF
PHILADELPHIA AND NEAR TO THE LOWER FALLS OF SCHUYLKILL.

(Section I, P. L.) Whereas it has been represented to us on
the petition of John Redman of the city of Philadelphia, prac-
titioner in physic, and Nathaniel Falconer, of the same place,
mariner, that in the year one thousand seven hundred and
twenty-three, four, a road was laid out from the market place
in Germantown, in the county of Philadelphia, to Robert Rob-
erts' ferry, on the river Schuylkill, which entered the lands then
owned by William Palmer, and since by the said John Redman
and Nathaniel Falconer, at the northwest end of the same, and

# Massachusetts

*And be it further enacted by the Authority aforesaid*
Forfeiture in
case of neglect.
that if the said Davis & company shall build the Bridge
aforesaid without such good and sufficient draw they shall
be liable to pay the sum of Ten pounds for each and every
Vessel which may be precluded from passing said Bridge
for want of such draw to be recovered by the master or
owner of such Vessel in any Court proper to try the same.

*Approved June 21, 1793.*

## 1793. — Chapter 13.

[May Session, ch. 14.]

AN ACT FOR ALTERING AN ACT INTITLED "AN ACT INCORPO-
RATING THE HONBLE. JOHN WORTHINGTON ESQUIRE, AND
OTHERS, THEREIN NAMED FOR THE PURPOSE OF RENDER-
ING CONNECTICUT RIVER PASSABLE FOR BOATS AND OTHER
THINGS FROM THE MOUTH OF CHICAPEE RIVER, NORTH-
WARD THROUGHOUT THIS COMMONWEALTH BY THE NAME
OF THE PROPRIETORS OF LOCKS AND CANALS ON CONNECT-
ICUT RIVER."

Preamble.

*Whereas the Proprietors above named have represented
that it will be very difficult (if practicable) to construct the
Canals abovementioned in such manner as to convey down
the same, rafts of such length and breadth as is provided
in the Act abovementioned, and have requested, an altera-
tion thereof:*

*Be it therefore enacted by the Senate and House of Rep-
resentatives in General Court assembled and by the au-*
Part of a
former Act
altered.
*thority of the same* that the Proprietors of the Locks and
Canals in Connecticut River shall not be holden or obliged
to construct the Locks and Canals in the said River in
such manner that Rafts and Floats exceeding sixteen feet
in width or forty feet in length may pass down the same,
any thing in the said Act to the contrary notwithstanding.

*Approved June 21, 1793.*

## 1793. — Chapter 14.

[May Session, ch. 1.]

AN ACT FOR REGULATING AND GOVERNING THE MILITIA OF
THE COMMONWEALTH OF MASSACHUSETTS, & FOR REPEAL-
ING ALL LAWS HERETOFORE MADE FOR THAT PURPOSE;
EXCEPTING AN ACT INTITLED "AN ACT FOR ESTABLISHING
RULES & ARTICLES FOR GOVERNING THE TROOPS STATIONED
IN FORTS AND GARRISONS WITHIN THIS COMMONWEALTH, &
ALSO THE MILITIA WHEN CALLED INTO ACTUAL SERVICE."

Preamble.

*Whereas the laws for regulating & governing the Mili-
tia of this Commonwealth have become too complicate for*

121

practical use, by reason of the several alterations which have from time to time been made therein; — Therefore

Be it Enacted by the Senate & House of Representatives in General Court assembled & by the authority of the same that the several laws heretofore made for govern- Laws repealed. ing & regulating the militia be, and hereby are repealed, except an Act intitled "An Act for establishing rules and articles for governing the troops stationed in forts and garrisons within this Commonwealth and also the militia when called into actual service" provided never- theless that all officers actually in commission, agreea- Proviso. bly to the laws which are hereby repealed, & in grades which are established by this Act shall continue in com- mission in the same manner, and in the same authority they would, in case the said laws were still in force ; and all actions depending in any Court by force of said laws shall and may be prosecuted to final judgment and execution.

And be it enacted by the authority aforesaid that each Persons to be enrolled in the and every free, able bodied white male citizen of this or Militia. any other of the United States residing within this Com- monwealth who is, or shall be of the age of eighteen years & under the age of forty five years (except as is herein after excepted) shall severally and respectively be subject to the requisitions of this act, and shall be enrolled in the militia by the Captain or Commanding Officer of the Com- pany within whose bounds such citizen shall reside within three months from and after the passing this act; And it shall be at all times hereafter the duty of the commanding officer of every such company to enroll every such citizen as aforesaid ; and also those who shall from time to time arrive at the age of eighteen years, or being of the age of eighteen years, and under the age of forty five years, and not herein after excepted, shall come to reside within his bounds; and shall without delay notify such citizen To be notified. of the enrollment, by a non-commissioned Officer or other person duly authorized for that purpose, by whom such notice may be proved ; and in all cases of doubt respect- ing the age of any person enrolled, or intended to be en- rolled, the party questioned shall prove his age to the satisfaction of the commanding Officer of the company within whose bounds he may reside.

And be it further enacted by the authority aforesaid, that the Vice President of the United States, members of Persons exempted from Congress of both houses with their respective Officers, training.

122

Lieutenant Governor, members of the Council Senate &
House of Representatives with their Officers, Secretary
and Treasurer of the Commonwealth, Officers Judicial &
Executive of the Government of the United States ; Jus-
tices of the Supreme Judicial Court, Justices of the
Courts of Common Pleas, Judges of Probate Registers
of Probate, County Registers, Justices of the Peace,
Sheriffs, Deputy Sheriffs, Coroners, Constables, Select-
men, Ministers of the Gospel, Elders and Deacons of
Churches, Church Wardens & those of the religious de-
nominations of Quakers & Shakers, Masters of Arts, Offi-
cers and Students at any College, also such Physicians,
Surgeons, stated School Masters, Ferrymen & Millers as
the Selectmen of the towns to which they shall severally
belong, shall by a writing under their hands signify the
expediency of exempting, persons who have by commis-
sion under any Government or Congress or by election in
pursuance of the orders of any Congress of the United
States or either of them held the office of a subaltern or
office of higher rank, and all mariners actually employed
in any sea service of any citizen within the United States
in any vessel of more than thirty tons burthen, Custom
House officers, all Post officers, Stage drivers actually
employed in the care and conveyance of the mail, and
such persons as did attain to the age of forty years before
the eighth day of May One thousand seven hundred and
ninety three, & also all such Manufacturers as are by any
special law of the Commonwealth now exempted, shall
be, and hereby are exempted from the said enrollment.

*And be it further enacted by the authority aforesaid*,
that the Governor by and with the advice of the Council
be, and hereby is authorized and impowered to form and
arrange the militia into Divisions, Brigades, Regiments
and Companies and from time to time to make such alter-
ations therein as shall be necessary, & if the same be con-
venient each Brigade shall consist of four Regiments, each
Regiment of ten Companies, and each Company of sixty
four effective privates : *Provided notwithstanding* that the
present arangement of the militia shall continue as it
now is, untill the Governor with the advice of Council
shall otherwise order; And each new Division, Brigade
& Regiment shall be numbered at the formation thereof
and a record made of such number in the Adjutant Gen-
eral's Office, and when in the feild or in service, each

Arrangement
of the Militia.

Proviso.

123

Division, Brigade & Regiment shall respectively take rank according to its number.

*And be it further Enacted by the authority aforesaid,* that the militia shall be officered as follows ; To each Division one Major General and two Aids de Camp with the rank of Major ; to each Brigade one Brigadier General with one Brigade Inspector to serve also as Brigade Major, with the rank of Major ; to each Regiment one Colo. one Lieutenant Colo., one Major ; *provided nevertheless* where any vacancy of Colonel now is or shall hereafter happen, then the field Officers of each Regiment to consist of a Lieutenant Colonel Commandant & two Majors ; to each company of Infantry, one Captain, one Lieutenant, and one Ensign, four Serjeants, four Corporals, one Drummer one fifer or Bugler : That there shall be a Regimental staff to consist of one Adjutant, one Quarter Master, to rank as Lieutenants, one Surgeon, & one Surgeon's mate to be appointed by the Commanding Officer of the Regiment, and commissioned by the Governor, one Serjeant Major, one Quarter Master Serjeant, one Drum Major & one Fife Major ; That each company of Artillery shall consist of one Captain two Lieutenants four Serjeants, four Corporals, six Gunners, six Bombadiers, one Drummer, one Fifer, & thirty two privates or Matrosses : And each troop of Cavalry shall, consist of one Captain, two Lieutenants and one Cornet, four Serjeants, four Corporals, one Saddler, one Farrier, one Trumpeter and thirty two privates : And there shall be one Adjutant General, & one Quarter Master General for the whole militia to be appointed by the Governor.

*And be it further Enacted by the authority aforesaid,* that each and every Major General be, & hereby is impowered, and it shall be his duty to give all such orders as shall from time to time be necessary, consistent with the law, for electing Brigadier Generals, Field Officers, Captains and Subalterns, in Brigades, Regiments & Companies within his respective Division, which have not been already commissioned and for filling up vacancies of such Officers or any of them where they now are, or may hereafter happen ; *Provided allways,* that whenever a time shall be appointed for the election of any Officer or Officers, the electors shall have ten days notice thereof at least ; and all returns of elections and neglects or refusals

*Manner of officering the Militia.*

*Major General impowered in election of Officers.*

*Proviso.*

to make choice of Officers shall be made to the Governor by the Major General, in whose Division the election shall be ordered, and all commissions shall pass through the hands of the Major Generals to the Officers in their respective Divisions for whom they shall be made out; and every person who shall be elected to any Office in the said militia, and shall not within ten days after he shall have been notified of his election (excepting a Major General who shall be allowed thirty days after he shall be notified by the Secretary of the Commonwealth) signify his acceptance thereof shall be considered as declining to serve in such office; and orders shall be forthwith issued for a new choice.

*All Officers to subscribe the oaths.*

*And be it further enacted by the authority aforesaid* that every person who shall be lawfully entitled to be commissioned to any Office in the militia of this Commonwealth shall at the time of receiving his Commission take and subscribe the oaths and declaration required by the Constitution, before some Justice of the peace or some General or Field Officer, who shall have previously taken and subscribed them himself and who are hereby authorized to administer the same; and a certificate thereof shall be made upon the back of every Commission by the Justice of the Peace, or General or Field Officer, before whom the said oaths and declaration shall have been taken and subscribed.

*Noncommissioned Officers, by whom appointed.*

*And be it further enacted by the authority aforesaid,* that the commanding officers of Regiments shall appoint the noncommissioned staff officers of their respective Regiments — The Commanding Officers of Companies shall appoint the noncommissioned Officers, including the Clerks, of the respective Companies — All noncommissioned staff officers and Serjeants shall receive Warrants under the hand of the commanding Officer of their respective Regiments or corps — And the Adjutant shall keep a record in a suitable book to be kept for that purpose, of all War-

*Resignations to be given in writing.*

rants which shall be issued, & no noncommissioned officer shall be deemed to have resigned his office untill he shall have done it in writing to the commanding Officer of the Regiment or Corps to which he belonged, and shall have obtained his discharge also in writing from such Commanding Officer — And no noncommissioned officer or private shall be disenrolled from the militia for disability, without a certificate from the Regimental Surgeon & mate.

*And be it further enacted by the authori[zed][ty] afore-* Clerks to be
*said* that every Company shall have a Clerk, who shall be appointed.
also one of the Serjeants, and he shall be sworn to the faith-
ful discharge of his trust, and it shall be his duty always — Their duty.
to keep a fair and exact roll of the Company together with
the state of the arms and equipments belonging to each
man, which Roll he shall annually revise and [*perfect*] in
the month of May as is hereinafter directed; to Register
all orders & proceedings of the Company in an orderly
book which shall never be alienated from the Company;
to keep exact details of all detachments; to call the roll
whenever the Company is assembled; to examine the
equipments when thereto required and to note all delin-
quencies; to sue for, recover and receive all fines & for- —empowered
feitures which are required by this Act to be recovered, to sue.
one half to his own use for his trouble, and the other half
to be paid to the Commanding Officer of the Company in
trust for the use of the company to which he belongs, ex-
cepting such cases wherein other provision is made by
this act for the recovery and appropriation of fines and Appropriations.
forfeitures.

*Provided nevertheless* that all commissioned Officers now Proviso.
in command in the militia in any grade not established by
this Act shall be continued in their command and the
Clerks of companies now in office shall be continu d in
such office.

*And be it further Enacted by the authority aforesaid,*
that whenever a company shall have neither commissioned Noncommis-
sioned Officers
Officers nor noncommissioned Officers the Commanding appointed in
case.
officer of the Regiment or Battalion to which such com-
pany belongs shall appoint suitable persons within said
company to be noncommissioned Officers & Clerk of the
same, and such noncommissioned officers and Clerk so
appointed shall be authorized in the same manner and
have the same power and authority as if they had been
appointed by a Captain duly qualified to command said
company.

*And be it further enacted by the authority aforesaid,*
that no Officer of the Militia shall be discharged except- Prohibitions.
ing by the Commander in chief on the request of such
Officer in writing, or by the Commander in chief on the
address of both Houses of the Legislature; or by being
disbanded by a law of the Commonwealth, or by a judg-
ment of a Court Martial; or by actual removal (the Major

General to be judge whether the distance is so great that
he cannot conveniently discharge the duties of his Office ;)
or by twelve months absence without leave of such Officer
from the district of his Command : And no Officer shall
consider himself exempted from the duties of his station
untill he shall have been discharged in one or other of the
methods aforesaid ; and if by the Commander in chief,
not untill he shall have received a Certificate of such dis-
charge : No Officer shall be allowed to resign his Com-
mission when under arrest ; and no General or Field
Officer shall approve the resignation of any other Officer,
untill such Officer shall have lodged in his hands all such
Militia Laws and orderly books as he shall have been fur-
nished with by the Government ; and such General or
Field Officer shall deliver the Laws and orderly books
which he shall thus have received to the next succeed-
ing Officer who shall be commissioned in the place of him
who shall have resigned.

*And be it further enacted by the authority aforesaid*

<span style="float:left">Cavalry<br>organized.</span> that the Governor with the advice of Council be and
hereby is authorized to compleat the Cavalry in each Bri-
gade of the Militia to two full Companies or troops ; and
the Cavalry in each Brigade, when compleated, shall be
formed into Battallions or Squadrons — in those Brigades
where there are or may be two or three Troops they shall
form Squadrons, and each squadron shall be commanded
by a Major ; in those Brigades where there are already
more than three Troops they shall form Battallions ; and
each Battallion shall be entitled to a Lieutenant Colonel,

<span style="float:left">Provisos.</span> Major, Adjutant and Quarter Master — *Provided always*
that in those Brigades where there are already two troops
raised they, shall not be augmented ; and in those Brigades
where there are already more than two Troops, they shall
not be reduced. *Provided also* that the Companies of
Cavalry which are by any former Act annexed to any
Regiment, shall continue to be so attached to such Regi-

<span style="float:left">Officers and<br>men to furnish<br>themselves<br>complete with<br>horses and<br>every other<br>equipment.</span> ment in which it is raised ; The Officers of Cavalry shall
furnish themselves with good Horses at least fourteen
hands and a half high and shall be armed with a pair of
Pistols and Sword ; the holsters of which shall be covered
with Bearskin Caps ; each Horseman shall furnish himself
with a serviceable Horse of at least fourteen hands and a
half high, a good Sadle, Bridle, mail Pilion and Valise
Holsters, a Breast Plate and Cruper, a pair of Boots and

Spurrs, a pair of Pistols, a Sabre and Cartridge Box to
contain twelve cartridges for Pistols. No man shall be
inlisted into any troop of Cavalry unless he shall own and
constantly keep a suitable Horse and furniture for that
service ; and if any man who shall belong to any troop
of Cavalry shall be destitute of a suitable Horse and fur-
niture for more than three months at one time, he shall
be discharged from such Corps and enrolled in the stand-
ing Company in which he resides. And whenever any
draft or detachment shall be made from a troop of Cavalry
for actual service, the men thus drafted or detached, shall
march with their own Horses and before they march, the
Horses shall be appraised by three indifferent men to be
appointed by the Brigadier of the Brigade from which
such detachment shall be made.

And be it further enacted by the authority aforesaid that *Artillery organized.*
the Governor with the advice of Council be and hereby is
authorized to compleate the Artillery in each Brigade of
the Militia to two full Companies, and when thus com-
pleated shall form a Battallion in each Brigade, and be
entitled to a Major, Adjutant & Quarter Master. *Pro-* *Proviso.*
*vided nevertheless*, that in those Brigades where there are
already two Companies raised, they shall not be aug-
mented ; and in those Brigades where there are already
more than two Companies, they shall not be reduced.
And each Company of Artillery shall be provided with *—to be pro- vided with com-*
two good field pieces with Carriages and Apparatus com- *plete apparatus*
pleat, an Ammunition Cart, forty round Shott, and forty
rounds of Cannister Shott. The Governor shall order to
be issued to each Company of Artillery annually a quan-
tity of Powder not exceeding One hundred pounds which
shall be expended on General Muster days and in experi-
mental Gunnery. And the Quarter Master General shall *Quarter Master General to*
provide for and supply the Artillery Companies with all *furnish equip- ment.*
the Carriages, Tumbrils, harness apparatus, implements,
larboratory, and Ordnance Stores, which may from time to
time be necessary for their equipment. The Officers of
Artillery shall be armed with a Sword, a hanger, a fuzee,
Bayonet, and Belt with a Cartridge Box to contain twelve
Cartridges ; and each non-commissioned Officer and Pri-
vate or Matross, of those Companies which are unprovided
with field pieces, shall furnish himself with all the equip-
ments of a Private in the Infantry, untill proper Ordnance
and Field Arttillery is provided. And the Commanding

Commanding
Officers to be
accountable.

Officers of each Company of Artillery shall be accountable for the careful preservation of the pieces and Apparatus, and the proper expenditure of the Ammunition supplied

Artillery and
cavalry to be
formed of
volunteers.

by Government. Each Company of Artillery and Troop of Cavalry shall be formed of volunteers from the Brigade, and together they shall not exceed in number one eleventh part of the Infantry of such Brigade; and they shall be uniformly clothed in Regimentals to be furnished at their own expence.

*And be it further enacted by the authority aforesaid,*

Light Infantry
companies.

that at all Regimental Musters, the Companies Commanded by the two eldest Captains shall act as light Infantry Companies, except where Light Infantry Companies have already been raised by voluntary enlistment, and one or more shall be attached to such Regiment.

*And be it further Enacted by the authority aforesaid,*

Penalty.

that if any Non-commissioned Officer or private of Cavalry, Artillery, Light Infantry or other corps raised at large shall neglect for the term of three months to keep himself provided with an uniform of the company to which he belongs as is directed by this act, he shall be discharged from such corps, by the Brigadier commanding the Brigade, and enrolled in the standing company in which he

No corps to be
raised at large
which will re-
duce standing
companies to
a limited num-
ber.

resides. And no company of Cavalry, Artillery, Light Infantry, or other Corps which it may be lawful to raise at large, shall be raised within this Commonwealth, when any of the standing companies will be reduced thereby to a less number than sixty four effective privates; & no Officer of any such corps shall inlist any men belonging to a standing company for the purpose of forming or recruiting such corps raised at large, when by means thereof, such standing company would be reduced to a

— to be deemed
disbanded in
case.

less number than sixty four effective privates — And if any such corps raised at large shall at any time be destitute of commissioned officers, & shall neglect to fill up such vacancies for one whole year after being ordered to elect them, or if any such corps shall be reduced under twenty privates & remain in that situation for one whole year without doing duty as the Law directs; then in either case as aforesaid such corps raised at large shall be deemed disbanded; & the men which belonged to such delinquent Corps, shall be enrolled in the standing company in which the individuals thereof shall respectively reside; And no such Corps raised at large, shall at any

time bear a greater number of men on their rolls, than the — not to consist
Law allows necessary to constitute them; and the com- of a greater number than
manding officer of every such corps shall annually in the legally allowed.
month of April, make out a list of all the mens names be-
longing to his corps, & deliver the same to the command-
ing officer of the Regiment or Battalion in whose District
such Corps is or may be raised ; — and all such Corps
raised at large not annexed to any particular Regiment
shall be subject to the orders of the Commanding Officer
of the Brigade in which they shall respectively be raised,
& shall make their Elections & returns in the same man-
ner as other Corps of the Militia.

And whereas the Military Company in Boston, com- Ancient and
monly called the "Ancient & Honorable Artillery Honorable Artillery
Company" being by ancient Charter, custom & usage Company.
exempted from the general regulations of the Militia,
therefore

*Be it further Enacted by the authority aforesaid*, that — to retain
the said Company called the "Ancient & Honorable privileges.
Company of Artillery" shall retain its accustomed privi-
leges, not being incompatible with the Constitution, but
shall be subject to all other duties required by this Act,
in like manner as other Companies of Militia.

*And be it further Enacted by the authority aforesaid*,
that every Commissioned Officer of Infantry whose duty Officers, how
shall require him to serve on foot, shall be armed with a to be armed and uniformed.
Sword & an Espontoon ; & every Officer whose duty re-
quires him to be mounted, shall be armed with a Sword &
pair of Pistols ; — And the Uniform in every instance re-
quired by this Act shall be a dark blue cloth coat, of such
fashion & with such facings & under-cloaths as the Major
Generals or Brigadiers shall direct within their several
commands.

*And be it further Enacted by the authority aforesaid*,
that every Non-Commissioned Officer & private of the In- Necessary
fantry shall constantly keep himself provided with a good articles of equipment.
Musquet, with an iron or steel rod ; a sufficient bayonet &
belt, — two spare flints, a priming wire & brush & a knap-
sack ; — a cartridge box or pouch with a box therein to
contain not less than twenty four cartridges suited to the
bore of his Musquet ; — each cartridge to contain a proper
quantity of powder & ball, or with a good rifle, knapsack,
shott-pouch, powder horn, twenty balls suited to the bore
of his rifle, & a quarter of a pound of Powder — And shall

appear so armed, accoutred & provided whenever called
out, except that when called out to exercise only, he
may appear without a knapsack & without cartridges
**Proviso.** loaded with ball ; *provided always*, that whenever a man
appears armed with a musquet, all his equipments shall be
suited to his musquet ; & whenever a man appears armed
with a rifle all his equipments shall be suited to his rifle
— And that from and after five years from the passing of
this Act, all Musquets for arming the Militia as herein re-
quired shall be of bores sufficient for balls of the eigh-
**Arms &c. to be** teenth part of a pound. And every Citizen enrolled and
**exempted from** providing himself with the Arms, Ammunition and Accou-
**suits.** trements required as aforesaid shall hold the same exempted
from all suits, distresses, executions, or sales for debt or
for payment of Taxes.

*And be it further enacted by the authority aforesaid,*
**Fine for** that every non-commissioned Officer or private of the
**neglect.** Infantry who shall neglect to keep himself armed and
equipped as aforesaid, or who shall on a Muster day, or
at any other time of examination, be destitute of, or ap-
pear unprovided with, the Arms and Equipments herein
directed (except as before excepted) shall pay a fine not
exceeding twenty shillings in proportion to the Articles
of which he shall be deficient, at the discretion of the
**Parents and** Justice of the Peace before whom trial shall be had. And
**masters to equip**
**their children &** all Parents, Masters and Guardians shall furnish those of
**servants.** the said Militia who shall be under their care and com-
mand, with the Arms and Equipments aforementioned,
**Persons unable** under the like penalties for any neglect. And whenever
**to equip them-**
**selves to be fur-** the selectmen of any Town shall judge any Inhabitant
**nished arms** thereof, belonging to the Militia, unable to Arm and equip
**&c by the**
**town.** himself in manner as aforesaid, they shall at the expence
of the Town provide for and furnish such inhabitant with
the aforesaid Arms and equipments which shall remain the
property of the Town at the expence of which they shall
**Penalty, in case.** be provided ; and if any Soldier shall embezzel or destroy
the Arms and Equipments with which he shall be so fur-
nished, he shall, upon conviction before some Justice of
the Peace, be adjudged to replace the Article or Articles
which shall be by him so embezzeled or destroyed, and to
pay the cost arising from the process against him : And if
he shall not perform the same within fourteen days after
such adjudication, it shall be in the power of the Select-
men of the Town to which he shall belong, to bind him

out to service or labour, for such term of time as shall, in the discretion of the said Justice, be sufficient to procure a sum of money equal to the value of the Article or Articles so embezzeled or destroyed, and pay cost arising as aforesaid.

*And be it further enacted by the authority aforesaid*, that every person liable to do military duty, who being duly warned shall refuse, or neglect to appear at the time, and place appointed, armed, and equipped as by this act is directed for any muster, training, view of Arms, or other military duty, shall pay as a fine for such default the sum of ten shillings — And every person who shall appear at any muster with his arms in an unfit condition shall pay a fine of three shillings for each, and every such default — *provided nevertheless*, it shall be lawfull for the commanding officer of a company at any time within eight days after any muster, training view of Arms, or other duty, to excuse any person for non-appearance, on the delinquent's producing to him satisfactory evidence of his inability to appear as aforesaid ; and the commanding officer of the company shall certify the same to the clerk within the time above mentioned, and the clerk shall not thereafter commence any prosecution against such delinquent for his fine for non-apperance as aforesaid —

*Penalty for not appearing on muster days.*

*Proviso.*

*And be it further enacted by the Authority aforesaid*, that whenever the commanding officer of a company shall think proper to call his company together, or shall be ordered by his superiour officer to do it, he shall issue his orders therefor to one, or more of the non commissioned officers, if there be any, if not, to one, or more of the privates belonging to his company, directing him, or them to notify, and warn, the said company to appear at such time and place as shall be appointed — and every such person, or persons, who shall receive such orders, shall give notice of the time, and place appointed for assembling said company to each, and every person, he or they shall be so ordered to warn, either by verbal information, or by leaving a written, or printed notification thereof at the usual place of abode of the person thus to be notified, and warned ; and no notice shall be deemed legal for musters for the purpose of common, and ordinary trainings, unless it shall be given four days at least previous to the time appointed therefor ; but in case of invasion, insurrection, or other emergency, any time specified in

*Clerk to notify.*

*Manner of notification.*

Penalty.

the orders shall be considered as legal, — and every non commissioned officer, or other person, who shall neglect to give the said notice, and warning when ordered thereto by the commanding officer of the company, to which he belongs, shall for such offence forfeit, and pay as a fine a sum not exceeding forty shillings, nor less than twelve shillings at the discretion of the justice of the peace before whom trial shall be had: And the testimony of any person under Oath who shall have received orders agreeable to Law for notifying and warning any company, or part thereof, to appear at a time and place appointed for any muster, view of arms, or other military duty shall be sufficient to prove due notice was given to the party against whom complaint may be made, unless such testimony shall be invalidated by other sufficient evidence.

Companies destitute of commiesioned Officers, how warned.

And whenever a company shall be destitute of commissioned officers and the commanding officer of the Regiment, or Battalion, to which such company belongs shall think proper to call out such company, he shall direct his orders to one, or more of the non-commissioned officers of said company, who shall have full power and authority to warn, assemble, lead, order, exercise, and govern said company, conformably to the orders which he or they shall thus receive from their superiour officer for that

Proviso.

purpose. *Provided always*, when in Regiment or Battalion, it shall be lawfull for the commanding Officer present to order a commissioned officer to command such company, while acting in conjunction with other corps —

Penalty for disorderly behaviour.

*And be it further enacted by the authority aforesaid*, that every non-commissioned officer, and private of the militia, who shall be disorderly, or disobedient, or guilty of unmilitary conduct, on a muster, or training day, or at any other time when on duty, shall be confined during the time of said muster, or training at the discretion of his officers, and shall pay a fine not exceeding forty shillings, nor less than twelve shillings at the discretion of the Justice of the peace to whom complaint shall be made.

Fines, how recovered.

*And be it further Enacted by the authority aforesaid*, that whenever any non-commissioned officer, or private in the militia, shall forfeit any sum of Money set, and affixed to any default, or offence by this act of the sum of four pounds, or under, the same shall be recovered in the manner following; that is to say; The Clerk of the company to which the offender belongs shall, after the expiration

of eight days, and within sixty days after the offence shall
have been committed, make complaint thereof, and of all
matters of substance, and material circumstances attend-
ing the same to some justice of the Peace in the County,
where such offender shall live, who shall make record
thereof, and shall issue a summons to the party com-
plained of, to be served seven days at least, before the
time appointed for the trial in the form following, *mutatis
mutandis* —

———— ss.

[L. S.] To the Sherrif of the said County, or his
Deputy, or either of the Constables of the Town of
within the same County             GREETING —
    In the name of the Commonwealth of Massachusetts    Form of the
you are hereby required to summon C. D. of       in the   summons.
county of       to appear before me E. F one of the justices
of the Peace for the County aforesaid, at       in       on
       the       day of       at       of the Clock in the
noon ; then and there to shew cause, if any he has, why a
warrant of distress shall not issue against him   [Here in-
sert the complaint]   Hereof fail not, and make due return
of this writ and of your doings therein unto myself at, or
before the said       day of       .
    Dated at       aforesaid the       day of       in the year of
our Lord       .

E. F. *Justice of the Peace.*

And when the said party shall by himself, or his attor-
ney appear accordingly, he may plead the General Issue,
and give any special matter in Evidence ; and if the said
party shall make default, or if Judgment shall be given
against him, and he shall neglect for four days thereafter,
to satisfy the same with legal costs, then the Justice of
the Peace before whom trial shall be had, shall issue his
warrant of distress under his hand and seal in the form
following

———— ss.

[SEAL.] To the Sherrif of the said County, or his
Deputy or any or either of the Constables of the Town
of       within the same County ————       GREETING —
    Whereas C. D. of       upon the       day of       being a   Form of the
private soldier in the train band (as the case may be) of   warrant of
the Company of foot commanded by       in the Regiment   distress.
of militia in the said County of       commanded by

was duly notified to appear upon the      day of      in the town of      in the County aforesaid with his Arms, and equipments as the law of this Commonwealth directs ; and the said C D in violation of the said Law, did unnecessarily neglect to appear (or did not appear armed, and equipped as the case may be) whereby he hath forfeited, and ought to pay the sum of      shillings to the uses directed by Law : and the said C. D. having been duly summoned to appear before me E. F. one of the Justices of the Peace for the County aforesaid, to shew cause, if any he had, why a warrant of distress should not be issued for the same Sum did not appear (or appearing, did not shew sufficient cause why the same warrant should not be issued, as the case may be,) In the name of the Commonwealth of Massachusetts, you are therefore commanded forthwith, of the Goods, or chattels of the said C. D within your precinct to levy by distress and sale thereof the aforesaid Sum of      shillings with      for charges of suit being in the whole the Sum of      and to pay the same to      Clerk of the aforesaid Company, and also of the Goods, Chattels of the said C. D to levy for this Writ together with your own fees, and for want of such goods or chattels of the said C D to be by him shewn to you, or found within your Precinct, you are comanded to take the Body of the said C D. and him committ to the Common Goal in      in the County aforesaid ; and the Keeper thereof is hereby commanded to receive the said C D into the said Goal, and him safely keep, untill he shall pay the sum aforesaid together with legal fees and costs, or untill he shall be otherwise discharged by order of Law ; and you are to make return of this warrant with your doings therein unto myself, within twenty days next coming for which this shall be your sufficient Warrant — Hereof fail not.

Given under my hand and Seal the      day of      in the Year of our Lord.

E. F. *Justice of the peace.*

*And be it further enacted by the authority aforesaid,* That every Captain or Commanding Officer of a Company, shall call his Company together three days in each year for company discipline ; and once on the first Tuesday of May annually for the express purpose of examining and taking an exact account of every mans arms and equip-

Companies to be mustered at stated times for examination.

**135**

---

Military Discipline established by this Act: to superin-
tend the annual Inspection of the Militia: to furnish blank
forms of the different Returns that may be required, and
to explain the principles on which they should be made :
to keep such Rosters and Records as are proper to be
kept in his Office ; to recieve from the several Officers of
the different Corps throughout the state, Returns of the
Militia under their command reporting the actual situation
of their Corps, their Arms, Ammunition, and Accoutre-
ments, their delinquencies, and every other thing which
relates to the general advancement of good order and
discipline ; all which the several Officers of the Divi-
sions, Brigades, Regiments, Battalions and Companies
are hereby required to make in the usual manner, or as
the Commander in Chief shall direct ; so that the said
Adjutant General may be duly furnished therewith : from
all which Returns he shall make proper Abstracts, and a
General Return of the whole Militia of the Common-
wealth, and lay the same before the Governour or Com-
mander in Chief, and to forward a duplicate thereof to
the President of the United States.

*And be it further enacted by the authority aforesaid,*
Duty of Brigade That it shall be the duty of the Brigade Inspector to
Inspector. attend the Regimental and Battalion meetings of the Mili-
tia composing the several Brigades to which they belong,
during the time of their being under Arms ; to inspect
their Arms and Equipments ; to superintend their exer-
cise and manœuvres, and introduce the System of Disci-
pline established by this Act ; to obey all Orders they
may from time to time recieve from the Commander in
Chief or others their superior Officers ; to make Returns
to the Adjutant General at least once in a year, and at
such other times as shall be required, of the Militia of the
Brigades to which they severally belong, reporting therein
the actual situation of the Corps, their Arms, Ammunition
and Accoutrements and every other thing which they may
be required to report ; or which in their judgment may
relate to their government, and the general advancement
of good order and military discipline.

*And be it further enacted by the authority aforesaid,*
Rules and regu- That the Rules of Discipline approved and established by
lations of disci-
pline for the Congress in the Resolutions of the twenty ninth day of
Militia. March one thousand seven hundred and seventy nine,
shall be the Rules and Regulations of Discipline to be

137

observed by the Militia of this Commonwealth, except such deviations from said Rules as may be necessary by the requisitions of this Act, or some other unavoidable circumstances ; and every Officer recieving a Commission in the Militia shall immediately provide himself with a Book containing those Rules.

*And be it enacted by the authority aforesaid*, That every Regiment of Militia of this Commonwealth, shall be assembled in Regiment, once in two Years, for Review, Inspection and Discipline, on such days as the Commanding Officers of the several Divisions or Brigades shall Order : (the commanding Officers of Regiments to point out the place) And the Militia of every Town shall be assembled together once in two years, (the year it is not mustered in Regiment) at such time and place as the Commanding Officer shall Order, and shall be instructed and disciplined under the direction of a Field Officer. *Provided nevertheless*, in new settlements where the dispersed situation of a Regiment may oblige men to march twenty miles or more to the place of parade, it shall be at the discretion of the commanding Officer of the Regiment to muster the Militia in such settlements either by Regiment, by Towns, or other convenient bodies. And every non-commissioned Officer and Private shall come to the place of parade with necessary refreshment for said day at his own expence. The Cavalry and Artillery, and other Corps raised at large, shall also be reviewed and inspected once in every Year, either with the Regiments and Battalions, or by themselves, as the Major Generals or Brigadiers shall Order, and at such times and places, as they shall direct. And each commanding Officer of a Corps when on duty shall have full power and authority to ascertain and fix certain necessary limits and bounds to their respective parades (no road in which people usually travel to be included) within which no Spectator shall have right to enter without liberty from said commanding Officer ; and in case any person shall so intrude within the lines of the parade after being once forbidden, he shall be subject to be confined under guard during the time of exercise at the discretion of the commanding Officer. And whenever different Corps shall be assembled together the senior Officer present shall command without any regard to Corps whatever. And all Officers when on duty shall take Rank according to the

*Margin notes:* Time and manner of mustering Militia. Proviso. Reviews of cavalry and artillery. Parades to be limited and cleared of spectators. Senior Officer to command, in case — Officers to rank from date of commissions.

dates of their Commissions; and when two of the same
grade bear an equal date, and former pretensions of some
Commission do not decide, then their Rank shall be deter-
mined by lot, to be drawn by them before the command-
ing Officer present; and when on Court Martial before
the President thereof.

*And be it further enacted by the Authority aforesaid*, that
every Captain or commanding Officer of a Company who
shall neglect or refuse to call out his company as often as
the law requires for discipline and on the first Tuesday of
May for a view of Arms as directed by this Act, or at any
other time when thereto required by his superior Officer;
or who shall at any time excuse his men for unnecessary
absence, or deficiency, shall be tried by a Court-martial,
and if thereof convicted he shall be reprimanded in orders,
or removed from Office at the discretion of said Court.

*And be it further enacted by the Authority aforesaid*
that at any Regimental muster the severall companies shall
form in regiment according to the rank of the Officers
commanding them : and the same Rule shall Apply when-
ever different corps are assembled together, excepting so
far as by custom usage & Necessity Cavalry Artillery and
Light troops may be detached from the Battalions.

*And be it further Enacted by the Authority aforesaid*
that whenever in case of threatened or actual Invasion,
insurrection or other public danger or emergency the Mi-
litia or any part thereof shall be ordered out or detached,
if any person who shall be ordered out or detached in
obedience to such orders being duly notified thereof and
ordered to march to the place of rendezvous shall neglect
or refuse to obey such orders or shall not within twenty
four hours after he shall have been notified as aforesaid
pay a fine of ten pounds to the commanding Officer of the
company to which he belongs or procure an able bodied
man in his stead such person shall be considered as a sol-
dier in such detachment and be dealt with accordingly.
*Provided always* that whenever a detachment is made the
Officers, noncommissioned Officers and privates being
able of body shall be detailed from the Rosters or Rolls
which shall be kept for that purpose : and any person who
by absconding, after being detached as aforesaid, or by
deserting from such detachment, shall attempt to evade
the punishment by law provided for desertion he shall
pay a fine of twelve pounds to be sued for and recovered

*Companies, how to rank*

*Penalty for not marching with detachments, when ordered.*

*Proviso.*

*Punishment for absconding.*

139

by the clerk of the Company to which such person be-
longs any time within twelve months after the discharge
of such detachment, said fine to be disposed of for the
purpose of paying such men as shall be hired or drafted
into service. And any Officer holding a Commission in Delinquent
the Militia who shall Neglect or refuse to execute any or- officers, how
ders he may recieve from his superior Officer to make a
detachment of the Corps under his command it shall be
the duty of the officer who issued such orders, immedi-
ately to arrest such delinquent Officer, bring him to trial
therefor before a Court martial, and forthwith give infor-
mation thereof to the Commander in chief; and the officer
who issued the Order which shall not have been executed
as aforesaid shall imediately after arresting the delin-
quent Officer proceed by himself or some other officer
under his command to make and compleat the detachment
ordered as aforesaid. And when any Regiment or Com-
pany shall not be organized the officer issuing the orders
for such detachment shall by himself or some other Officer
under him proceed to make and Compleat the detachment
from any part of the Militia of such unorganized Corps.

*And be it further enacted by the Authority aforesaid*,
that whenever the Militia or any part thereof of any town Militia to pro-
shall be ordered to march for the immediate defence of vide provisions
this state, each officer & soldier shall provide and take when called out.
with him three days provision unless otherwise ordered;
and the selectmen of such town shall cause carriages to Selectmen
attend them with further supplies of provision and Camp to furnish
Utensils, until notice shall be given them to desist by the carriages, &c.
commanding officer of the Militia detached. And the se-
lectmen shall prefer their Accounts for such supplies to
the General Court for allowance and payment — And Penalty in case.
whenever the selectmen of any town or district from
which a detachment shall be ordered shall be Notified by
any officer duly Authorized thereto and shall neglect or
refuse to furnish such supplies and Utensils the Towns or
districts to which such selectmen belong shall pay a fine
not exceeding fifty pounds to be sued for and recovered
by any person who shall prosecute for the same one
moiety to the prosecutor and the other to the use of
the Commonwealth and the officer to whom such camp
Utensils shall be delivered shall be accountable for the
same unless broken or lost by some unavoidable accident
not in his power to prevent.

# 400 ACTS, 1793. — CHAPTER 14.

Widows and children of persons who may be killed or wounded in actual service to receive a pension.

*Be it further Enacted by the Authority aforesaid*, that if any Officer non commissioned Officer or private of the Militia shall be killed or die of his wounds recieved in the service of this Commonwealth, his widow, child or children shall be entitled to similar relief, and under the same regulations and restrictions as is provided by Law in such cases for the relief of widows & orphans of persons killed or dying of wounds recieved in the service of the United States. And if any Officer, non commissioned Officer or private of the Militia shall be wounded or otherwise disabled in the service of this Commonwealth, he shall be entitled to similar relief and under the same regulations & restrictions as is provided by law in such cases for the relief of persons wounded or disabled in the service of the United States.

Court Martial how appointed, and by whom.

*And be it further Enacted by the Authority aforesaid*, That the Governour or Commander in chief shall appoint Courts martial for the trial of all Officers above the rank of Captain: That the Major Generals or commanding Officers of Divisions each within his own division shall appoint courts martial for the trial of Captains and all Officers under that rank. And it shall be the duty of every Officer who shall appoint a court martial as aforesaid to approve or disapprove of every sentence of such court martial by them appointed. And no Officer who shall appoint a Court-martial shall be president thereof nor shall any sentence be put in Execution untill it shall have been approved of as aforesaid. No court martial shall consist of a less number than thirteen Commissioned Officers the president of which shall not be under the rank of a field Officer ; and no field Officer shall be tried by any person under the degree of a Captain; and all Officers shall take rank by seniority of Commission without regard

Judge Advocate to be appointed — his duty.

to Corps, and the Officer who shall appoint a Court-martial shall at the same time appoint a suitable person for a Judge Advocate ; whose duty it shall be impartially to state the evidence both for and against the Officer under trial ; to take accurate minutes of the evidence and all the proceedings of the court all of which he shall transmit with the Judgement of the court thereon under seal to the Officer whose duty it is to approve or disapprove of such Judgement. Every officer to be tried shall have ten days Notice given him of the time and place appointed for trial. And every officer to be tried shall be put in ar-

Officers to be tried, to have due notice.
— to be arrested.

rest so as to be suspended from the exercise of his Office,
and shall have a Copy of the charges Exhibited against
him ten days before the sitting of said Court, and in case
any Officer for the trial of whom a Court martial shall be
appointed, shall neglect to appear and make defence, he
shall be deemed by said Court guilty of the Charge and
shall be sentenced accordingly. In every Court Martial Judgment of
held for the trial of an Officer, not less than two thirds of —how deter-
the members must agree in the sentence or Judgment of mined.
said Court, otherwise the person charged shall be ac-
quitted. All proceedings and trials by Court Martial
shall be carried on in the day time; and when the mem-
bers shall be required to give their votes on a question or
decission, they shall begin with the Youngest in Commis-
sion first. All persons shall be holden to appear and give Persons to give
evidence before any Court Martial under the same penal- evidence under
ties for neglect as are by law provided for witnesses in penalties.
other cases, when thereunto summoned by a Justice of the
Peace for such service. And all witnesses shall be sworn
by the Judge Advocate before they give their evidence to
the Court. Before any Court Martial shall proceed to the Judge Advocate
Trial of any Officer, the Judge Advocate shall administer to administer
to the President and each of the members the following the Oath.
Oath *Viz* —

You A. B. do swear that you will well and truly try Oath.
the cause now before you, between this Commonwealth,
and the person to be tried; and you do further swear
that you will not divulge the sentence of this Court Mar-
tial until it shall be approved or disapproved of; and
that you will not on any account at any time whatever
discover the vote or opinion of any member unless re-
quired to give evidence thereof as a witness by a Court
of Justice in a due course of law. So help you GOD.

And the President shall administer to the Judge Advo-
cate the following Oath *Viz* —

You A. B. do swear that you will not on any account Oath adminis-
at any time whatever divulge the vote or opinion of any tered to the
member of this Court Martial, unless required to give cate.
evidence thereof, as a witness by a Court of Justice in a
due course of Law. So help you GOD.

*And be it further enacted by the authority aforesaid,*
that every Officer holding a Commission in the Militia, Officers guilty
of unmilitary

142

conduct, to be tried by a Court-Martial;

who shall be accused of any unmilitary conduct, neglect of duty, or disobedience of Orders; or who shall when on duty appear or behave himself in an unofficer like manner, or shall wilfully injure those who are under his command, he shall be liable to be tried by a Court Martial,

— and removed from office.

and if found guilty to be sentenced by said Court to be reprimanded in Orders, or to be removed from Office. And whenever a Court Martial shall sentence any Officer to be removed from Office, the Court shall therein adjudge such Officer incapable of holding any military Commission under this Commonwealth for life, or for years, according to the nature and aggravation of his offence; and such sentence being duly approved of by the Officer appointing such Court Martial, shall be published and remain in full force, unless reversed, so far as respects disqualification, by the General Court:

*And be it further enacted by the authority aforesaid,*

Towns to be provided with military articles.

That every Town within this Commonwealth shall be constantly provided with Sixty four pounds of good gun powder, one hundred pounds of musquet balls, one hundred Flints, and three Tin or Iron Camp Kettles for every sixty four Soldiers in the Militia of such Town enrolled as aforesaid, and the same proportion of each of the aforesaid Articles for a greater or lesser number. And every

Penalty in case of neglect —

Town which shall neglect to keep constantly provided with the said Articles, shall forfeit and pay for the use of the Commonwealth for every sixty four men in such Town which shall be unprovided with the said Articles,

how recovered.

the sum of six pounds; to be recovered by presentment in the Court of General Sessions of the Peace in the County

Brigade Inspector to inspect town magazines &c.

to which such Town shall belong; And it shall be the duty of the Brigade Inspector annually to inspect the Magazines of each Town, within the Brigade to which he belongs, and to make complaint to the Grand Jury of the County against all Towns which shall neglect to keep constantly provided as aforesaid.

*And whereas the good Citizens of this Commonwealth are often injured by the discharge of single guns on a Muster day, therefore*

Penalty for firing on a muster day, without orders —

*Be it further enacted by the authority aforesaid,* that no non-commissioned Officer or Private shall unnecessarily fire a musquet or single Gun, in any public road or near any house or near the place of parade, on any day, or evening succeeding the same, on which any Troop or Company shall be ordered to assemble for military duty,

unless embodied under the command of some Officer ; and if any non-commissioned Officer or private shall fire a musquet or Gun except as aforesaid, on the said day or evening succeeding without being embodied as aforesaid, he shall forfeit and pay a fine of five shillings for each and every offence as aforesaid, to be sued for recovered and *how recovered and disposed of.* disposed of in the same manner as fines for non appearance on a muster day are recovered and disposed of.

*And be it further enacted by the authority aforesaid,* that the Adjutant General, the Quarter Master General, *Certain officers to receive pay.* Brigade Inspectors, and Adjutants of Regiments, shall recieve a reasonable consideration for their services ; to be allowed by the General Court. And all Officers serving on military Boards, Courts of Inquiry, and Courts Martial, shall recieve pay, while necessarily employed therein, at the same rate as when in actual service : And *Pay rolls to be laid before the* the Adjutant General or Brigade Majors, as the case may *General Court.* be, shall make up pay Rolls of such military Boards, Courts of Inquiry, and Courts Martial, and lay the same before the General Court for allowance ; and they shall recieve payment at the Treasury of the sums so allowed, and pay the same over to the Officers who performed the service.                    *Approved June 22, 1793.*

## 1793. — Chapter 15.

### [May Session, ch. 15.]

AN ACT TO ESTABLISH A COLLEGE IN THE COUNTY OF BERK-
SHIRE WITHIN THIS COMMONWEALTH, BY THE NAME OF
WILLIAMS COLLEGE.

*Be it Enacted by the Senate & House of Representatives in General Court Assembled & by the Authority of the same,* that there be Erected & Established in the town *College established.* of Williamstown in the County of Berkshire, a College for the purpose of Educating Youth, to be called & known by the name of Williams College, to be under the government & regulation of a Body Politic & Corporate as hereafter in this Act is provided.

*And be it further Enacted by the Authority aforesaid,* that John Bacon, Esquire, Reverend Daniel Collins, Israel *Persons incorporated.* Jones, Woodbridge Little, David Noble, Theodore Sedgwick, Tompson J. Skinner, Esquires, Reverend Seth Swift, Henry Vanscaack, Esquire, Reverend Stephen West, Doctor of Divinity, William Williams & Elijah Williams Esquires, together with the President of the said College for the time being, to be chosen as in this Act is hereafter

# New York

per cent. on the whole fum which fhall come into their hands by virtue of fuch appointment, before each dividend made, over and above all neceffary difburfements in the premifes.

XXVIII. *And be it further enacted by the authority aforefaid,* That any judge or judges, mayor or recorder, who have iffued any warrant or war-rants, in purfuance and by virtue of any act or acts againft abfent, abfconding or concealed debtors, may proceed thereon by virtue of this act; and that truftees appointed by any of the faid acts, may exercife all the powers given by this act to fuch truftees, and fhall be fubject to fuch rules, orders and r e-gulations, as in and by this act are appointed.

XXIX. *And be it further enacted by the authority aforefaid,* That if any perfon or perfons fhall be fued for any matter or thing done in purfuance or by virtue of this act, it fhall and may be lawful for him, her or them, to plead the general iffue, and give the fpecial matter in evidence ; and alfo that this act fhall be beneficially conftrued for the creditors in all courts of record within this ftate.

$ 7th feff. ch. 54.

XXX. And whereas, by the firft fection of the act, enti-tled, ‡ An act to amend an act, entitled, An act for relief againft abfconding and abfent debtors, and to extend the remedy of the act, entitled, An act for granting a more effectual relief in cafes of certain trefpaffes, and for other purpofes therein mentioned, paffed May the 4th, 1784, re-medy was given to creditors againft debtors, defignated in the faid firft fection of the faid act, with authority to proceed againft fuch debtors in manner as nearly as may be, as is prefcribed and directed in and by an act, entitled, An act for relief againft abfconding and abfent debtors, paffed 9d day of April, 1775. And whereas the act laft mentioned is expired by its own limitation ; *Be it therefore enacted by the authority aforefaid,* That all proceedings here-after to be had againft fuch debtors as are particularly defcribed in and by the aforefaid firft fection of the act firft aforefaid, fhall, as nearly as may be, be in the manner prefcribed and directed in and by this act.

## C H A P. XXV.

*An* A C T *to regulate the Militia.*

Amended, 10th feff. ch. 92.

Paffed 4th April, 1786.

I. BE it enacted by the people of the ftate of New-York, reprefented in fenate, and affembly, and it is hereby enacted by the authority of the fame, That

Citizens of 16 and under 45 years of age, to be enrolled by the captain of the beat.

every able-bodied male perfon, being a citizen of this ftate, or of any of the United States, and refiding in this ftate (ex-cept fuch perfons as are herein after excepted) and who are of the age of fixteen, and under the age of forty-five years, fhall, by the captain or commanding officer of the beat in which fuch citizens fhall refide, within four months after the paffing of this act, be enrolled in the company of fuch beat. That every captain or commanding officer of a company, fhall alfo enrol every citizen as aforefaid, who fhall, from time to time, arrive at the age of fixteen years, or come to refide within his beat, and without delay notify fuch enrolment to fuch citizen fo enrolled, by fome non-commiffioned officer of the company, who fhall be a competent witnefs to prove fuch notice. That all difputes which may happen with refpect to the age or ability of any perfon to bear arms, fhall be determined by the cap-tain or commanding officer of the company, with a right of appeal by the perfon who may conceive himfelf aggrieved, or by any other perfon be

longing to the company, to the colonel or commanding officer of the regi-
ment. That every citizen so enrolled and notified, shall,
within three months thereafter, provide himself, at his own
expence, with a good musket or firelock, a sufficient bayonet and belt, a
pouch, with a box therein to contain not less than twenty-four cartridges
suited to the bore of his musket or firelock, each cartridge containing a pro-
per quantity of powder and ball, two spare flints, a blanket and knapsack ;
and shall appear so armed, accoutered and provided, when called out to
exercise or duty, as herein after directed, except that when called out to ex-
ercise only, he may appear without blanket or knapsack. That the com-
missioned officers shall be respectively armed with a sword or hanger, and an
espontoon. That the commander in chief for the time being shall, by gene-
ral orders, arrange the whole militia into commands, as nearly equal as con-
veniently may be, of brigades, regiments and companies, and may, from
time to time, alter such arrangements as he shall think proper ; and that to
each brigade of infantry there shall be one company of artillery, and one
troop of horse. That each regiment of infantry shall consist of two batta-
lions, each battalion to be composed of four companies, and each company of

*Militia how to be armed and accoutred.*

| One captain, | Four corporals, |
| One lieutenant, | One drummer, |
| One ensign, | One fifer, |
| Four serjeants, | |

*Serjeants, corporals, drummers and fifers, to be appointed by the captain.*

And not less than sixty-five privates, as nearly as local cir-
cumstances will admit. The serjeants, corporals, drum-
mers and fifers to be, from time to time, appointed by the
captain or commanding officers of the several companies.
And if any non-commissioned officer so to be appointed, shall refuse to
accept the office to which he shall be appointed, he shall forfeit the sum
of forty shillings, to be adjudged, levied and disposed of as is herein af-
ter directed, with respect to fines for neglecting or refusing to appear to
exercise. That each regiment shall be commanded by three field officers,
viz. One lieutenant-colonel commandant, and two majors ; and that to
each regiment there shall be a regimental staff, to consist of

One adjutant,
One Quarter-master, ⎫ To rank as lieutenants.
And one pay-master, ⎭
One surgeon, and
One surgeon's mate.

And that to each regiment there shall be two light-infantry companies,
composed of such active young men as shall voluntarily engage in such in-
fantry companies, and who shall form on the flanks of the regiment, and be
clothed in such uniform as is herein after directed. That four regiments
thus constituted, shall form a brigade, to be commanded by a brigadier-
general, who may nominate his own brigade-major, which brigade-major
shall rank as captain.

That each troop of horse shall consist of

| One captain, | Four corporals, |
| One captain-lieutenant, | One saddler, |
| One lieutenant, | One farrier, |
| One cornet, | One trumpeter, and |
| Four serjeants, | Forty horsemen, |

Each trooper to furnish himself with a serviceable horse, at least fourteen hands high, a good saddle, bridle, housing, holsters, breast-plate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, a cartouch-box to contain twelve cartridges for his pistols; and that the commissioned officers shall be armed with a sword and pair of pistols, the holsters of which to be covered with bearskin caps.

That each company of artillery shall consist of

| | |
|---|---|
| One captain, | Six gunners, |
| One captain-lieutenant, | Six bombardiers, |
| Three lieutenants, | One Drummer, |
| Six serjeants, | One fifer, and |
| Six corporals, | Thirty-two matrosses. |

Each commissioned officer shall be armed with a sword or hanger, a fusee, bayonet and belt, and cartridge box, to contain twelve cartridges, and each artillerist shall furnish himself, at his own expence, with all the equipments, of a private in the infantry, until proper ordinance and field artillery can be provided by the state; the drum and fife to be provided by the commissioned officers of the company. That each company of artillery

*Artillery company, and troops of horse, to be formed of volunteers.* and troop of horse shall be formed of volunteers from the district of the brigade, within which they reside, and shall be uniformly clothed in regimentals, to be furnished at their own expence, the colour and fashion of which to be determined by the brigadier commanding the brigade. That on every enlistment of a volunteer into the horse, artillery or light-infantry, the captains of such troops or companies respectively, shall immediately certify the same to the captain of the beat from which such volunteer shall inlist. That each regiment shall be provided with state and regimental colours, at the expence of the field officers, and each company with a drum and fife, at the expence of its commissioned officers. That all the militia of the state shall rendezvous

*Militia to rendezvous four times in a year.* four times in every year, for the purpose of training, disciplining and improving in martial exercises, twice by companies within their beats, once by regiments, and once by

† *Altered, 10th sess. ch. 92. sec. 2.* ‡ brigades; the time and place of rendezvous for the companies to be appointed by the colonel or commanding officer of the regiment, and arranged on different days, that the field and staff officers may have an opportunity of attending the several companies exercised in detail, in order to introduce uniformity in the manœuvres and discipline of the regiment. That each commanding officer of a regiment shall appoint a regimental parade at some convenient place, as nearly central as may be, within the district of his regiment; and each brigadier-general shall appoint a brigade parade at some convenient place within the district of his brigade, as nearly central as may be; at which brigade parade such brigade shall rendezvous on such days as the commander in chief shall appoint by general orders; and which days shall be so arranged, that the adjutant-general may be enabled to visit and review them at their respective brigade parades. That there shall be an adjutant-general of the militia, whose duty shall be to distribute all orders from the commander in chief to the several corps, and once in every year review the brigades; to attend the respective brigades on their respective parades; and the regiment of infantry, and companies of artillery and cavalry, during the time of their being under arms, pursuant to this act; and shall inspect their arms, ammunition, accoutrements and clothing; superintend their exercises and manœuvres, and introduce a system of military discipline throughout the state, agreeable to such orders as he shall

148

from time to time, receive from the commander in chief; to furnish blank forms of different returns that may be required, and explain the principles on which they shall be made; that within three weeks after he shall have finished his annual review, he shall deliver to the commander in chief, a return of all the militia of the state, reporting the actual situation of the arms, accoutrements and ammunition of the several corps, their delinquencies, and every other thing which in his judgment may relate to their police, and the general advancement of good order and military discipline; that he shall have the rank of lieutenant-colonel, and shall be allowed, as a full compensation for all the services he is required to perform by this act, at and after the rate of two hundred and fify pounds for every year.    That to every brigade there shall be an inspector, to rank as major, whose duty it shall be to attend the regimental parades, and shall then and there inspect their arms, ammunition, accoutrements and clothing; superintend their exercises and manœuvres, and introduce a proper system of military discipline throughout his brigade, agreeable to such orders as he may, from time to time, receive from the adjutant-general.    That at the annual brigade rendezvous,
the light-infantry companies of the regiments composing the brigades, shall be formed into a regiment, to be commanded by such field officers as the commanding officer of the brigade shall appoint for that service.    That when so embodied, they shall continue together at least four days, and perform such manœuvres and evolutions, under the direction of the adjutant-general, as he shall assign them.    That the artillery company and troop of horse belonging to each brigade, shall, during such service, be attached to and remain with the regiment of light-infantry, and be subject to the orders of the commanding officer thereof.    That every regimental commissioned officer shall report his acceptance of his appointment, within ten days from his receiving notice thereof, to the commanding officer of the regiment, who shall, in like manner, within ten days, make return thereof to his brigadier.    The commissioned officers of cavalry and artillery shall also notify the acceptance of their appointments, within ten days after they have received notice, to their captains, and the captains shall make similar returns to their brigadiers within ten days.    That a general court-martial shall consist of thirteen
commissioned officers, who shall appoint their own judge-advocate; which judge-advocate shall tender to each member, and each member is hereby enjoined to take the following oath:

Y OU      do swear, That you will, well and truly try and determine, according to evidence, the matter now depending between the people of the state of New-York, and the prisoner or prisoners to be tried; and you do further swear, That you will not divulge the sentence of the court, until the same shall be approved of, pursuant to this act; neither will you, upon any account, at any time whatsoever, disclose or discover the vote or opinion of any particular member of the court-martial, unless required to give evidence thereof by a court of justice, in a due course of law.    So help you God.

. And the president is hereby authorised to tender to the judge-advocate, who is hereby enjoined to take the following oath:

Y OU      do swear, That you will not, upon any account, at any time whatsoever, disclose or discover the vote or opinion of any particular member of the court-martial, unless required to give evidence thereof as a

*(marginal notes)*
Light-infantry companies, at the annual review, to be formed into a regiment. Altered, 10th sess. ch. 92. sec. 2.

General court-martial.

Witnefs, by a court of juftice, in a due courfe of law; and that you will not divulge the fentence of this court, until the fame fhall be approved, purfuant to this act.  So help you God.

Commiſſioned officers when convicted how to be puniſhed. That every commiffioned officer who fhall be convicted by a general court-martial, of having refufed or neglected to perform any of the duties of his office, fhall be punifhed according to the nature and degree of his offence, at the difcretion of the faid court, either by fine or removal from his office.  Provided, No fine fhall exceed ten pounds for the firft offence, or fifty pounds for any fubfequent offence ; which fine fhall be levied and collected by warrant under the hand and feal of the commanding officer of the brigade, directed to any ferjeant of the regiment to which fuch officer, on whom fuch fine is impofed, may belong, in like manner as the fines herein after mentioned to be recovered of non-commiffioned officers and privates, for neglect or refufal of duty.  That the commanding officer of a brigade may order courts-martial for the trial of offences within his brigade ; the members of which fhall be warned for that duty by the brigade-major, who is to keep a rofter for that purpofe. That the proceedings and fentence of every court-martial, by which any officer fhall be removed from office, fhall be in writing, figned by the prefident thereof; and that all proceedings and fentences fhall, by the prefident, be delivered to the commanding officer of the brigade, to be by him tranfmitted to the commander in chief, who fhall approve or difapprove of the fame in orders ; and that all other proceedings and fentences of brigade courts-martial, fhall be delivered by the prefident thereof to the commanding officer of the brigade, who fhall approve or difapprove of the fame in orders.  That a court-martial for the trial of general officers, fhall be ordered by the commander in chief, and com-

Courts-martial for the trial of general officers, how to be ordered and conducted. pofed of general and field officers, who fhall be warned to that duty by the adjutant-general, from a rofter to be by him kept for that purpofe.  That the proceedings and fentences of fuch courts fhall be tranfmitted by the prefidents thereof, to the commander in chief, who fhall confirm or difapprove of the fame in general orders.  Provided, That no fentence of a court-martial on a general officer, fhall go farther than removal from office.  That all fentences of courts-martial, by which any officer fhall be removed, and which fhall be approved by the commander in chief, fhall, by him, from time to time, be laid before the council of appointment, to the end that the perfon adminiftring the government of this ftate for the time being, by and with their advice and confent, may appoint others inftead of the officers fo removed from office.  That every non-commiffioned officer or private, who fhall neglect to appear when warned in purfuance of this act, without fufficient excufe, fhall, for every day he neglects to appear at the brigade rendezvous, forfeit the fum of twenty fhillings, and fhall, for every day he neglects to appear at the regimental or company parades, forfeit the fum of eight fhillings ; and if he fhall not be armed and equipped according to the directions of this act, when fo appearing, without fufficient excufe, he fhall, for every deficiency, forfeit the fum of one fhilling ; and appearing without a mufket, the fum of four fhillings.  That the com-

Commiſſions to be numbered, and officers to take rank according to fuch numbers.
† Altered, 10th feff. ch. 92. fec. 3. miffions to be granted to officers of the militia, fhall be numbered ; and the officers of the fame grade' fhall take ‡ rank according to the numbers marked on their refpective commiffions ; and when officers of different corps fhall meet on duty, the rank of officers of the like grade fhall be determined by

ballot, by the commanding officer of the whole then preſent.   That one
brigade, regiment, or company of foot (except the light-in-
fantry companies herein before mentioned) ſhall not be con-
ſidered as older, or having rank or preference of the other ;
but each brigade, regiment, or company, ſhall be polled in the line, or on
command, as the commanding officer ſhall think proper.   That all fines ariſ-
ing from offences in a company only, ſhall be adjudged of, and impoſed by
the commiſſioned officers of the ſaid company, or the major part of them ;
and all fines to ariſe from offences on calling out the regiment or brigade, with
reſpect to the non-commiſſioned officers and privates, ſhall be adjudged and
inflicted by the major part of the field officers of the regiment, and ſhall be
levied, with coſts, not exceeding three ſhillings, by warrant from the colonel
or commanding officer of the regiment, or captain,  or commanding officer
of the company, as the caſe may be, directed to one or more ſerjeants,  by
diſtreſs and ſale of the goods and chattels of the offenders reſpectively.   And
in caſe any ſuch defaulter ſhall be under age, and live with his father or mo-
ther, or ſhall be then an apprentice or ſervant, the maſter or miſtreſs, or father
or mother, as the caſe may be, ſhall be liable to pay the ſaid fine,  with coſts ;
and in default of payment, the ſaid ſerjeant ſhall levy the ſame upon the
goods and chattles of ſuch father or mother, or maſter or miſtreſs ; ſuch
fines, when recovered, to be paid by the ſerjeant or ſerjeants,
to the officer granting ſuch warrant, whoſe duty it ſhall be
to account for, and pay the ſame to the commanding offi-
cer of the brigade ; and ſuch commanding officer ſhall pay
the ſame into the treaſury of this ſtate.   That the city  and
county of New-York ſhall raiſe one regiment of artillery, to
conſiſt of as many companies as the commander in chief ſhall
judge neceſſary, not to exceed four ; which companies ſhall conſiſt of the
ſame number of officers, non-commiſſioned officers, and matroſſes, as the ar-
tillery companies herein before mentioned.   That ſuch regiment of artillery
ſhall have three field officers, ſhall be armed and accoutred in the ſame man-
ner as the other artillery companies mentioned in this act, until further pro-
viſion is made therein by law, and ſhall be called out to exerciſe,  by orders
from the commander in chief, at leaſt ſix times in every year, and be ſubject to
the ſame fines and penalties as are inflicted by this act for the neglect or refuſal
to do duty, or being deficient in any arms or equipments.

II.   And be it further enacted by the authority aforeſaid,
That the commander in chief for the time being, may, in
caſe of invaſion or other emergency, when he ſhall judge
it neceſſary, order out any proportion of the militia of the
ſtate, to march to any part thereof, and continue as long as he may think
neceſſary ; and likewiſe may, in conſequence of an application from the
executive of any of the United States, on an invaſion, or an apprehenſion
of an invaſion of ſuch ſtate, at his diſcretion, order any number of the mili-
tia, not exceeding one third part thereof, to ſuch ſtate.   Provided, That they
be not compelled to continue on duty out of this ſtate more than forty days
at any one time :  That while in actual ſervice, in conſequence of being ſo
called out, they ſhall receive the ſame pay and rations, and be ſubject to the
ſame rules and regulations, as the troops of the United States of America.

III.   And be it further enacted by the authority aforeſaid,
That the lieutenant-governor,  members and officers of
congreſs, and their ſervants not citizens of this ſtate,  mem-

*[Marginal notes:]*

No brigade, regi-
ment or company, en-
titled to rank.

To be paid into the
treaſury of this ſtate.
Altered,
10th ſeſſ. ch. 92. ſec. 7.

City of New-York
to raiſe one regiment
of artillery.

Commander in chief,
in caſe of invaſion,
may order out the mi-
litia, &c.

Certain characters
exempted from mili-
tia duty.

bers of senate and assembly, the clerks of senate and assembly, the chancellor, chief justice and other justices of the supreme court, judge of the court of probates, and all other judicial officers, secretary, treasurer, attorney-general and auditor of this state, surveyor-general, registers of courts, sheriffs, coroners and gaolers, two ferrymen employed to each boat, and e surrogates in the several counties, all ministers or preachers of the gospel, physicians and surgeons, except in their respective professions and callings, the professors, tutors and students of Columbia college, post-officers, and stage-drivers who are employed in conveying the mails of the post-office of the United States, all school-masters engaged for six months, the actual attendant of every grift-mill, and the fire-men of the cities of New-York and Albany, and of the township of Brooklyn, and twenty fire-men, to be from time to time appointed by the majority of the magistrates of the county of Albany, residing in the township of Schenectady, notwithstanding their being above sixteen and under forty-five years of age, shall be, and hereby are exempted from training or doing duty in the militia.

IV. *And be it further enacted by the authority aforesaid,* That all persons, being of the people called Quakers, who would otherwise be subject to military duty, by virtue of this act, and who shall refuse personal military service, shall be exempted therefrom, on paying annually the sum of forty shillings each for such exemption ; such sum to be assessed on each of them respectively by the assessors, and collected by the collectors of the districts wherein they respectively reside, with the contingent charges of the county, and paid to the county treasurer, who shall pay the same into the treasury of this state, to be applied towards the support of government ; and it is hereby made the duty of every captain of infantry, within three months after he shall have received his commission, and yearly and every year thereafter, on the first Monday of June in every year, to make a list of the names of all and every person and persons within his beat, who being of the people called Quakers, shall neglect or refuse personally to perform military service, and deliver such list, in the city of New-York, to the clerk of the said city, and in each of the other counties of this state, to the supervisor of the town, precinct or district where such person or persons so neglecting or refusing to perform military service, shall respectively reside. And the clerk of the said city of New-York shall forthwith, after receiving such lists, deliver the same to the mayor, aldermen and commonalty of the said city, in common council convened. And the mayor, recorder and aldermen of the city of New-York, or any three of them, in the said city, and the supervisors, or major part of them, of each of the other counties of this state, respectively, shall, at their first meeting after the delivery of such lists, cause tax-lists to be made out, according to such lists so delivered, with warrants thereon, under their hands and seals, directed to the collector of the ward, town, precinct or district in which such persons named in such lists, respectively reside, for levying the sum of forty shillings, of the goods and chattels of each of the persons named in the same lists. And the said collectors are hereby respectively authorised and required to demand and receive of each of the persons named in such tax-list, the said sum of forty shillings ; and in default of payment, such collector shall levy the said sum of forty shillings, by distress and sale of the goods and chattels of the person so neglecting or refusing to pay the same ; and in case any person named in such tax-list shall be under age, and live with his father or mother,

<span style="float:left">Quakers, instead of duty, to pay 40s. per annum.</span>

H h

ſhall be then an apprentice or ſervant, the maſter or miſtreſs, or father or mother as the caſe may be, ſhall be liable to pay the ſaid ſum of forty ſhillings, for ſuch perſon ſo under age; and in default of payment, the collector ſhall levy the ſame by diſtreſs, and the ſale of the goods and chattels of ſuch father or mother, maſter or miſtreſs; and the ſaid reſpective collectors ſhall reſpectively pay the ſaid monies to the city or county treaſurer, deducting their fees for collecting, on or before the firſt Monday in January in every year; and the county treaſurers ſhall reſpectively pay the ſame to the treaſurer of this ſtate, deducting his fees for receiving the ſame, on or before the firſt Monday in March in every year. And the collectors and county treaſurers ſhall have the like fees for collecting and receiving the ſaid monies, as they are reſpectively entitled to for collecting and receiving the monies raiſed for defraying the neceſſary and contingent charges of the ſaid city or counties.

_[The 5th ſection of this act is repealed, 10th ſeſſ. ch. 92, ſec. 4. and the 6th, 7th and 8th ſections are thereby become obſolete.]_

IX. _And be it further enacted by the authority aforeſaid,_ That the commander in chief ſhall, from time to time, arrange the militia in two diviſions, as nearly equal as circumſtances in his opinion will admit of.

Thoſe perſons in Waſhington & Montgomery who live a-bove 30 miles from the regimental and bri-gade parades, excuſed from attending. X. And whereas from the great extent of the counties of Waſhington and Montgomery, ſome of the inhabitants would be ſubject to great expence and difficulty, if they were obliged to attend at regimental and brigade parades; _Be it therefore enacted by the authority aforeſaid,_ That it ſhall and may be lawful for the reſpective commanding officers of the militia in each of the ſaid counties, to exempt ſuch perſons from attending regimental and brigade parades, as ſhall live at a greater diſtance than thirty miles from ſuch parades aforeſaid.

XI. And whereas, from the inſular ſituation of the county of Richmond, it will be attended with much inconvenience and expence, if the militia thereof ſhould be compelled, for the purpoſe of improving in military diſcipline, to attach themſelves to the militia of any other county: Therefore,

Militia in Richmond to be formed into one regiment, _Be it further enacted by the authority aforeſaid,_ That the militia of the ſaid county of Richmond, ſhall be formed into one regiment, to conſiſt of as many companies as the commander in chief ſhall judge neceſſary; which regiment ſhall meet four times in the year, in the manner, and during the periods which the other militia of this ſtate are directed to meet; but ſuch regiment ſhall be inſpected in the ſaid county, by ſuch inſpector of the militia of the city And conſidered as part of the militia of New-York. and county of New-York, as the commander in chief ſhall direct, and ſhall be attached to, and conſidered as part of the militia of the city and county of New-York, and be ſubject to the immediate command of the ſenior brigadier of the ſaid city and county, as part of his brigade.

XII. _And be it further enacted by the authority aforeſaid,_ That if a ſufficient number of volunteers ſhall not offer themſelves to compoſe the infantry companies of any regiment, it ſhall and may be lawful, from time to time, when a deficiency in the compliment of any ſuch company ſhall ariſe, to and for the field officers of the regiment to cauſe a liſt to be made, of all the young men enrolled in the diſtrict of ſuch regiment, above the age of ſixteen, and under the age of twenty-ſix years, and who ſhall not already have inliſted in the ſaid infantry companies, and ſhall, by lot, determine which of

the faid young men fhall be compelled to attach themfelves to the faid companies of infantry.

XIII. *And be it further enacted by the authority aforefaid,* That it fhall and may be lawful to and for any major-general, or commanding officer of a brigade, or commanding officer of a regiment, when, and as often as any invafion may happen, to order out the militia under their refpective commands, for the defence of this ftate, giving notice of fuch invafion and every circumftance attending the fame, as early as poffible, to their immediate commanding officer, by whom fuch information fhall be tranfmitted, with the utmoft expedition, to the commander in chief. And that in cafes of infurrections, the commanding officer of the regiment within the limits of which any fuch infurrection may happen, fhall immediately affemble his regiment under arms, and having tranfmitted information thereof to the commanding officer of the brigade, and to the commander in chief, fhall proceed to take fuch meafures to fupprefs fuch infurrection, as to any three of the judges or juftices of the county in which fuch infurrection fhall happen, fhall appear moft proper and effectual. And if any perfon be wounded or difabled while in actual fervice, in oppofing any invafion or infurrection, or in fuppreffing the fame, he fhall be taken care of, and provided for at the public expence, without having any regard to the rank fuch perfon may hold.

*Mode of ordering out the militia in times of invafion.*

*Officers duty in cafes of infurrections.*

*Perfons difabled in oppofing any invafion or infurrection, to be provided for at the public expence.*

XIV. *And be it further enacted by the authority aforefaid,* That it fhall and may be lawful for the perfon adminiftring the government of the ftate for the time being, by and with the advice and confent of the council of appointment, to appoint a commiffary of military ftores, who fhall be allowed at and after the rate of forty pounds per annum; and fuch commiffary fhall have the charge and keeping of ordinance and military ftores of the ftate, fubject to fuch orders and inftructions in the execution of his duty, as he fhall receive from the commander in chief.

XV. *And be it further enacted by the authority aforefaid,* That every non-commiffioned officer and private, who fhall neglect or refufe to obey the orders of his fuperior officer while under arms, fhall forfeit twenty fhillings for every fuch offence; and if any fuch non-commiffioned officer or private enrolled to ferve in either of the companies of artillery, cavalry or infantry, fhall refufe or neglect to perform fuch military duty or exercife as he fhall be required to perform, or fhall depart from his colours or guard without the permiffion of his fuperior officer as aforefaid, he fhall forfeit the fum of twenty fhillings; and for the non-payment thereof, the offender fhall be committed, by warrant from the captain or commanding officer of the troop or company then prefent, to which fuch offender doth belong, to the next gaol, there to be confined until the fines as aforefaid, together with the gaoler's fees, are paid; and the refpective fheriffs of the refpective cities and counties of the ftate, are hereby empowered and required to receive the body or bodies of fuch offender or offenders, as fhall be brought to them by virtue of a warrant or warrants under the hand and feal of fuch officer as aforefaid, and him or them to keep in fafe cuftody, until fuch fines as are mentioned in fuch warrant, together with the gaoler's fees as aforefaid, fhall be paid; and the fheriffs and gaolers refpectively fhall be allowed the fame fees as are allowed in other cafes. Provided, That in cafe of a military guard, where a captain doth not command in perfon, a warrant granted by an inferior officer, who

*Penalty on non-commiffioned officers and privates for neglecting or refufing to obey orders.*

ſhall have the command of ſuch guard, ſhall be of the ſame authority againſt all offenders, as if ſuch warrant had been iſſued by ſuch captain.

XVI. *And be it further enacted by the authority aforeſaid*, That the military uniform of this ſtate ſhall be as follows; That is to ſay,

General officers ; Dark blue coats with buff facings, linings, collars and cuffs, and yellow buttons, with buff under-clothes.

Regimental officers of infantry ; Dark blue coats with white linings, facings, collars and cuffs, and white buttons, with white under-clothes.

Non-commiſſioned officers and privates of infantry ; Dark blue coats with white linings, collars and cuffs, and white under-clothes.

Staff officers ; Dark blue coats with buff collars and linings, and yellow buttons.

Provided, That none of the non-commiſſioned officers and privates of the regiments of militia, except thoſe compoſing the light-infantry companies directed to be formed by this act, ſhall be obliged to appear in uniform, in manner aforeſaid.

<table>
<tr><td>Former continental officers exempted from ſerving in the militia.<br>See 10th ſeſſ. ch. 92. ſec. 8.<br>11th ſeſſ. ch. 95. ſec. 31.</td><td>XVII. *And be it further enacted by the authority aforeſaid*, That all perſons who have heretofore been commiſſioned officers in the line of the army of the United States, ſhall be, and hereby are exempted from ſerving in the militia of this ſtate ; any thing in this act to the contrary hereof notwith-</td></tr>
</table>

ſtanding. Provided nevertheleſs, That if any ſuch officer, being above the age of ſixteen, and not more than forty-five years, ſhall be commiſſioned in the militia to a rank equal to that which he held in the ſaid army, and ſhall refuſe to accept ſuch commiſſion, ſuch officer ſo refuſing, ſhall be liable to ſerve in the militia.

XVIII. *And be it further enacted by the authority aforeſaid*, That the commander in chief ſhall, as ſoon as may be after the paſſing of this act, take ſuch meaſures as to him ſhall ſeem proper, to obtain the age, rank and reſidence of all officers who heretofore have ſerved in the militia of this ſtate, and the number of men between the age of ſixteen and forty-five, directed to be enrolled by this act ; and all executive officers within this ſtate are hereby ſtrictly enjoined and required to carry into execution ſuch directions relative to the premiſes, as the commander in chief may, from time to time, give and enjoin.

XIX. *And it be further enacted by the authority aforeſaid*,

*Former militia acts repealed.* That all other laws of this ſtate for regulating the militia thereof, ſhall be, and hereby are repealed. Provided always, That the act, entitled, An act to regulate the militia, paſſed the 4th of April, 1782, ſhall continue to be in full force and effect in the different counties of this ſtate, until the militia of ſuch counties ſhall be arranged and officered agreeable to the directions of this law, and no longer.

---

## C H A P. XXVII.

*An* ACT *for the Relief of Creditors againſt Heirs, Deviſees, Executors and Adminiſtrators, and for proving Wills reſpecting real Eſtates.*

Paſſed 4th April, 1786.

I. **B**E *it enacted by the people of the ſtate of New-York, repreſented in ſenate and aſſembly, and it is hereby enacted by the authority of the ſame,* That

# Georgia

being found in the poffeffion of the perfon complying with this act, the party fo claim-ing any fuch property in difpute as aforefaid, fhall not be allowed to take the fame out of the hands of the perfon found in poffeffion, without fuch claimant can prove, by difinterefted teftimony, fuch property fo in difpute, and that the fame is his pro-perty, fuch proof when the value of the property is under five pounds, to be made be-fore any juftice of the peace in the county where fuch property may be found, and if above that value, before any court having jurifdiction thereof.

<span style="font-size:smaller">Where there is likeness, the oldest record to be evidence of right.</span> 2. *And be it further enacted by the authority aforefaid,* That where two or more per-fons fhall have the fame marks and brands, each of them recorded ; in fuch cafe the oldeft record fhall be evidence of right, fo far as to compel the other party to prove his property by difinterefted teftimony, in the manner herein before pointed out : *Provi-ded,* That nothing in this act contained fhall compel fuch perfon or perfons as have al-ready had their brands and marks recorded in the fecretary's office, to record the fame in the clerk's office aforefaid, but fuch record in the fecretary's office fhall be good and valid.

<span style="font-size:smaller">Clerk's fees for recording.</span> 3. *And be it enacted,* That it fhall be the duty of the clerks of the fuperior courts, upon the application of any perfon or perfons, to record all marks and brands, in books to be kept by them for that purpofe, and give certificates thereof when there-unto required by any perfon or perfons, and for which they fhall receive the fees pointed out by the act to revife and amend " An act for afcertaining the fees of the public officers of this ftate."

          WILLIAM GIBBONS, *Speaker of the Houfe of Reprefentatives.*
          BENJAMIN TALIAFERRO, *Prefident of the Senate.*
     EDWARD TELFAIR, *Governor.*
     December 1792.

               ✥ ✥ ✥ ✥ ✥ ✥ ✥ ✥

## MILITIA.

*An act to revife and amend the militia law of this ftate, and to adapt the fame to the act of the congrefs of the United States, paffed the eighth day of May, one thoufand feven hundred and ninety-two, entitled " An act more effectually to provide for the na-tional defence, by eftablifhing an uniform militia throughout the United States."*

<span style="font-size:smaller">Militia to be laid off into divi-dons, &c.</span> 1. BE IT ENACTED *by the Senate and Houfe of Reprefentatives of the ftate of Georgia, in General Affembly met,* That in order to comply as nearly as may be convenient with the act of the congrefs of the United States, paffed at Philadel-phia on the eighth day of May, in the year of our Lord one thoufand feven hun-dred and ninety-two, entitled " An act more effectually to provide for the national defence, by eftablifhing an uniform militia throughout the United States," the militia of this ftate fhall be laid off and apportioned into divifions, brigades, regiments, bat-talions and companies, in the manner herein after particularly expreffed.

<span style="font-size:smaller">Brigades and divisions defi-ned.</span> 2. *And be it further enacted,* That the counties of Camden, Glynn, Liberty and Chatham, fhall compofe a brigade, to be known as the firft brigade of the firft divi-fion, and the counties of Effingham and Burke as the fecond brigade of the faid divi-fion ; and the faid two feveral brigades fhall compofe the firft divifion of the militia of this ftate ; and the counties of Richmond and Columbia fhall compofe a brigade,

to be known as the firſt brigade of the ſecond diviſion, and the counties of Waſhington and Greene as the ſecond brigade of the ſaid diviſion; and the ſaid two ſeveral brigades ſhall compoſe the ſecond diviſion of the ſaid militia; and the county of Wilkes ſhall compoſe a brigade, to be known as the firſt brigade of the third diviſion, and the counties of Franklin and Elbert as the ſecond brigade of the third diviſion; and the ſaid two ſeveral brigades ſhall compoſe the third diviſion of the ſaid militia.

3. *And be it further enacted,* That each diviſion of the ſaid militia ſhall be under the direction of, and be commanded by a major general; and each brigade ſhall be under the direction of, and be commanded by a brigadier general; and there likewiſe ſhall be appointed an adjutant general, to have the rank of lieutenant colonel. All which ſaid officers ſhall be appointed and commiſſioned by the commander in chief of this ſtate, under the regulations and reſtrictions herein after pointed out.

*A diviſion to be commanded by a major general; a brigade, by a brigadier general; Adjutant general, rank of lieutenant colonel.*

4. *And be it further enacted,* That in two months after the paſſing of this act, the ſaid ſeveral brigades ſhall be ſubdivided into regiments, battalions, and companies, as near as may be, in conformity to the aforementioned act of the congreſs of the United States, by the executive department of this ſtate. *Provided,* That the reſpective counties be kept diſtinct from, and unblended with any other county in ſuch ſubdiviſion, unleſs alterations in ſuch counties ſhould hereafter by law take place.

*Brigades, ſubdivided into regiments, battalions and companies. Proviſo.*

5. *And be it further enacted,* That the officers of companies ſhall be nominated by election of the citizens liable to bear arms in each company diſtrict, and be appointed agreeably to the conſtitution, by the governor of this ſtate, under the following rules and reſtrictions, that is to ſay, the free white inhabitants ſo liable to do militia duty ſhall, within ten days after ſuch company diſtrict ſhall have been defined by the executive, aſſemble at a place to be appointed therein, by any two or more magiſtrates within ſuch company diſtrict, or if there ſhould not be two reſiding magiſtrates within ſuch diſtrict, by any two or more magiſtrates of the county ſuch company may be in, ten days' public notice being firſt given by ſuch magiſtrates of ſuch meeting and the intention thereof, and the free white inhabitants liable to do duty therein, and ſo convened, ſhall proceed to nominate by ballot, one fit and proper perſon to fill each reſpective commiſſion of captain, lieutenant and enſign for ſuch company; the election ſo held and the perſons ſo nominated for each commiſſion as aforeſaid, ſhall be certified* under the hands and ſeals of the ſaid magiſtrates, and be by them ſent, within fifteen days, ſo certified, to his excellency the governor, who ſhall within five days after the receipt thereof, appoint and commiſſion the perſons ſo nominated for the reſpective commiſſions of captain, lieutenant and enſign, as the caſe may be; and in caſe of the neglect or refuſal of the inhabitants of any company diſtrict to meet, and by ballot to nominate the perſons aforeſaid, within the time herein before pointed out for ſuch meeting, the executive department ſhall proceed to appoint the officers of ſuch company diſtrict, without any ſuch nomination.

*Company officers how appointed.*

6. *And be it further enacted,* That the captains and ſubalterns of companies ſo nominated and appointed ſhall, within twenty days after the notification of their appointments, by his excellency the governor has taken place, meet and aſſemble at ſome convenient place within the battalion or regimental diſtrict, as the caſe may be, to which ſuch officers belong, under the direction of any two or more of the captains ſo appointed, not being candidates, ten days' notice being given of the meeting, and its intention, by them, and when ſo met the ſaid officers ſhall proceed to nominate by

*Field officers appointed by the company officers.*

* See act of 1793, ſect. 8.

*Proviso.*

ballot one fit and proper perfon for each commiffion of lieutenant colonel of the regiment, or major commandant of the battalion as the cafe may be: *Provided,* That where the lieutenant colonel, when appointed, will command a regiment confifting of two battalions, the officers of companies of both battalions fhall affemble together in like manner at a convenient place for each battalion, under the direction of two or more captains, one of which at leaft belonging to each refpective battalion ; and the captains fo affembling the faid officers fhall, within ten days after fuch nomination certify the fame, and the names of the perfons fo nominated, and fend fuch certificate to the executive department, which fhall within five days thereafter, appoint and commiffion the perfons fo nominated to fill fuch appointments of lieutenant colonel or major, as the cafe may be.

*Counties not containing two battalions, how to be regulated.*

7. *And be it alfo enacted,* That where a county will not permit its being formed into two battalions, the fame fhall compofe a regiment, to be commanded by a lieutenant colonel commandant.*

*Officers, how to take rank.*

8. *And be it further enacted,* That where any officer now in commiffion fhall be nominated and appointed to fill the fame commiffion he before held, he fhall take rank from the date of the commiffion he fo before held, any thing herein contained to the contrary notwithftanding ; and the officers in commiffion at the time of paffing this act, fhall continue to act until the nomination or appointment of fome other perfon to fill the fame.

*Perfons liable to do duty, to be enrolled.*

9. *And be it enacted,* That the commanding officer of each company of militia, fhall enrol the names of all the male inhabitants (flaves excepted) above the age of eighteen, and under the age of forty-five years, who fhall have refided therein for the fpace of ten days, and fhall caufe the perfons fo enrolled to be fummoned and duly notified, by a proper non-commiffioned officer, to appear at fuch times and places as he fhall appoint, for company mufters ; and the perfons fo enrolled fhall be from thenceforth deemed and held to belong to fuch company, and liable to appear at all its mufters, whether battalion or company, and on all other neceffary occafions, and to perform the whole duty of a militia-man, without any further notice whatfoever.

*Accoutrements.*

10. *And be it further enacted,* That every perfon fo enrolled fhall provide himfelf, agreeably to the act of congrefs, with a mufket or firelock, a fufficient bayonet and belt, two fpare flints, and a knapfack, a pouch with a box therein, to contain not lefs than twenty-four cartridges, fuited to the bore of his mufket or firelock, each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapfack, fhot-pouch and powder-horn, twenty balls fuited to the bore of his rifle, and a quarter of a pound of powder; and fhall appear fo armed, accoutred and provided when called out to exercife, or into fervice; except that when called out to ex-

*Fines of privates, for not attending well accoutred.*

ercife only on company days, he may appear without a knapfack. And if any perfon fo enrolled fhall neglect to provide himfelf, or fhall appear at mufter not properly accoutred, as before expreffed, or fhall neglect or refufe to appear at fuch battalion or company mufters, or on any other neceffary occafion, at any time within nine months after the paffing of this act, fhall be fined in a fum not exceeding two dollars for every fuch offence; and for every fuch neglect after that time, in a fum not exceeding fix dollars, if a battalion mufter, and four dollars if a company mufter.

*Field and company officers, uniform.*

11. *And be it further enacted,* That every commiffioned officer of the rank of captain and under, fhall provide himfelf with a fword or hanger, an efpontoon, and a com-

---

* By a major, if not more than four companies. See act of 1795, fect. 5.

plete fuit of uniform, to be determined on by the officer commanding the brigade he belongs to; and in cafe of any fuch officer appearing at mufters, or on other neceffary occafions, not fo provided, at any time within nine months after his appointment, every fuch officer fo offending, or who fhall negleft or refufe to appear at fuch mufters, fhall be fined, if a captain, in a fum not exceeding thirty dollars, if a lieutenant, not exceeding twenty dollars, and if an enfign, not exceeding fifteen dollars. And every general and field-officer fhall in like manner appear, when on duty, in complete uniform, and armed with a fword or hanger; the uniform of the general officers to be determined by the commander in chief, and the uniform of the field-officers by the officer commanding the brigade; and in cafe of their appearing at mufter, or on other neceffary occafions, not fo provided, every fuch officer fhall forfeit and pay, if a major general, a fum not exceeding two hundred and fifty dollars, if a brigadier, a fum not exceeding two hundred dollars, and if a field-officer, a fum not exceeding one hundred dollars.

<span style="float:right">Fines for ne-<br>glect and non-<br>attendance.</span>

12. *And be it further enacted,* That the faid militia fhall exercife in battalion twice in each year, and in companies four times in every year; and in cafe of negleft thereof, if a battalion or regimental mufter, the commanding officer of fuch regiment or battalion, fhall be fined in a fum not exceeding one hundred dollars, to be impofed by a court-martial, to be ordered by the officer commanding the brigade; and if a company mufter, the officer commanding and fo neglecting, fhall be fined for every fuch negleft in a fum not exceeding thirty dollars, to be impofed by a court-martial, to be ordered by the officer commanding the regiment or battalion, to which fuch company fhall belong; and due notice fhall be given of fuch regimental, battalion or company mufters, by the officers commanding the fame.

<span style="float:right">Battalion and<br>regimental<br>mufters.<br>Fines for ne-<br>glect.</span>

13. *And be it further enacted,* That every officer commanding a company fhall, on the days appointed to exercife his men by company, have the fame formed under arms by eleven of the clock in the forenoon, by which hour every perfon liable to militia duty in fuch company fhall attend, and the faid officer fhall then have his roll called over, and mark all defaulters, and fhall proceed to inftruft and exercife his men in the evolutions and manual exercife, pointed out and required by the before mentioned aft of congrefs; and in cafe of negleft of fuch inftructing and exercifing, the officer fo commanding fhall be liable to a penalty not exceeding thirty dollars for every fuch negleft.

<span style="float:right">Company muf-<br>ters.<br><br>Fines for ne-<br>glect.</span>

14. *And be it further enacted,* That if any perfon liable to bear arms, at any exercife or training hereby appointed, fhall behave in a contemptuous or unfoldier-like manner, at either battalion or company mufters, whilft under arms, or fhall infult or threaten his field-company, or other officer commanding, after his difcharge, for or on account of fuch officer's performing the duty hereby required of him whilft fuch perfon was under arms, every fuch perfon fhall, for every fuch offence, forfeit and pay a fum not exceeding four dollars; and if fuch offender fhall be a commiffioned officer, and fhall be guilty of contemptuous or unfoldier-like behaviour, whilft on duty, or fhall, after his difcharge from fuch duty, threaten or infult his fuperior officer, for or on account of the duty required of fuch officer by this aft, every fuch commiffioned officer fo offending fhall, for every fuch offence, forfeit and pay a fum not exceeding twenty dollars, or be cafhiered, at the option of a court-martial.

<span style="float:right">Privates to be<br>fined, and offi-<br>cers fined or<br>cafhiered at<br>the option of a<br>court-martial.</span>

15. *And be it further enacted,* That any perfon interrupting the military exercifes required by this aft, may be committed by the officer commanding the body of militia fo interrupted, to the neareft common jail for a fpace of time not exceeding five days, for every fuch offence.

<span style="float:right">Perfons inter-<br>rupting the ex-<br>ercifes, to be<br>imprifoned</span>

Servants to be
equipped by
their masters,
fines for ne-
glect.

16. *And be it further enacted,* That every master or other person, who hath the command, government, or power over any indented man servant, liable to do militia duty by this act, shall, at his, or her own proper cost and charge, furnish and provide every such indented man servant during his service, with the arms, ammunitions and accoutrements directed by this act, and every such master or other person shall send such indented servant completely armed and furnished as is herein required, to all battalion, regimental or company musters, and on all other necessary occasions, which such indented servant would have been liable to attend were he not a bondman ; and in case such indented servant shall not appear thereat, or on appearance shall be defective in arms or accoutrements hereby required, such master or other person shall be liable to all the fines, penalties, and forfeitures, imposed in like cases on other persons liable to bear arms by this act.

Fines, &c. to be
imposed by a
court-martial

17. *And be it further enacted,* That the several fines, penalties and forfeitures to be inflicted by this act, on persons liable to attend at company musters, may be imposed by a court consisting of a majority of the commissioned officers of such company ; or in case of vacancies of two commissioned officers of the regiment, or battalion such companies belong to, *Provided,* one of the said officers be an officer of such company. And the several fines, penalties, and forfeitures to be inflicted on persons liable to attend battalion or regimental musters, shall be imposed by a court to consist of at least seven commissioned officers of such battalion or regiment ; and it is hereby made the duty of the officers appointed members of such courts martial, on being duly notified thereof to attend the same. And in case of neglect or refusal of any such commissioned officer to attend, he shall be liable to the penalties herein pointed out, for non appearance at regimental or battalion musters, and ten days' notice at least in writing shall be given defaulters and offenders, to be tried at such company, battalion, or regimental courts martial, under the hand of the commanding officer of the company, such offender, or defaulter belongs to, who shall be served with the same personally, or be otherwise notified by a non-commissioned officer thereof, by such non-commissioned officer's leaving the same at such defaulter's, or offender's usual place of abode, and proof of such service shall be made to such court, on oath previous to its proceeding to the trial of such offender or defaulter.

18. *And be it further enacted,* That all warrants for fines, penalties or forfeitures, inflicted by this act, shall, if in consequence of the sentence of a company court-martial, be under the hand and seal of the commanding officer of the company ; and if in consequence of the sentence of a regimental or battalion court-martial, under the hand and seal of the commanding officer of such regiment or battalion ; and every such warrant shall clearly express the offence, and recite the sentence of the court, and shall be directed to and executed by a serjeant of the company the offender belongs to, or be directed to and executed by any lawful constable of such district ; and such non-commissioned officer or constable shall make return of such warrant, within thirty days after his receiving the same ; and if on such return it shall happen that such offender or defaulter has not wherewithal to be levied to satisfy the forfeiture or fine imposed by such court, it shall be the duty of such officer commanding, to renew the warrant, and thereby to commit the offender or defaulter to the common jail of the county, or the nearest jail thereto if there shall be no such county jail, for the space of one day for each dollar contained in such fine or forfeiture ; and it is hereby made the duty of the keeper of such jail, to receive such offender or defaulter, and to keep him in close custody for the term in such warrant expressed, without bail or mainprize, and until such offender or defaulter shall have satisfied such keeper for

his fees on such confinement: *Provided,* That no jailor shall detain such person or <span style="font-size:smaller">Provis.</span> persons more than three days for his fees: *And provided,* That where this act admits <span style="font-size:smaller">Proviso.</span> of persons being committed to jail in the first instance, no return or renewal of such warrant shall be necessary.

19. *And be it further enacted,* That the non-commissioned officers of the respective <span style="font-size:smaller">Non-commissioned officers to be drawn by lots.</span> companies shall be appointed in the following manner, that is to say, the names of all persons liable to bear arms in each company district, shall be placed in a box, to be kept in the custody of the commanding officer of such company, and to have two partitions, to be known by the Nos. 1 and 2; and the names in the first instance shall be put in the partition No. 1; and within one month after the respective companies are organized, it shall be the duty of the commissioned officers thereof to assemble, and draw from the said partition No. 1, the names of eight persons, which shall be thrown into the partition No. 2; and the eight persons so drawn shall be the non-commissioned officers of the company, and are hereby declared liable to execute and perform all the duties of such station, and they shall serve as such for the space of twelve months, and shall not be liable to serve again in that capacity, until all the names shall be drawn from the partition No. 1: And in case of refusal to act in such <span style="font-size:smaller">Fine for refusing to act.</span> appointment, or to procure some fit and proper person, to be approved of by the officer commanding the company, to do the duty of a non-commissioned officer in his stead, such person so drawn and refusing to act, or to procure such fit and proper person, shall forfeit and pay the sum of ten dollars, to be recovered by warrant of the officer commanding the company such person shall belong to; and the said commissioned officers shall proceed to draw another person to fill the office of such person so refusing, until the number of non-commissioned officers shall be completed; and the first four persons so drawn as aforesaid, shall be the serjeants, and the last four so drawn, the corporals of such company: *Provided nevertheless,* That if fit and pro- <span style="font-size:smaller">Proviso.</span> per persons for non-commissioned officers should be procured by the commissioned officers of such company, the mode of drawing in this clause contained may be dispensed with; but after such fit and proper persons have accepted such offices, they shall be liable to serve in such station at least for the term of twelve months, as is herein before expressed for persons drawn to serve in the same; and in consideration of the duties in this act assigned to them, one half of the fines of such company shall be set apart as a fund for defraying the expence of executing such duty, and be divided among such non-commissioned officers; but if any non-commissioned officer, <span style="font-size:smaller">Fine for neglecting to act.</span> after excepting such office, shall neglect or refuse to do the duty required by this act, he shall for every such offence forfeit and pay a sum not exceeding five dollars.

20. *And be it further enacted,* That it shall be the particular duty of the officers <span style="font-size:smaller">Patrol law, how to be enforced.</span> commanding companies, to pay a due attention that the law for establishing and regulating patrols in force in this state, passed the eighteenth day of November, in the year of our Lord one thousand seven hundred and sixty-five, under the then province of Georgia, be strictly executed; and in case of neglect or default of such execution, every officer commanding the company defaulting, and not punishing the defaulters agreeable to the said act, shall be liable to a fine not exceeding fifty dollars, or be cashiered at the option of a court-martial.

21. *And be it further enacted,* That the officers commanding regiments or battal- <span style="font-size:smaller">Returns when to and by whom to be made.</span> ions, shall once in every year make proper and complete returns of their regiment or battalion as the case may be, to the officer commanding the brigade to which they respectively belong, and the officers commanding brigades, shall in like manner make

Y y

proper and complete returns of their brigades to the officers commanding the divifion

Distribution of orders. to which they refpectively belong ; and the officers commanding divifions, fhall receive and diftribute all fuch orders to the brigades of their refpective divifions, as may from time to time be iffued from the commander in chief, or by his direction from the adjutant general, and the officers commanding brigades, fhall in like manner receive and diftribute to, and among the refpective regiments and battalions of their refpective brigades, all fuch orders as may from time to time be iffued to them by the officers commanding divifions ; by the commander in chief, or from his directions by the adjutant general, and the officers commanding regiments or battalions fhall caufe to be diftributed to, and executed by the refpective companies under their command, all fuch orders as they may from time to time receive from officers commanding divi-

May be fined or cafhiered by the court-martial. fions and brigades, or from the commander in chief, or the adjutant general ; and in cafe of neglect or refufal to perform fuch duty, every officer fo offending, fhall if a major general, be fined in a fum not exceeding five hundred dollars, if a brigadier, in a fum not exceeding three hundred dollars, and if a field officer in a fum not exceeding two hundred dollars, or be cafhiered at the option of a court-martial, to be ordered, if on a major general, by the commander in chief, if on a brigadier, by

Provifo. the officer commanding the divifion, and if on a field officer, by the officer commanding the brigade : *Provided,* That nothing in this claufe contained fhall be conftrued to debar the commander in chief from arrefting and ordering courts martial for the trial of any officer of the militia of this ftate, or to debar any officer commanding a divifion, brigade, regiment, or battalion, from arrefting and ordering courts martial for the trial of any officer belonging to his divifion, brigade, regiment or battalion.

Courts martial for the trial of officers, how conftituted. 22. *And be it further enacted,* That a court-martial* for the trial of a major general, fhall confift of at leaft one major general, three brigadier generals, and five field-officers ; and for the trial of a brigadier general, the court fhall confift of at leaft two brigadier generals and feven field-officers ; and for the trial of a field-officer, it fhall confift of at leaft one brigadier, three field-officers, and five captains, or of four field-officers and of five captains ; and a court-martial for the trial of a captain or fubaltern, fhall confift of at leaft feven commiffioned officers, the prefident there-

Their fentences fubject to the will of the commander in chief. of to be of fuperior rank to the officer tried ; and every fentence of a court-martial, where the officer fhall be cafhiered, fhall be tranfmitted by the prefident of the court, through the adjutant general, to the commander in chief, who may approve of, mitigate the fentence, or pardon the offender as he may fee fit ; and in cafe of fentences merely pecuniary, the officer ordering the court may approve, difapprove or mitigate the fame.

Vacancies, how to be filled. 23. *And be it further enacted,* That from and after the organization of the militia as before pointed out, whenever any vacancy fhall happen in any captain's diftrict, battalion, regiment, brigade or divifion, by death, refignation, or otherwife, the vacancies fhall be filled up by nominating a perfon or perfons to fill fuch vacancy or vacancies, in the fame manner as before pointed out.

The governor may embody the militia. 24. *And be it further enacted,* That his excellency the governor be, and he is hereby empowered to affemble and embody fuch part of the militia of the ftate as he may from time to time think neceffary, to repel any invafion, infurrection, or rebellion which may happen within the fame, and to order fuch officers to command the

Provifo. faid militia as he may fee fit ; *Provided,* That the officers of one company fhall not be placed to command another company, unlefs where the death, refignation, or in-

Provifo. ability of fuch officer fhall make it neceffary. *And provided,* That nothing in this

* See act of 1793, fect. 3.

claufe contained fhall prevent part of fuch company from being detached on piquet or otherwife under any officer.

25. *And be it further enacted,* That where volunteer corps of artillery, horfe, or infantry fhall be formed in purfuance of the afore mentioned act of congrefs, the volunteers compofing the fame, fhall not be permitted to leave fuch corps until he or they fhall have given two weeks' notice of fuch intention, and fhall have produced a certificate from under the hand of the commanding officer of the company diftrict he belongs to, that his name is enrolled therein; and until the expiration of fuch notice, fuch perfon fhall be liable to continue to do duty in fuch volunteer corps: And in cafe of removal of refidence of any perfon, liable to do militia duty, from one diftrict to another, five days' notice fhall be given to the officer of the company fuch perfon intends to remove from, and fhall produce a certificate from the officer of the company he intends to remove to, that his name is therein enrolled, and until fuch notice and certificate, fuch perfon fhall be liable to do militia duty, in fuch company from which he intends to remove. *(Corps of artillery, horfe and infantry, how to be governed.)*

26. *And be it further enacted,* That any officer acting in a fcandalous or infamous manner, unbecoming the officer, and which is likely to bring the militia fervice into difrepute, may be arrefted by order of the commander in chief, or the commanding officer of divifion or brigade, on fufficient grounds appearing to them of fuch conduct, and on conviction thereof by a court-martial, fuch officer may be cafhiered: And all diforders and neglects whilft on duty, or under orders, which officers or privates may be guilty of to the prejudice of good order and difcipline, though not herein particularly provided for, may be noticed by a general, regimental or battalion court-martial, and be punifhed by fine or forfeiture, not exceeding the penalties herein apportioned for other offences, according to the rank of the offender. *(Improper conduct, neglect, &c. of officers, cognizable by courts martial.)*

27. *And be it further enacted,* That all fines* and forfeitures accruing by virtue of this act fhall, if arifing from default at regimental or battalion mufters, be paid into the hands of the major of fuch regiment or battalion, for the exprefs purpofe of procuring regimental and company colors; and all fines and forfeitures arifing from defaults at company mufters (except as herein excepted) fhall be lodged in the hands of the captain thereof, to be applied in the purchafe of drums and fifes; and fuch captain, after fuch purpofe is attained, fhall yearly account with and pay to the major of fuch regiment or battalion, the overplus of fuch fines and forfeitures, who fhall, after the expence of colors is deducted therefrom, pay the overplus of fuch regimental, battalion or company forfeitures, into the public treafury, where all fines on general officers fhall alfo be paid. *(Fines and forfeitures appropriated.)*

28. *And be it further enacted,* That the commanding officer of regiments fhall have the fole appointment of the regimental ftaff, as pointed out by the aforefaid act of congrefs; and that for the better underftanding of this law, as it has reference to the faid act, the executive be empowered to direct a fufficient number of copies of that act to be ftruck off with this law, to be diftributed, one to each company of militia within this ftate, and one to each field and general officer within the fame: And it is declared to be the duty of each company officer to have the faid act, together with this law, publicly read over at leaft twice in each year to his company, whilft under arms; and it fhall be the duty of the field-officers to have the fame once in every year read to the refpective regiments or battalions, whilft under arms, to which they may refpectively belong. And the executive department is alfo farther empowered and re- *(Officers commanding regiments, fhall appoint the regimental ftaff. Act of congrefs to be publifhed by the executive. Militia laws to be read to companies, battalions and regiments.)*

* See act of 1793, fect. 2.

2

quired, to have a like number of copies of the rules and articles of war, in force with the troops of the United States, to be diftributed in like manner, that the militia be not ignorant thereof when called into actual fervice.

General offi-
cers, how ap-
pointed.

29. *And be it further enacted*, That the major generals, brigadier generals, and adjutant general, created by this act, fhall be nominated in the following manner : The Senate and Houfe of Reprefentatives fhall concur in the nomination of one perfon as major general for the firft divifion ; one other perfon as major general for the fecond divifion ; and one other perfon for the major general of the third divifion of the militia of this ftate ; and fhall alfo concur in the nomination of one other perfon for the brigadier general of the firft brigade of the firft divifion ; one other perfon for the brigadier general of the fecond brigade of the faid divifion ; one other perfon for the brigadier general of the firft brigade of the fecond divifion ; one other perfon for the brigadier general of the fecond brigade of the faid laft mentioned divifion ; one other perfon for the brigadier general of the firft brigade of the third divifion ; and one other perfon for the brigadier general of the third and laft divifion ; and alfo concur in the nomination of one other fit and proper perfon as adjutant general ; and a lift of the names of the perfons as fhall be nominated as aforefaid, fhall be figned by the prefident of the Senate and fpeaker of the Houfe of Reprefentatives, and tranfmitted to the governor within two days after fuch nomination, for the purpofe of appointing and commiffioning each and every of fuch nominated perfons, within ten days after he fhall receive fuch lifts of names as aforefaid.

Vacancies by
removal.

30. *And be it further enacted*, That in cafe any officer fhall remove out of the diftrict, battalion or regiment for which he fhall be appointed, then and in that cafe his commiffion fhall be void ; and all officers of divifions, brigades, regiments, battalions, and companies, fhall be refidents of the divifions, brigades, regiments, battalions and companies to which they feverally belong.

Quakers ex-
empt from du-
ty on payment
of additional
tax.

Provifo.

31. *And be it further enacted*, That the people called quakers, on producing a certificate from a quaker meeting of their being *bona fide* quakers, fhall be exempt from all militia duty required by this act, and fhall pay an extra tax of twenty-five per centum in addition to their general tax. *Provided*, That this act fhall not extend to affect perfons nor their eftates, who are herein exempt either from years, appointments, or imbecility.

Exemptions in
addition to
thofe in the act
of the United
States.

32. *And be it further enacted*,* That the members of the legiflature for the time being, and their officers, all judicial and executive officers, all minifters in orders, practitioners of phyfic, all public printers, all ferrymen, millers, all tutors and ftudents, all juftices of the peace, regifters of probates, the treafurer, the furveyor general and county furveyors, the fecretary of ftate, invalids, poft-riders, madmen and idiots,† fhall be and they are hereby exempted from any of the duties required by this act, in addition to thofe exempted therefrom by the act of the United States.

WILLIAM GIBBONS, *Speaker of the Houfe of Reprefentatives.*
BENJAMIN TALIAFERRO, *Prefident of the Senate.*
Concurred December 24, 1792.
EDWARD TELFAIR, *Governor.*

* See act of 1793. fect. 15.
† Further exemptions.—See acts 1794, fect. 3. and 4. And 1795. fect. 7.

# New Hampshire

That the companies in the towns of Lancafter, Dalton, Jefferfon and Northumberland, fhall conftitute a firft battalion—That the companies in the towns of Piercy, Stratford, Wales' Gore, Cockburn, Colebrook and Stewartftown, fhall form a fecond battalion, which fhall conftitute the twenty-fourth regiment—That the companies in the towns of Bath, Lyman and Landaff fhall form a firft battalion, and that the companies in the towns of Concord in the county of Grafton, Littleton, Bethlehem, Lincoln and Franconia, fhall form a fecond battalion, which fhall conftitute the thirty-fecond regiment.

*And be it further enacted,* That there be allowed one company of light infantry and one company of cavalry to be raifed out of the thirty fecond regiment, and that the fame be raifed in manner and form as the law in that cafe provides.

*And be it further enacted,* That the inhabitants of the towns of Whitfields, Britton woods, Kilkenney Durand and Nafh and Sawyers location, fhall be confidered as belonging to the firft battalion, and Errol to the fecond battalion of faid twenty-fourth regiment.

*Approved December* 13, 1804.

---

AN ACT for forming and regulating the militia within this State, and for repealing all the laws heretofore made for that purpofe.  *Paffed Dec. 28, 1792.*

BE it enacted by the Senate and Houfe of Reprefentatives in General Court convened, That the feveral laws heretofore made for regulating the militia, be, and hereby are repealed.  *Repealing claufe.*

*And be it further enacted,* That each and every free able-bodied white male citizen of this State, refident therein, who is, or fhall be of the age of eighteen years, and under the age of forty-years, except as herein after excepted, fhall feverally and refpectively be enrolled in the militia by the captain or commanding officer of the company, within whofe bounds fuch citizen fhall refide, within fix months after the paffing this act. And it fhall, at all times hereafter, be the duty of fuch captain or commanding officer of the company to enrol every fuch citizen, as aforefaid ; and alfo thofe who fhall from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty years (except as hereafter excepted) fhall come to refide within his bounds ; and fhall without delay, notify fuch citizen of faid enrolment by a proper non-commiffioned officer of the company, by whom fuch notice may be proved.  *Militia how and by whom to be enrolled.*

*And be it further enacted,* That the vice-prefident of the United States ; the officers, judicial and executive of the  *Executive officers, &c. exempted.*

government of the United States; the members of both
houfes of Congrefs, and their refpective officers; all cuftom
houfe officers, with their clerks; all poft officers, and ftage
drivers, who are employed in the care and conveyance of
the mail of the poft office of the United States, and of this
State; all ferry-men employed at any ferry on the poft
road; all infpectors of exports; all pilots; all mariners
actually employed in the fea-fervice of any citizen or mer-
chant within the United States; members of the fenate
and houfe of reprefentatives for the time being; fecretary
and deputy-fecretary of the State; ftate and county trea-
furers; recorders of deeds; all civil officers, ftudents of
colleges and academies; minifters of the gofpel; elders
and deacons of churches; church wardens; grammar
fchool-mafters for the time being; mafters of arts; people
denominated quakers; felectmen for the time being; tutors
or preceptors of any college or academy; all perfons who
may have fuftained commiffions of the peace; all who have,
either under the commiffion of the State, or the United
States, or any particular State, held the office of a fubaltern
or officer of higher rank; all phyficians and furgeons, who
have certificates from the medical fociety or felectmen of
the town or place wherein they refide; one miller to each
corn-mill, and one toll-gather to each toll-bridge, fhall be,
and they are hereby excufed from militia duty, and alfo
one ferryman to each ferry.

Each company exclufively, to be muftered twice, and each battalion once a year. *And be it further enacted,* That it fhall be the duty of the
captain or commanding officer of each company, twice in
every year, exclufively of the battalion meeting, to call forth
his company for infpection of arms, and inftruction in milita-
ry difcipline, viz.—in the months of June and September,
annually, and at fuch other times as he fhall think beft; and
that each commanding officer of a battalion, fhall call his
battalion together once in every year.

Each divifion, brigade and regiment by whom com-manded. *And be it further enacted,* That each divifion within this
State, fhall be commanded by one major-general, who fhall
have two aids-de-camp, with the rank of major; each brig-
ade by one brigadier-general, who fhall have one brigade-
infpector, who is alfo to perform the duty of brigade-ma-
jor, with the rank of major. To each regiment, one lieu-
tenant colonel commandant; and to each battalion one
major; to each company one captain, one lieutenant, one
enfign, four fergeants, four corporals, one drummer and
one fifer. That the regimental ftaff fhall confift of one adju-
tant, one quarter-mafter, to rank as lieutenants; one
paymafter; one furgeon; one furgeon's mate; one fergeant-
major; one drum-major and one fife-major.

*And be it further enacted,* That there fhall be provided at

the expense of this State for each regiment, one standard <span>What colours</span> and one suit of regimental colours—the standard to bear the <span>and at whose expence to be</span> device, " the arms of the United States ;" the regimental <span>furnished.</span> colours, " the arms of this State ;" that the drums and fifes be furnished by the commanding officers of the companies, at the expense of the State.

*And be it further enacted,* That the several commanding officers of companies, shall cause accurate returns to be <span>By whom re-</span> made of their companies to the commanding officer of the <span>turns are to be</span> regiment to which they belong, before the first day of Feb-<span>made.</span> ruary annually ; and the commanding officer of each regi-ment, shall cause to be made to the brigade-major, a proper return of his regiment, before the first day of March annu-ally ; and the respective brigade-majors, shall make out to the adjutant general, returns of their respective brigades, before the first day of April annually, agreeable to the forms that may be established by the adjutant general, which the adjutant general shall cause attested copies of, to be lodged in the secretary's office, by the first day of May annually.

*And be it further enacted,* That each commanding officer <span>Penalty for</span> of a company, who shall neglect to call his company toge-<span>not calling</span> ther, as before provided, shall forfeit and pay for each ne-<span>companies or</span> glect the sum of six pounds ; and each commanding officer <span>battalions to-</span> of a battalion who shall neglect to call his battalion, as before <span>gether.</span> directed, shall pay a fine of nine pounds.

*And be it further enacted,* That it shall be accounted suf-ficient notice to any non-commissioned officer or privates, for appearance on muster days, to be notified of such muster by a non-commissioned officer in person, or by a writing by him signed, to be left at his last, and usual place of <span>Notice.</span> abode, four days prior to such day of muster ; and if any non-commissioned officer or private, after such notification, shall unnecessarily neglect to appear equipped, as the law directs, he shall pay a fine of nine shillings, which shall be levied by distress, and sale of the offenders goods and chat-tels, by warrant under the hand and seal of the captain, or commanding officer of said company, to be directed to the first sergeant of the company, who is to levy the same, by the same rules and regulations, as the laws have pointed out for collecting rates and taxes, and shall have one quarter part thereof for his trouble, and the same fees that are allowed to collectors, on distraining for taxes—and if no goods and chattels of the delinquent are to be found, then to levy the same on the body of such delinquent : *Provided nevertheless,* That no such warrant shall be issued until fifteen days after said muster days, that the delinquent may have time to make excuse (if any he has) for his non-appearance, which is to be made to the commanding officer of the company.

*And be it further enacted,* That if any non-commissioned officer or soldier, shall prove refractory or disobedient on muster day, or shall insult or abuse his officers, or either of them, or treat them with disrespect or contempt, the commanding officer present, may order the offender to be immediately tried by five commissioned officers, if so many should be present ; and if not so many present, as many as there are in the field, who are empowered to punish the offender, by ordering him to pay a fine not exceeding forty shillings, at the discretion of the officers, or ride a wooden horse.

*Disobedience punished.*

*And be it further enacted,* That on all muster days, every officer shall yield due obedience to his superior officer and every non-commissioned officer and soldier shall yield entire and due obedience to the commands of their superior officers.   And if any officer shall, on such days (or at any other time) refuse and neglect to obey the orders he may receive from his superior officers respecting any matter relating to the government of militia, he shall be tried by a court-martial, and if convicted thereof shall be cashiered. And the superior officer may immediately put such offender in arrest, and report him and his offence to the officer commanding the brigade (if the offender is under the rank of a field officer) and the commanding officer of the brigade is hereby empowered to appoint a court-martial for such trial, and to approve the sentence ; and if said offender shall by said court be cashiered, and the sentence thereof approved, the said officer shall be deemed incapable of holding any military office again in this State ; and in case the offender is of the rank of a field officer, or of higher rank, his offence shall be reported to the major-general, or officer commanding the division, who is hereby empowered to appoint a court martial for the trial of such offender, to approve the sentence of said court ; and if the offender be found guilty and the sentence shall be approved, he shall be disqualified as aforesaid.

*Officers to yield obedience*

*Superior officer to arrest and a report*

The commander in chief shall at all times, have the right of appointing courts-martial, when he shall think it necessary.

*Commander in chief may appoint courts martial.*

All courts-martial, when appointed by the commander in chief, shall consist of thirteen members, the president of of which shall be of the rank of major-general.

*Number of members.*

All courts-martial, when appointed by a major general, shall consist of thirteen members, and the president shall be a lieutenant-colonel or officer of higher rank.

All courts-martial appointed by a brigadier, shall consist of thirteen members, the president of which shall at least, be of the rank of a field officer.

The members of the courts-martial are to be sworn by the

prefident, and the prefident fhall be fworn by the next Members, by highest in rank of the members compofing the fame, and whom to be fworn. the prefident of every court martial, fhall have power to adminifter the oath to every witnefs.

In order to the trial of offenders, the oath of the prefident and members, fhall be in the words following, viz.

*You fwear, that you will well and truly try, and impartially* Oath. *determine the charge, againft the perfon now to be tried, according to the rules for regulating the militia of this State.*

So help you GOD.

The oath to be adminiftered to witneffes in courts-martial, fhall be in the form following, viz.

*YOU fwear, the evidence you shall give relative to the charge* Oath of wit- *now in hearing, shall be the truth, the whole truth, and nothing* neffes. *but the truth.*

So help you GOD.

*And be it further enaćted,* That all military officers fhall be amenable to a court-martial for any un-officer, or un-gen- Officers ame- tleman-like condućt or behaviour while on duty, and at all nable for illib- other times, and to be tried, and fentence approved in the eral behaviour. fame way and manner as before provided for difobedience of orders.

*And be it further enaćted,* That all perfons called by fum- mons from the prefident of any court-martial to give evi- dence, who fhall unreasonably refufe or negleċt to appear, or appearing, fhall refufe to give evidence, fhall be commit- ted to the common gaol of the county where fuch court is Witneffes refu- fitting, there to remain three months, unlefs fooner dif- fing, &c. to be committed to charged therefrom by the juftices of the fuperior court : gaol. And the prefident of the court is to lodge the accufation againft him with the prifon keeper.

*And be it further enaćted,* That every perfon appointing Judge advo- a court-martial, fhall appoint fome fuitable perfon to aċt as cate to be ap- judge advocate, who fhall make a fair record of the whole pointed. proceedings and deliver them to the officer appointing faid court-martial, who fhall caufe the fame, or a copy thereof, to be lodged in the fecretary's office, within three months after fuch trial.

*And be it further enaćted,* That out of the militia enrolled Each battalion as herein direċted, there fhall be formed for each battalion, to have one at leaft one company of grenadiers or light infantry ; and to company of each divifion there fhall be at leaft one company of artillery grenadiers, &c. and one com- and one troop of horfe. There fhall be to each company of pany of artille- artillery, one captain, two lieutenants, four fergeants, four cor- ry. porals, fix gunners, fix bombardiers, one drummer and one Officers how fifer. The officers to be armed with a fword or hanger, to be armed. a fufee, bayonet and belt, with a cartouch box, to contain twelve cartridges ; and each private matrofs fhall be furnifh- ed with the fame equipments as privates in the infantry.

Troops ·of horfe how officered, &c.

There fhall be to each troop of horfe, one captain, two lieutenants, one cornet, four fergeants, four corporals, one fadler, one farrier and one trumpeter. The commiffioned officers to furnifh themfelves with good horfes of at leaft fourteen hands and an half high, and to be armed with a fword, and pair of piftols, the holfters of which to be covered with bearfkin caps. Each dragoon to furnifh himfelf with a ferviceable horfe of atleaft fourteen hands and an half high, a good faddle, bridle, mail-pillion and valife, holfters, a breaftplate and crupper, a pair of boots and fpurs, a pair of piftols, a fabre, and cartouch box, to contain twelve cartridges for piftols. That each company of artillery and troop of horfe, fhall be formed of volunteers from the brigade, at the difcretion of the commander in chief of the State, not exceeding one company of each to a regiment, and fhall uniformly be clothed in regimentals, to be furnifhed at their own expence ; the colour and fafhion to be determined by the brigadier commanding the brigade to which they belong.

Artillery and horfe of whom to be formed, and

uniformly clad.

*And be it further enacted,* That each non-commiffioned officer and foldier belonging to the regiments of foot, fhall within one year from and after the paffing this act, furnifh himfelf with a good fire-lock bayonet and belt, a cartouch box that will contain twenty-four cartridges, two good flints, a knapfack and canteen—and that the commiffioned officers belonging to companies of foot, fhall be feverally armed with a fword or hanger and an efpontoon, and that the field officers be armed with a fword or hanger.

How to be armed and accoutred.

*And be it further enacted,* That fuch of the infantry as are under the care of parents, mafters or guardians, fhall be furnifhed by them with fuch arms and accoutrements. And fuch as are unable to furnifh themfelves, fhall make application to the felectmen of the town, who are to certify to their captain or commanding officer, that they are unable to equip themfelves, and the faid felectmen fhall, at the expence of the town, provide for, and furnifh fuch perfons with arms and equipments ; which arms and equipments fhall be the property of the town, at whofe expence they were provided : And if any perfon fo furnifhed, fhall embezzle or wilfully deftroy the fame, he fhall be punifhed by any court proper to try the fame, upon complaint made by the felectmen of faid town, by being publicly whipped not exceeding twenty ftripes, or fined not exceeding forty fhillings. And that all fines recovered for embezzling or deftroying of arms and accoutrements as provided in this act, fhall be paid into the hands of the felectmen to be appropriated in purchafing arms and accoutrements for fuch foldiers as are unable to purchafe for themfelves.

Thofe unable, &c. to be equipped at the expence of the town.

Fines how to be appropriated.

*And be it further enacted,* That parents, mafters and guardians fhall be liable for the neglect and non-appearance of

fuch perfons as are under their care (and are liable by law Parents, &c. liable to a penalty. to train) and are to be proceeded against for the penalty in the fame manner, as by this act is provided against other delinquents.

*And be it further enacted,* That the commander in chief, the officers commanding divifions, brigades or regiments, Military watches, by whom to be appointed. may appoint military watches or guards when an invafion of the State is apprehended, in fuch place and under fuch regulations as they may judge neceffary : and all officers and foldiers under their command are to yield ftrict obedience to their orders and directions.

*And be it further enacted,* That the fignals for an alarm are to be fixed by the captain general, and may by him be Signals to be fixed altered, from time to time, and proper notice thereof is to be by him given to the feveral officers; and if any non-commiffioned officer or foldier, fhall upon the alarm being given, unneceffarily neglect to appear properly armed and equipped, at fuch time and place as the commanding officer fhall appoint, he fhall pay a fine of twenty fhillings ; and all perfons ferving on any military guards, or watches, fhall be punifhable for mifconduct while in fuch fervice, by a court-martial to be appointed by the commanding officer of fuch guard or watch, provided he be a field officer, and in cafe he is not, then by the commanding officer of the regiment to which the offender belongs.

*And be it further enacted,* That when any non-commiffioned officer fhall refufe or neglect to notify or warn any Penalty for refufing to warn, &c. of the non-commiffioned officers or private foldiers of the company to which he belongs (being thereto ordered by his fuperior officer) he fhall pay a fine of twelve fhillings, for each non-commiffioned officer or foldier he fhall neglect to warn, to be recovered in the fame way and manner as is before-provided.

*And be it further enacted,* That every fine arifing by any Mode of recovering fines, and breach of this act, for which no fpecial mode of recovery has been pointed out, may be recovered by action, bill, plaint or information, in any court proper to try the fame.

*And he it further enacted,* That all fines recovered of any how to be appropriated. non-commiffioned officer or foldier for neglect of duty, fhall be paid into the hands of the commanding officer of the company, to which fuch non-commiffioned officer or foldier may belong, to be expended in defraying the neceffary expences of fuch company, as the commiffioned officers of the fame may direct. That all fines recovered of the commanding officer of any company, fhall be paid into the hands of the commanding officer of the battalion, to which fuch commanding officer of a company may belong ; to be appropriated in inftructing the mufic in fuch battalion.

I i

That all fines recovered of the commanding officer of any battalion, fhall be paid into the hands of the commanding officer of the regiment to which fuch battalion may belong, to be difpofed of in defraying the neceffary expences in forming and arranging the companies in fuch regiment, as the field officers of the fame may direct.

**Officers, how to rank.**
*And be it further enacted,* That all commiffioned officers fhall take rank according to the date of their commiffions; and when two of the fame grade bear equal date, then the rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

**Rules of difcipline.**
*And be it further enacted,* That the rules of difcipline approved and eftablifhed by Congrefs, in their refolution of the twenty-ninth of March, one thoufand, feven hundred and feventy-nine, fhall be the rules of difcipline to be obferved by the militia in this State.

**Brigade infpector's duty.**
*And be it further enacted,* That it fhall be the duty of the brigade infpector, to attend the regimental and battalion meetings of the militia compofing their feveral brigades, during the time of their being under arms, to infpect their arms, ammunition and accoutrements; fuperintend their exercife and manœuvres, and introduce the fyftem of military difcipline before defcribed.

**Cavalry and artillery liable to the fame fines.**
*And be it further enacted,* That the cavalry and artillery be fubject to fine or punifhment in the fame manner as thofe who belong to the infantry.

**Courts martial of whom to confift.**
*And be it further enacted,* That all courts-martial may confift of officers of any corps within the limits of the brigade where the perfon accufed may refide.

**Legal notice, what confidered as fuch.**
*And be it further enacted,* That a captain or commanding officer at the head of his company, may direct his non-commiffioned officers and foldiers to meet at any future day, which fhall be legal notice.

**Non-commiffioned officers liable to be reduced, &c.**
*And be it further enacted,* That non commiffioned officers be reduced to the ranks, for any mifdemeanor, which in the opinion of all the commiffioned officers of the company fhall deferve fuch punifhment.

**Commiffioned officers to refide.**
*And be it further enacted,* That all commiffioned officers belonging to any company of infantry fhall refide within the limits of fuch company.

**Different corps —firft in rank to command.**
*And be it further enacted,* That when it fhall fo happen, that officers of the different corps, fhall be on duty together, the firft officer in rank fhall command, whether of the infantry, cavalry or artillery.

**Arms, &c. free from diftrefs, &c.**
*And be it further enacted,* That every citizen enrolled as directed in this act, and provided with arms and accoutrements, fhall hold the fame exempted from all fuits, diftreffes, executions, or fales for debt, or for the payment of taxes.

*And be it further enacted,* That the militia of this State shall be divided into three divisions, and if convenient, each division shall consist of two brigades, each brigade of four regiments, each regiment of two battalions, each battalion of five companies, and each company of sixty-four privates. <span style="float:right">Militia to be divided.</span>

*And be it further enacted,* That in forming the cavalry and artillery, not more than one eleventh part shall inlist out of any one company of infantry into such corps. <span style="float:right">Cavalry and artillery of whom to be formed.</span>

*And be it further enacted,* That the field officers of each and every regiment, shall form and arrange the companies in their several regiments, from time to time, as they shall think the public good may require. <span style="float:right">Field officers to arrange companies.</span>

*And be it further enacted,* That there shall be an adjutant-general, whose duty it shall be to distribute all orders from the commander in chief of this State, to the several corps ; to attend all public reviews, when the commander in chief of this State shall review the militia, or any part thereof ; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by law ; to furnish blank forms of different returns that may be required, and to explain the principles on which they shall be made ; to receive from the several officers of the different corps throughout the State, returns of the militia, under their command, reporting the actual situation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline. <span style="float:right">Adjutant General, his duty.</span>

*And be it further enacted,* That compensation shall be made to the adjutant-general, and the brigade inspectors for their services, from time to time, by the legislature, as they shall think just. <span style="float:right">Compensation to Adjutant and Brigade inspectors.</span>

*And be it further enacted,* That the colour of the uniform of the infantry be determined on by the commander in chief. <span style="float:right">Colour of uniform, by whom determined.</span>

*And be it further enacted,* That each and every non-commissioned officer or soldier, who shall inlist into any corps of horse or artillery, shall within six months from and after such inlistment, equip himself as the law directs, and at the expiration of the said six months, should he not be equipped as aforesaid, then to return to the company from which he inlisted, and the commanding officer thereof, is hereby directed to enrol him accordingly. <span style="float:right">Cavalry and artillery, if not equipp'd within six months to be returned.</span>

*And be it further enacted,* That the several companies, which compose the regiments of cavalry, be annexed to the regiments of infantry in manner following : <span style="float:right">Cavalry to be annexed to infantry.</span>

To each regiment of infantry there shall be, as far as the number of companies of cavalry will admit of it, one troop of horse, or company of cavalry, with the present officers <span style="float:right">Cavalry to be under com-</span>

mand of field officers of infantry.

(if they fee fit) and men of faid companies, who are now uniformly clothed and equipped, or fhall be within four months ; faid troops of horfe fhall be under the command of the field officers of the regiments of infantry, and fhall be joined to fuch regiments as fhall be the moft contiguous and convenient to faid companies. Privilege fhall be allowed to the non-commiffioned officers and privates of cavalry at any time hereafter, of being enrolled as infantry, provided they decline ferving as cavalry, and faid companies of cavalry may be completed by inliftments, from time to time, from the infantry, as vacancies may be in faid companies.

Act to be read, &c.

*And be it further enacted,* That this act fhall be read at the head of each company in the feveral regiments in this State, at leaft once every year.

*This act paffed December* 28, 1792.

---

Paffed June 19, 1793.

An ACT in addition to an act, entitled " An act· for arranging the militia into divifions ;" and in addition to an act, entitled " An act for forming and regulating the militia within this State, and for repealing all the laws heretofore made for that purpofe."

Preamble.

*WHEREAS in the aforefaid act " for arranging the militia into divifions," fundry towns were omitted ; and Whereas in the faid act " for forming and regulating the militia within this State," no particular perfon was authorized or directed to provide ftandards and regimental colours for the feveral battalions and regiments in the fame:*

Therefore,

Enacting claufe.

BE it enacted by the Senate and Houfe of Reprefentatives in General Court convened, That the company or companies in the town of Orford, fhall be confidered as belonging to the firft battalion in the thirteenth regiment ; and the company or companies in the town of Trecothick fhall be confidered as belonging to the firft battalion in the fourteenth regiment ; and the company or companies in the town of Keene fhall be confidered as belonging to the fecond battalion in the twentieth regiment.

And the inhabitants on lands adjoining the towns of Franconia and Lincoln fhall be confidered as belonging to the firft battalion in the twenty-fourth regiment.

Governor to provide ftandards.

*And be it further enacted,* That his excellency the governor caufe to be provided, at the expence of the State, one ftandard for each regiment, and one fuit of regimental colours for each battalion.

*This act paffed June* 19, 1793.

# Delaware

C H A P.
XXXVI.

1793.

## C H A P. XXXVI. c.

*An ACT for eſtabliſhing the militia in this ſtate. (a)*

Pream.ble.

WHEREAS a well regulated militia is the pro-
per and natural defence of every free ſtate :
And as the ſeveral laws enacted by the Legiſlature of
this ſtate for the regulation of the militia thereof have
been found to require material alterations ; in order
to which it has been thought more adviſeable to reviſe
the whole ſyſtem, than to amend it by ſupplementary
ſtatutes ; therefore,

SECTION 1. *BE it enacted by the Senate and Houſe of
Repreſentatives of the ſtate of Delaware in General Aſ-
ſembly met, and it is hereby enacted by the authority of the
ſame,* That each and every free able bodied white male

Who ſhall be
enrolled, and
by whom,

citizen of this ſtate, who is or ſhall be of the age of
eighteen years, and under the age of forty-five years,
except as herein after excepted, ſhall ſeverally and re-
ſpectively be enrolled in the militia, by the Captain
or Commanding Officer of the company within whoſe
bounds ſuch citizens ſhall reſide, ſuch bounds to be
limited and fixed agreeable to the ſubdiviſions which
have been made by the Lieutenants and Sub-lieute-
nants of the different counties, and that within four
months after the paſſing of this act ; *(b)* and that it
ſhall be at all times hereafter the duty of every ſuch
Captain or Commanding Officer of a company to en-
rol every ſuch citizen as aforeſaid, and alſo thoſe who
ſhall from time to time arrive at the age of eighteen
years, or being of the age of eighteen years, and un-
der the age of forty-five years, and not excepted by
this act, ſhall come to reſide within his bounds, and

Notification of
the enrolment.

ſhall without delay notify ſuch citizen of the ſaid en-
rolment, by a proper non-commiſſioned officer of the
company by whom ſuch notice may be proved ; and
in all caſes of doubt reſpecting the age of any perſon
enrolled, or intended to be enrolled, the party queſ-
tioned

*(a)* See a ſupplement hereto, chap. 95. c. Anno, 1796.

*(b)* See chap. 95. c. ſect. 1, proviſion made for dividing the counties into regi-
mental and battalion diſtricts, and theſe into company diſtricts.

Digitized from Best Copy Available

tioned shall prove his age to the satisfaction of the officers of the company within whose bounds he may reside, or a majority of them.

SECT. 2. *And be it further enacted*, That the Vice-President of the United States, officers judicial and executive of the government of the United States, the Members of both Houses of Congress and their respective officers, all Customhouse Officers and their Clerks, Judges of the Supreme Court and of the Court of Common Pleas, Chancellor, Attorney General, Secretary, and Treasurer of the State, Sheriffs, Gaolers and keepers of workhouses, all post-officers and stage-drivers who are employed in the care and conveyance of the mail of the Post-office of the United States, all ferrymen employed at any ferry on the post roads, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States, ministers of religion of every denomination, professors and teachers in colleges, academies, Latin schools, and schoolmasters having twenty English scholars, and no other person or persons, shall be excepted from militia duty; but all young men under the age of twenty-one years, and all servants purchased *bona fide*, and for a valuable consideration, though enrolled agreable to the first section of this law, shall be exempted from furnishing the necessary arms, ammunition and accoutrements as are required by the fourth section thereof, and shall be exempted from militia duties and fines during such minority or servitude, except in cases of rebellion, or an actual or threatened invasion of this or any of the neighbouring states.

SECT. 3. *And be it further enacted*, That the militia of this state be arranged into divisions, brigades, regiments, battalions and companies in manner and form following: The whole state to make one division, and each county to consist of one brigade; each brigade to consist of not less than two, or more than eight regiments; each regiment to consist of two battalions, and each battalion to consist of four companies, in such manner that no company shall consist of more than eighty, or less than forty privates, or as near as may be, having regard to their local situation; there

*Persons exempted from military duty.*

*From furnishing arms, &c.*

*Arrangement of the militia.*

Digitized from Best Copy Available

C H A P.
XXXVI.
1793.

there shall be to each regiment at least one company of grenadiers, light infantry, or riflemen; and to each brigade there shall be at least one company of artillery, and one troop of horse, which shall be formed of volunteers from the respective regiments, at the discretion of the Governor. (c)

How the militia
shall be armed.

SECT. 4. *And be it further enacted*, That in order that the militia may be properly armed, equipped and accoutred, every citizen enrolled, and notified of his enrolment in manner aforesaid, except as herein before excepted, shall, within six months after receiving such notice, provide himself with the arms, ammunition and accoutrements herein after mentioned, *viz.* every non-commissioned officer and private of the infantry (including grenadiers and light infantry, and of the artillery) shall have a good musket or firelock, a sufficient bayonet and belt, two spare flints and a knapsack, a pouch, with a box therein to contain not less than twenty-four cartridges suited to the bore of his gun, each cartridge to contain a proper quantity of powder and ball, or with a good rifle, knapsack, shot pouch and powder horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder; the commissioned officers of the infantry shall be armed with a sword or hanger, and an espontoon, and those of artillery with a sword or hanger, a fuzee, bayonet and belt, and a cartridge box to contain twelve cartridges; the commissioned officers of the troops of horse shall furnish themselves with good horses of at least fourteen hands and a half high, and shall be armed with a sword and pair of pistols, the holsters of which shall be covered with bear skin caps; each light-horseman or dragoon shall furnish himself with a serviceable horse at least fourteen hands and an half high, a good saddle, bridle, mail pillion and valise holsters, and a breast plate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and cartouch box to contain twelve cartridges for pistols; the artillery and horse shall be uniformly clothed in regimentals, to be furnished at their own expence, the
        colour

(c) See chap. 95. c. sects. 2, 5, further and other arrangement of the militia.

Digitized from Best Copy Available

colour and fashion to be determined by the Brigadier commanding the brigade to which they shall belong; every militia-man shall appear so armed, accoutred and provided, when called out to exercise, or into service (except that when called out on company days, to exercise only, he may appear without a knapsack;) and every man so enrolled as aforesaid, and providing himself with the arms, accoutrements and ammunition required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales for debt, or payment of taxes; each battalion and regiment shall be provided with the state and regimental colours, by the fieldofficers, and each company with a drum and fife, or bugle horn, by the commissioned officers of the company; the expences of such colours, drums, fifes, or bugle horns to be repaid to the officers out of the fines incurred by this act: *(d) Provided always*, That whenever the fieldofficers of any regiment shall judge any person enrolled therein unable to equip himself as aforesaid, such person shall not be subject to any fine for not arming, any thing herein contained to the contrary notwithstanding.

Shall appear armed on days of exercise.

Arms exempted from distresses.

Who shall be exempted from fines for not arming.

SECT. 5. *And be it further enacted*, That the militia shall be officered as follows: To a division one Major General, and two Aids de Camp, with the rank of Major; to each brigade one Brigadier General, with one Brigade Inspector, to serve also as Brigade Major, with rank of Major; to each regiment one Lieutenant Colonel Commandant, and to each battalion one Major; to each company of infantry (including light infantry and grenadiers) one Captain, one Lieutenant, one Ensign, four Sergeants, four Corporals, one Clerk, one Drummer, and one Fifer or Bugler; there shall be a regimental staff, to consist of one Adjutant and one Quarter Master, to rank as Lieutenants, one Paymaster, one Surgeon, and one Surgeon's Mate, one Sergeant Major, one Drum Major, and one Fife Major; there shall be to each company of artillery, one

How the militia shall be officered.

*(d)* As per sect. 18, hereafter—but see chap. 95, c. sect. 10, the appropriation of fines given to the Commissary of military stores provided for in sect. 9, of that char.

Digitized from Best Copy Available

CHAP.
XXXVI.
~~~~
1793.

one Captain, two Lieutenants, four Sergeants, four
Corporals, fix Gunners, fix Bombardiers, one Drummer, and one Fifer; and to each troop of horfe there
fhall be, one Captain, two Lieutenants, one Cornet,
four Sergeants, four Corporals, one Saddler, one Farrier, and one Trumpeter.

Officers, by
whom to be appointed.

SECT. 6. *And be it further enacted,* That the Governor fhall on or before the firft day of September
next, appoint and commiffion the Major General,
Brigadiers, Lieutenant Colonels, Majors, Captains,
Lieutenants, Enfigns, and Cornets; that the Major
General fhall appoint their own Aids de Camp out of
the line of Captains or Subalterns; that the Brigadiers fhall appoint their Brigade Majors out of the
line of Subalterns; *(e)* that the fieldofficers of each
regiment fhall appoint their refpective regimental
ftaffs; and that each Captain fhall appoint his Sergeants, one of which fhall be appointed Clerk to the
company, Corporals, Drummer and Fifer; that all
commiffioned officers fhall be commiffioned for feven

Of their commiffions and
rank.

years, and fhall take rank according to the date of
their commiffions; and when two of the fame grade
bear equal date, then their rank fhall be determined
by lot, to be drawn by them before the commanding
officer of the brigade, regiment, battalion, company or detachment.

How the companies fhall be
claffed.

SECT. 7. *And be it further enacted,* That on the firft
Tuefday in April next enfuing, the Captain or Commanding Officer of each company fhall call the perfons belonging to the fame together, giving due notice, and fhall divide them into eight claffes, as nearly equal in number to each other as conveniently may
be, allotting a Sergeant or Corporal to each clafs;
and eight flips of paper, numbered refpectively from
one to eight, being prepared, every private fhall determine by drawing a ballot, what clafs he is to ferve
in; and in cafe any of the perfons belonging to any
company fhall neglect to attend, at the time and
place appointed for claffing the faid company, or if
prefent, fhall refufe to draw as aforefaid, then the
· faid

*(e)* Or " non-commiffioned officers or privates," by fect. 15, of chap. 95. c.

Digitized from Best Copy Available

said Captain or Commanding Officer thereof shall appoint one disinterested freeholder to draw for the absentees, or persons so refusing; and when the classes shall be so settled, the Captain or Commanding Officer of each company shall form a roll, consisting of the eight classes, and the names and surnames of the men in each class, numbered according to the order of ballotting, which he shall keep for his own use, (f) transmitting forthwith a copy thereof, with a list of his commissioned and non-commissioned officers prefixed, to the Colonel or Commanding Officer of the regiment, who shall enter the same in a book by him to be provided for that purpose; and the said Captain or Commanding Officer shall, on the first Tuesday in April, in every succeeding year, add to the said roll the names and surnames of all such male white inhabitants between the ages aforesaid, who, on the next preceding twelve months, have removed to and are then residing in that subdivision, or therein have attained the age of eighteen years, except as herein before are excepted, annexing them respectively to such class or classes as may still render all the classes of a company as nearly equal in number to each other as conveniently may be.

The Captain shall form a roll of the classes, and transmit a copy to the Colonel.

SECT. 8. *And be it further enacted*, That to the end the militia when called by classes shall be properly officered, the following order is hereby directed and enjoined, *That is to say*, For the first draft, the Captain of the first company, the Lieutenant of the second, and the Ensign of the fourth; second draft, the Captain of the second company, the Lieutenant of the first, and the Ensign of the third; third draft, the Captain of the third company, the Lieutenant of the fourth, and the Ensign of the second; fourth draft, the fourth Captain, the Lieutenant of the third company, and the Ensign of the first; fifth draft, the fifth Captain, the Lieutenant of the sixth company, and the Ensign of the eighth; sixth draft, the sixth Captain, the Lieutenant of the fifth company, and

Drafts of the militia how officered, and called into service by classes.

VOL. II.                3 X                the

(f) See chap. 95. c. sect. 3, further provision for classing of companies and declaring what shall be a sufficient notification of enrolment in such class lists.

Digitized from Best Copy Available



the Enſign of the ſeventh ; ſeventh draft, the Captain of the ſeventh company, the Lieutenant of the eighth, and the Enſign of the ſixth ; the eighth draft, the Captain of the eighth company, the Lieutenant of the ſeventh, and the Enſign of the fifth ; non-commiſſioned officers to take tour with the commiſſioned officers ; and the fieldofficers of regiments, in every diviſion and brigade in the ſtate, ſhall be divided in like manner ; and each claſs to be conſidered as a detachment from different corps, liable to ſerve two months, and no longer, and to be relieved by the claſs next in numerical order, the relief to arrive at leaſt two days before the expiration of the term of the

*The rule not to be regarded in caſe of emergency.*

claſs to be relieved ; but nothing herein contained ſhall prevent the Governor from employing and calling out part of any claſs, or any company or companies, regiment or regiments, without reſpect to this rule, whenever the exigency is too ſudden to allow the aſſembling of the ſcattered militia, which compoſe the particular claſſes ; and the ſervice of the perſons ſo called out ſhall be accounted as part of their

*When pay ſhall commence and end.*

tour of duty ; and the pay of the militia in actual ſervice ſhall commence two days before marching, and they ſhall receive pay and rations at the rate of fifteen miles *per* day on their return home.

*Pay of the militia.*

SECT. 9. *And be it further enacted,* That when the militia, or any detachment thereof are called on duty, the pay of a Major General ſhall be Sixty Dollars *per* month ; of each Brigadier General Fifty Dollars *per* month ; of each Lieutenant Colonel Forty Dollars *per* month ; of each Major Thirty Dollars *per* month ; of each Captain Twenty-five Dollars ; of each Lieutenant Twenty Dollars *per* month ; of each Enſign Fifteen Dollars *per* month ; of each Sergeant Eight Dollars *per* month ; of each Corporal Seven Dollars *per* month ; and of each private and muſician Six Dollars *per* month ; and that every perſon refuſing or ne-

*Penalty for neglecting a tour of duty.*

glecting to perform his tour of duty, if a commiſſioned officer, ſhall pay the ſum of Twenty-five Dollars, and forfeit ſuch his commiſſion, and if a non commiſſioned officer or private, the ſum of Twelve Dollars for every ſuch neglect or refuſal.

SECT. 10. *And be it further enacted,* That when any claſs

Digitized from Best Copy Available

clafs or claffes of the militia fhall be called to perform any tour of duty, the Brigade Major fhall caufe each and every fuch perfon fo called to be notified of fuch call, by a written or printed notice being delivered to him perfonally, or left at his houfe or ufual place of abode, by fome officer or other fit perfon to be employed for that purpofe, at leaft three days before the time of affembling the faid militia, unlefs the Governor on a fudden exigency, fhall think proper to order any part of the militia into immediate fervice, and then the notice fhall be given for immediate attendance. (g)

SECT. 11. *And be it further enacted,* That every male white perfon within this ftate, between the ages of eighteen and forty-five, or who fhall hereafter attain the age of eighteen years, except as before excepted, fhall attend at the time and places appointed, in purfuance of this act, for the appearance of the company or regiment to which he belongs; and if any non-commiffioned officer or private as aforefaid, required to be armed and accoutred with his firelock and accoutrements aforefaid in good order, or if any male white perfon between the ages aforefaid, although not required to be fo armed and accoutred, fhall neglect or refufe to appear on the parade, and anfwer to his name when the roll is called over, which the commanding officer is hereby directed to have done at the diftance of one hour after the time appointed for meeting, not having a reafonable excufe, to be adjudged of by a Court Martial to be appointed by the commanding officer of the company, which fhall confift of a Subaltern and four privates, the Subaltern to be Prefident thereof, every fuch perfon fhall forfeit and pay the fum of Fifty Cents. (h)

SECT. 12. *And be it further enacted,* That every perfon required to attend as aforefaid, at the time and place

(g) For further and more fpecial provifion relating to notification of tour of duty, called for to be performed by claffes of the militia, and the penalties on privates and officers for non-performance thereof, fee chap. 95. c. fects. 12, 13, 14.

(h) See chap. 95. c. fect. 6, alterations in the penalties above in fects. 11 and 13, diftinguifhing between non-attendance on days of exercife in company or battalion, and in regiments—and fee fect. 18, there penalties for neglect of exercife or duty in the troops of horfe—and fee alfo fect. 20, for the penalty on perfons enrolled in the militia who fhall thereafter continue to meet in volunteer companies.

Digitized from Best Copy Available

place of exercise in company or in regiment, who shall then and there appear, and shall neglect or refuse to answer to his name when the roll is called over, or to obey the lawful commands of his commanding officer, or to perform his exercise with the care and attention requisite therein, being convicted of any of the said offences by a Court Martial, to be appointed as aforesaid, shall forfeit and pay for every such offence any sum not exceeding One Dollar and Forty Cents.

*Penalty on officers for non-attendance on field days.*

SECT. 13. *And be it further enacted,* That every commissioned officer who shall neglect or refuse to appear at the time and place appointed for exercise in battalion or regiment, having no reasonable excuse, to be adjudged of by such of the officers present, as any two of the fieldofficers shall appoint, and there do and perform his duty, according to his office and station, shall forfeit and pay, if a Lieutenant Colonel Commandant Four Dollars, if a Major Three Dollars, if a Captain Two Dollars, and if a Subaltern or Staff Officer One Dollar and Twenty-five Cents; and every commissioned officer, who shall refuse or neglect to appear at the time and place appointed for exercise or

*On other muster days.*

other muster days, having no reasonable excuse, to be adjudged of by the officers present, or a majority of them, shall forfeit and pay for every such neglect or refusal, if a Captain One Dollar and Twenty-five Cents, and if a Subaltern One Dollar. *(h)*

*A Clerk to be appointed for each company.*

SECT. 14. *And be it further enacted,* That the commissioned officers of every company shall appoint such Sergeant thereof, as they shall judge best qualified, to be Clerk thereto, who shall keep in a book to be provided by him for that purpose, to be viewed and examined from time to time by the commanding officer thereof, a fair and exact account of all fines and

*His duty.*

forfeitures incurred by persons belonging to the same, noting therein, at the time and place appointed for meeting in company, battalion or regiment, the names of the persons belonging to his company, and then absent; a transcript of which entries of fines and forfeitures, the said Clerk shall deliver to the Treasurer

*And pay.*

of his regiment, once in every three months, *(i)* by whom

*(i)* In sect. 7, chap. 95. c. an account of all fines is to be signed by the Captain

Digitized from Best Copy Available

whom he fhall be paid Four Dollars a year for his fervices as Clerk aforefaid.

SECT. 15. *And be it further enacted*, That it fhall and may be lawful for the commiffioned officers of each regiment, to meet on the firft Tuefday in September annually, and chufe by ballot, to be taken under the infpection of the fieldofficers, or fuch of them as attend, one reputable freeholder to be Treafurer to fuch regiment for the year thence next enfuing.

Treafurer for each regiment, to be chofen annually.

SECT. 16. *And be it further enacted*, That the Treafurer of each regiment, before he enters on the duties by this act required of him, fhall give bond to the Lieutenant Colonel Commandant of the fame, in fuch fum and with fuch fureties as he fhall approve of, conditioned for the faithful performance of the duties hereby enjoined him, and fhall pay over all fuch fums of money as fhall come to his hands, in purfuance of this act, in manner herein directed, and at the expiration of the year for which he was chofen, fhall render an account *(k)* to the State Treafurer of all monies that have come into his hands as Treafurer of faid regiment, and in what manner he hath difpofed of the fame; and the balance remaining in his hands, if any, fhall be paid over to the State Treafurer, after deducting Twenty Cents in the Pound for his trouble.

To give bond.

Shall account with the State Treafurer.

His compenfation.

SECT. 17. *And be it further enacted*, That the Treafurer is hereby impowered and required to fue for and recover all fines and forfeitures incurred by this act, *(l)* and if he fhall neglect or refufe to fue for and recover all fines and forfeitures incurred by this act, once in every fix months, he fhall forfeit and pay for the firft

Shall fue for all fines.

or Commanding Officer of each company or troop, and by him tranfmitted to the Treafurer of the regiment, and a duplicate thereof to the Commiffary of military ftores, once in three months at the leaft, under the penalty of Twenty Dollars for every neglect.

*(k)* And pay over to the Military Commiffary of his county all fums collected, every four'mouths, deducting twelve Per Cent. for collection, by fect. 8, of faid chap. 95. c—and in fect. 11, the faid Military Commiffary is to account annually with the Auditor of Accounts, retaining four Per Cent.

*(l)* See fect. 7, of faid chap. 95. c. a fummary mode of collection prefcribed, viz. diftrefs and fale under a juftices warrant, as in the cafe of county rates and levies. See alfo fect. 16, there.

Digitized from Best Copy Available

firft offence the fum of Eight Dollars, and for the fecond, and every other offence, the fum of Sixteen Dollars.

*Appropriation of fines and forfeitures.*

Sect. 18. *And be it further enacted*, That all fines and forfeitures, that fhall be paid into the hands of any Treafurer of a regiment in purfuance of this act, fhall be applied for the purpofe of purchafing arms, accoutrements and ammunition for the ufe of the regiment, as the Governor fhall order and direct, and for purchafing fuch drums, colours and fifes for the feveral companies, and alfo for paying adjutants, drummers and fifers, and in fuch manner as the field-officers thereof fhall from time to time direct. *(m)*

*Who fhall have power to call the militia into fervice.*

Sect. 19. *And be it further enacted*, That the Governor fhall have full power and authority, in cafe of an invafion, rebellion, or infurrection within this ftate, or any of the neighbouring ftates, to call into fervice fuch part of the militia, by claffes, as to him fhall feem neceffary ; and in cafe of the abfence of the Governor of this ftate on any infurrection, rebellion, or invafion, the commanding officer of each brigade is hereby authorifed and directed to iffue his orders, to call out fuch part of the militia as he may judge immediately neceffary.

*Militia exempted from arrefts in civil actions.*

Sect. 20. *And be it further enacted*, That no perfon or perfons by this act directed to meet and mufter, or perform any military duty, fhall be liable to be arrefted or taken by any Sheriff, Conftable, or other officer, in any civil actions whatfoever, on the day of fuch meeting, in going to, or returning home from the place of fuch meeting or mufter or other military duty ; but every fuch arreft fhall be void, and the officer making the fame fhall be liable to an action of trefpafs for falfe imprifonment at the fuit of the party fo arrefted, and he fhall be forthwith fet at liberty and difcharged from the cuftody of fuch officer, by order of any one Judge or Juftice of the Peace of the county where fuch arreft is made, or of the Captain of the company to which fuch perfon doth belong.

Sect.

*(m)* See alfo fect. 10, of chap. 95. c. the power of appropriation of fines given to the Military Commiffary, and the extention of them to a greater number of objects.

Digitized from Best Copy Available

SECT. 21. *And be it further enacted,* That the rules of discipline approved and established by Congress, in their resolution of the twenty-ninth of March, One Thousand Seven Hundred and Seventy-nine, shall be the rules of discipline to be observed by the militia of this state, except such deviations from the said rules as may be rendered necessary by the requisitions of an act of Congress, intitled, *An act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States,* or by some other unavoidable circumstances: It shall be the duty of the commanding officer at every muster, whether by regiment, battalion, or single company, to cause the militia to be exercised and trained agreeable to the said rules of discipline.

*What rules of discipline shall be observed by the militia.*

SECT. 22. *And be it further enacted,* That if any person, whether officer or soldier, belonging to the militia, and called out into service, be wounded or disabled while in service, he shall be taken care of, and provided for, at the public expense: That the Brigade Inspector, and two reputable freeholders, shall appraise the horse of each person serving as light-horsemen, immediately before the time of going into actual service, and enter the same in a book; and in case such horse shall be killed, die, or taken by the enemy, otherwise than by neglect, he shall be paid the full value of his horse.

*Persons disabled shall be supported at the public expense.*

*Horses of light-horsemen to be appraised,*

*and if killed, the value to be paid.*

SECT. 23. *And be it further enacted,* That the militia of this state shall be subject to such articles of war, as may be established by the General Assembly; and that they shall be tried by their own officers only.

*Of articles of war, and trial of the militia.*

SECT. 24. *And be it further enacted,* That the militia in this state shall be exercised and instructed in companies, in the months of April, June and September annually, at such time and place as the Captain or Commanding Officer shall direct, he giving notice thereof by advertisements at three of the most public places in his district, at least five days before the day of muster; and in regiments as follows: The first regiment on the second Monday in October in every year, the second regiment on the Tuesday following, and the third regiment on the Wednesday, and so on, according to their numerical rank, on
every

*When to be exercised in companies,*

*and in regiments.*

Digitized from Best Copy Available

C H A P.
XXXVI.

1793.

**Monies paid into the treasury by virtue of this act, how appropriated.**

**The Governor shall appoint an Adjutant General.**

**His duty.**

every day in the week, Saturdays and Sundays excepted, until the whole number of regiments shall have muſtered and exerciſed in the aforeſaid manner. (n)

SECT. 25. *And be it further enacted,* That all monies paſſing into the treaſury, by virtue of the directions of this act, ſhall be appropriated as a fund for the purpoſe of ſupporting the neceſſary officers for carrying this law into effect, and of equipping and furniſhing the militia with every neceſſary apparatus for the defence and ſecurity of the ſtate, the ſurplus, if any, to be appropriated in ſuch manner, and to ſuch uſes, as the General Aſſembly ſhall from time to time direct and appoint; and the State Treaſurer ſhall keep all the monies ariſing from fines by the militia law, ſeparate from all other monies, and keep a ſeparate book of the ſame, and the expenditures thereof purſuant to the directions of this act. (o)

SECT. 26. *And be it further enacted,* That the Governor ſhall appoint an Adjutant General in the ſtate, whoſe duty it ſhall be to diſtribute all orders from the Commander in Chief of the ſtate to the ſeveral corps, to attend all public reviews, when the Commander in Chief ſhall review the militia, or any part thereof, to obey all orders from him relative to carrying into execution and perfecting the ſyſtems of military diſcipline eſtabliſhed by this act, to furniſh blank forms of different returns that may be required, and to explain the principles on which they ſhould be made, to receive from the ſeveral officers of the different corps throughout the ſtate returns of the militia under their command, reporting the actual ſituation of their arms, accoutrements and ammunition, and every other thing which relates to the general advancement of good order and diſcipline; all which the ſeveral officers of brigades, regiments and battalions are hereby required and directed to make in the uſual

(n) See ſect. 5, of chap. 95. c. the foregoing times altered, to wit, of exerciſe in companies once in the months of April, Auguſt and November—in battalions in the month of May—and in regiments in the month of June annually.

(o) See alſo ſects. 10, 11, of chap. 95. c. ſome alterations herein with more ſpecific appropriations.

Digitized from Best Copy Available

ufual manner, fo that the Adjutant General may be duly furnifhed therewith; from all which returns he fhall make proper extracts, and lay the fame annually before the Governor or Commander in Chief of the ftate, and tranfmit a duplicate of the fame to the Prefident of the United States. *(p)*

*Paffed June* 18, 1793.

## C H A P. XXXVII. c.

*An* ACT *to enable Anna Adams and John Brown of Kent county, to bring from the ftate of Maryland into this ftate, two Negro flaves.*
*Paffed June* 18, 1793.——Private act.

1793.

## C H A P. XXXVIII. c.

*An* ACT *to veft the title of a tract of land in Phebe Snow, Jane Wilfon, and Robert Rees.*
*Paffed June* 18, 1793.——Private act.

1793.

## C H A P. XXXIX. c.

*An* ACT *for the better regulation of diftreffes for rent, and for other purpofes therein mentioned.*

1793.

WHEREAS for want of due regulation of diftreffes for rent much injury hath been fuffered,

SECTION 1. *BE it therefore enacted by the Senate and Houfe of Reprefentatives of the ftate of Delaware in General Affembly met,* That from and after the publication
VOL. II.    3 Y    of

Preamble.

*(p)* See fect. 21, of chap. 95, c. a repeal of fo much of this act as is there altered and amended, or otherways provided.

Digitized from Best Copy Available

# Maryland

the said skipper or master, will not take, nor suffer to be taken, by any person whatever, any tobacco out of such hogshead or hogsheads; that he will not exchange the said tobacco, or the cases which cover the same, nor suffer the same to be exchanged, and that he will not wilfully damage, or suffer to be damaged, such tobacco, whilst the same shall remain under his care and management; and if any skipper as aforesaid shall refuse or delay taking the oath, or affirmation, in manner and form aforesaid, such skipper, for every hogshead of tobacco taken on board contrary to the intention of this act, shall forfeit 7s. 6d. current money, the said penalties, fines and forfeitures, to be recovered before any justice of the peace, in the same manner as is hereinbefore directed. —ibid. § 3. See Bacon, &c. 5. Passes, 4. Hides, 2. Inspectors, 20. Lighthouse, 1. Pilots, 23. Quarantine, 1, 2, 4, 5, 6. Tobacco inspected, 2.

## MILITIA.

1. A well regulated militia is the proper and natural defence of a free government.—Declaration of rights, 25.

2. Standing armies are dangerous to liberty, and ought not to be raised or kept up without the consent of the legislature.—ibid. 26.

3. In all cases and at all times, the military ought to be under strict subordination to, and controul of the civil power.—ibid. 27.

4. No soldier ought to be quartered in any house in time of peace without the consent of the owner, and in time of war in such manner only as the legislature shall direct.—ibid. 28.

5. No person except regular soldiers, mariners and marines, in the service of this state, or militia when in actual service, ought in any case to be subject to, or punishable by martial law.—ibid. 29.

6. No field officer of the militia shall be eligible as a senator, delegate, or member of the council.—Constitution, 45.

7. Fit and proper persons in each county of this state shall be appointed by the governor and council to make true and exact lists of the names of all able bodied white male citizens between 18 and 45 years of age, (except as in the act of congress is excepted, that is to say: The vice-president of the United States, the officers, judicial and executive, of the government of the United States, the members of both houses of congress, and their respective officers, all custom-house officers, with their clerks, all post-officers, and stage drivers who are employed in the care and conveyance of the mail of the post office of the United States, all ferrymen

*ferrymen employed at any ferry on the poſt-road, all inſpectors of exports,*
*all pilots, all mariners actually employed in the ſea ſervice of any citizen*
*or merchant within the United States,* and alſo except as hereinafter ex-
cepted) diſtinguiſhing in the ſaid liſts the quakers, menoniſts, tunkers,
and perſons conſcientiouſly ſcrupulous of bearing arms, and the ap-
prentices and their trade, and the name of the maſter to whom they
are apprenticed, and cauſe the ſaid liſts to be completed on or before
the 10 day of April next, and ſhall return the ſame to the commiſſioners
of the tax of the ſeveral and reſpective counties of this ſtate, on or be-
fore the ſame day.---1793, c. 53, § 2.

8. Every perſon ſo appointed to take the liſts of names in the ſeve-
ral counties, ſhall be allowed at the rate of 2 2-3 dollars for every
100 perſons ſo liſted, to be paid by the treaſurer of the ſhore. where
they reſide, and the governor and council may, in their diſcretion,
add to the ſum ſo be allowed to the perſons to be appointed in Allegany
county, and diminiſh it in caſes of appointments in Baltimore-town, as
they may think juſt and neceſſary, ſo as to make the compenſation equal
to the ſervice performed as nearly as may be.—*ibid.* § 3.

9. If any free male white citizen, of the age of 18 years and un-
der 45 years, when called on by any of the perſons ſo to be appointed
by the governor and the council, ſhall not give in his name to be liſt-
ed, if unknown to the perſon requiring it, he ſhall forfeit 10 dollars for
every ſuch offence.—*ibid.* § 4.

10. If any ſuch perſon, of the age of 18 years and upwards, when call-
ed on, ſhall not inform the perſon ſo to be appointed, that he is of the
age of 18 years and upwards, and if any ſuch perſon under the age of
45 years, when called on as aforeſaid, ſhall inform the perſon ſo to
be appointed that he is of the age of 45 years or upwards, every ſuch
perſon ſo offending ſhall forfeit 10 dollars for every ſuch offence.---
*ibid.* § 5.

11 No free white male citizen, of the age of 18 and under 45 years,
ſhall be excuſed from militia duty on account of inability, unleſs he
ſhall obtain from the ſurgeon of the regiment to which he ſhall belong,
or ſome reputable phyſician in his neighbourhood, a certificate that he
is not of ſufficient ability to perform militia duty.---*ibid.* § 6.

12. As ſoon as may be, and within 15 days after the 10 of April
next, all the perſons ſo to be appointed by the governor and council
in each and every county, who ſhall accept ſuch appointment, ſhall
make true and exact returns of all the free white male citizens by them
reſpectivly liſted to the governor and council, under the penalty of 40
dollars for every neglect; and the governor and council ſhall forthwith
proceed to appoint proper officers thereto, agreeably to the proviſions,
of the Act of congreſs; that thereupon each and every free white male
citizen,

citizen, who shall be of the age of 18 years and under 45 years (except as before excepted,) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company within whose bounds such citizen shall reside, under the direction of the brigadier-general of the brigade, and that on or before the 20 day of June next; and it shall at all times hereafter be the duty of every such captain or commanding officer of a company, to enrol every such citizen, and also those who shall from time to time, arrive at the age of 18 years, or being of the age of 18 and under 45 years, (except as before exceped,) shall come to reside within his bounds, and shall, without delay, notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by whom such notice may be proved. *ibid.* § 7,

13. On or before the 20 day of June next, the governor and council shall arrange the militia of the state into divisions, brigades, regiments, battalions and companies, and shall number each division, brigade and regiment, at the formation thereof, and a record shall be made of such numbers in the adjutant general's office; that if the same be convenient, each brigade shall consist of 4 regiments, each regiment of 2 battalions, each battalion of 5 companies, each company of 64 privates, 4 serjeants, 4 corporals, 1 drummer, and 1 fifer or bugler.—*ibid.* § 8.

14. Out of the militia enrolled as aforesaid, there shall be formed for each battalion at least one company of grenadiers, light infantry or riflemen, to each division there shall be a company of artillery and one troop of horse, formed and officered according to the directions of the act of congress.—*ibid.* § 9.

15. All commissioned officers, who shall be appointed by the governor and council, and who shall accept such appointment, shall, on or before the 10 day of July next, arm, accoutre, and provide themselves, as by the act of congress is directed, under the penalty of 20 dollars for such neglect; and each non-commissioned officer and matross in the artillery, and each non-commissioned officer and dragoon in the companies of horse, shall arm, accoutre, and provide himself, in like manner under the penalty of 6 dollars current money for such neglect, —*ibid.* § 10.

16. All ministers of the gospel, regularly ordained or licenced by any religeous society, shall be exempted from militia duty.—*ibid.* § 11,

17. For the oath of militia commissioned officers—See *Oath of office*, Art. 33.

18. The state and regimental colours shall be provided by the field officers, and the drums and fifes, or bugle-horns, by the commissioned officers of companies, who shall contribute to the same in proportion
to

to the pay they would refpectively be entitled to receive if now called into actual fervice; and if the faid colours, &c. fhall not be provided by the 1ft day of Auguft next, in the manner herein directed, every officer who fhall have neglected to contribute his proportion fhall forfeit one third of a month's pay.—*ibid.* § 13.

· 19. The whole of the militia, fo enrolled, fhall after the year 1794, be exercifed under their refpective officers, in confpanies on fome day in the months of April and November, in battalion on fome day in Auguft, and in regiment on fome day in Oct. after the 10 day thereof; the captains of companies fhall appoint the days and places of meeting in companies, the majors fhall appoint the days and places of meeting in battalion, and the lieutenant-colonels fhall appoint the days and places of meeting in regiment ; on each of which days every militia man fo enrolled fhall duly attend with his arms and accoutrements in good order ; and the captain or commanding officer of each company is required to appoint a fit and proper perfon, who fhall at the end of one hour after the time appointed for the meeting of the company battalion or regiment, call over the mufter roll of the company, noting thofe who are abfent, and on that day fhall make return in writing to the captain or commanding officer then prefent, of fuch abfentees ; and all the perfons fo abfent at the time of calling over the roll, or who fhall depart from the parade before duly difcharged, fhall be liable to the fines hereafter mentioned.—*ibid.* § 14.

20. If any commiffioned officer fhall refufe or neglect to attend on any of the days which fhall be appointed for exercife, accoutred and equipped as aforefaid, (unlefs prevented by ficknefs, or other unavoidable accident) he fhall forfeit a fum not exceeding 6 dollars per day ; and any non-commiffioned officer or matrofs in the artillery, and any non-commiffioned officer or dragoon, who fhall fo refufe or neglect to attend on any of the faid days, armed and accoutred as aforefaid, (except as before excepted) fhall forfeit a fum not exceeding two-thirds of a dollar per day; and all other non-commiffioned officers and privates, who fhall fo refufe or neglect to attend, armed and accoutred as hereinbefore directed, (except as before excepted) fhall forfeit one cent per day, unlefs excufed for appearing without arms, &c. by the commanding officer of their refpective companies for the day ; and if they fhall not attend on the feveral days of meeting, to be appointed, each and every perfon, fo neglecting, fhall forfeit half a dollar per day; unlefs prevented by ficknefs, or other unavoidable accident; the names and furnames of all which perfons, fo incurring the faid fines and penalties, (except fuch as may have paid the fame into the hands of the captain or commanding officer of the company) fhall be duly and forthwith returned by the captain or commanding officer of each company, under his hand together with fuch fines as he has received, to the lieutenantcolonel of the regiment to which he fhall belong, who fhall, immediately

ately after the said returns are made to him, cause the same to be respectively recovered before some justice of the peace living near the place where the delinquents respectively reside, as in the case of small debts; and the said lieutenant-colonel shall, twice in every year, account with the treasurer of his shore for all monies so received, and pay the same over to such treasurer, to be subject to the future application of the general assembly.—*ibid.* § 15.

21. A duplicate of all returns made to the lieutenant-colonels as aforesaid, and an account of all money paid to them, shall be annually lodged by the respective persons making such returns or payments with the treasurer of their respective shores.—*ibid.* § 16.

22. The militia residing in Kent island shall not be compelled to meet in battalion or regiment, but the companies composed of the militia on said island shall nevertheless be subject to be called together to exercise twice a year on the said island, exclusive of company meetings, at such times and at such place as the commanding officer of the battalion to which they belong shall direct, and shall be subject to the same fines for not appearing at said meetings as others are for not meeting in battalion or regiment.—*ibid.* § 17.

The 18 § which comprised the 23 art. here, is repealed by the supplementary act of 1798.

24. The master or mistress of any apprentice, and the father or mother or guardian of any minor, not a matross or dragoon, who shall refuse or neglect to attend, being in the service of his father, &c. shall be accountable for the fine or fines so incurred by such minor or apprentice.—*ibid.* § 19.

25. When any part or parts of the militia shall be draughted, or called out of the state into actual service, every person enrolled, who is not a commissioned officer, shall have it in his choice, either to serve in person, or to find a substitute, to be approved of by the lieutenant colonel, or commanding officer of the battalion to which he shall belong; but if any person not being disabled by sickness, shall neglect or refuse to serve, or find such substitute in his place within 10 days after notice given to him, the lieutenant colonel, or commanding officer of the battalion to which such delinquent belongs, shall provide, hire or procure, on as reasonable terms as may be, a substitute for such person so refusing or neglecting, and charge such sum or sums, together with reasonable expences for procuring the same, to such delinquent, to be recovered by distress and sale of his goods and chattels, lands or tenements, by warrant under the hands and seals of any two justices of the peace of the county where such person resides ; and in all cases where it shall be necessary to recover any fine or forfeiture, or other money, wherewith any person or persons may become chargeable under this act, by distress and sale, or execution, of the property of such person, or persons, it is the duty of the sheriff, or person executing for the same, to take such

property

property as fhall be offered or fhewn to fuch fheriff or perfon executing, amounting to fuch debt and coft, and if no property fhall be fhewn or offered, fuch fheriff or perfon executing, fhall not take in execution any negro, or other valuable property, to fatisfy a fmall or trifling fine or fum, if property of fmall value can be found, but he fhall take fuch property, if any can be found as will pay the fum due with the coft of levying the fame, and no more, as nearly as may be; and any perfon offending herein fhall forfeit treble the fum fo levied, to be recovered by the party grieved by indictment or action of debt in the county where the offence fhall happen.—*ibid.* § 20.

26. But no lieutenant-colonel, or commanding officer of a battalion, fhall be obliged to provide a fubftitute for any delinquent, unlefs he is of opinion that fuch delinquent, has fufficient property to pay the expences of procuring a fubftitute; and if fuch lieutenant-colonel, &c. fhall be of opinion that any delinquent has not fufficient property to pay the expences of procuring a fubftitute, he fhall make application to a juftice of the peace of the county where fuch delinquent refides who upon application, fhall iffue his warrant to the fheriff of the county to arreft the delinquent, and imprifon him in the common gaol, there to remain for a certain time, to be fpecified in the warrant, not exceeding 20 days, and the fheriff fhall be obliged to keep fuch delinquent in the common gaol, agreeable to the command of the faid warrant, unlefs he fhall agree to ferve, or find a fufficient fubftitute in his place: But no militia man, having perfonally or by fubftitute ferved in the militia, fhall be obliged to ferve again until by rotation it comes to his turn.—*ibid.*

27. If any perfon or perfons fhall think him, her or themfelves aggrieved in the feizure of his, her or their goods and chattels, lands or tenements, or by the executing his, her or their perfon or perfons, he, fhe or they, may enter an appeal before the juftices of the next county court, and on the party's giving fufficient fecurity within 6 days next after any goods, &c. fhall be feized or diftrained as aforefaid, or his, her, or their perfon or perfons executed as aforefaid, to profecute fuch appeal with effect, the juftices fhall receive the fame, and ftay further procefs; and the faid juftices fhall return every fuch appeal on the 2d. day of the next term, and the court fhall direct a trial by jury of the county, as in other cafes of debt, whofe verdict fhall be conclufive, and, except in extraordinary cafes of which the court fhall be judge, all fuch appeals fhall be tried at the term to which fuch returns fhall be made.—*ibid.* § 21.

28. No militia man fhall leave the company to which he belongs, and join any other, under the penalty of 10 dollars, unlefs by confent of the captain, or commanding officer of the company, or in cafe of removing to fome other diftrict within this or any other ftate, and in fuch cafe he fhall apply to the commander of fuch company, who fhall give
him

him a certificate of his being difcharged, under the penalty of 10 dollars.—*ibid.* § 22.

29. No perfon ferving as a fubftitute for another, fhall thereby be excufed from ferving in his turn.—*ibid.* § 23.

30. No officer or private of the militia fhall be fubject to any arreft, either on mefne procefs or execution, or in any other manner, for any civil matter, in his attendance at, going to, or returning from mufter. —*ibid.* § 24.

31. If any fuit or fuits fhall be brought or commenced againft any perfon or perfons for any thing done in purfuance of this act, the action fhall be laid in the county where the caufe or caufes of fuch action did arife, and not elfewhere, and the defendant or defendants may plead the general iffue, and give this act and the fpecial matter in evidence; and if the jury fhall find for the defendant or defendants in fuch action or actions, or if the plaintiff or plaintiffs fhall be non-fuited, or difcontinue his or their action or actions, after the defendant or defendants fhall have appeared, or if upon demurrer judgment fhall be given againft the plaintiff or plaintiffs, the defendant or defendants fhall have treble cofts, and have the like remedy for the fame as any defendant or defendants hath or have in other cafes to recover cofts by law.—*ibid.* § 25.

32. All companies formed previous to the 20 day of May next, fhall be continued and confirmed, fubject to all duties, fines and penalties, to which the reft of the militia are fubjected to by this act; provided that the governor and council, fhall have the appointment and commiffioning of the officers of the faid companies.—*ibid.* § 26.

33. The field officers now having, or that may hereafter have, the command of the militia of Allegany county, fhall appoint fome day or days, not exceeding 4 days in each year, for the perfons compofing, or who may compofe, the militia of faid county, to meet and exercife (at fuch place or places in faid county as the field officers of faid county may deem convenient,) in battalion or companies, as may be moft expedient, inftead of the meeting in regiment as directed by the 14 §. of the act to regulate and difcipline the militia of this ftate.—1797, c. 3. § 2.

34. The perfons compofing, the militia of faid county, fhall be liable to the fame fines and forfeitures for not attending at fuch meeting or meetings appointed by virtue of this act, as they would heretofore have been liable to in not attending the meetings in regiment or battalions as eftablifhed by law.—*ibid.* § 3.

35. The field officers of faid county fhall not direct more than one meeting of each battalion in faid county in any one year.—*ibid.* § 4.— See *Governor,* 5, 6.

X x

MILLERS

# Connecticut

the penalty of *one hundred and thirty-four dollars,* to the trea- On penalty of
sury of such county : to be recovered before the county court 134 dollars.
in the county where the transgression is committed.

§ 9. And the proceedings in settling and affixing such Charge to be
meeting-house place shall be at the charge of the society borne by the
where such house is needed : and such county court shall be society.
allowed the fees for their judgment thereon, as in the trial of
other causes.

## TITLE CXI. *Mile-Stones.*

An Act to oblige the several Towns on the Post-
Roads, to erect Monuments, shewing the Dis-
tances from the several County Towns on said
Roads.

§ 1.   **B**E *it enacted by the Governour and Council and House* Select-men to
      *of Representatives in General Court assembled,* That erect mile-
it shall be the duty of the select-men in the several towns, on stones on the
the several post-roads in this state, at the expense of such roads.
town, to erect and keep up mile-stones, at least two feet high,
near the side of the common travelling road, marked with the
distances from the county town of the county where such town
lies, according to the mensuration made by public order.(1)

§ 2. *Be it further enacted,* That if the select-men in such Penalty for
towns, shall neglect to erect such stones, marked as aforesaid, neglecting in
and to keep up the same for the space of one month after no- erecting.
tice given to them for that purpose, shall pay and forfeit the
sum of *seven dollars,* one half to him or them who shall prose-
cute the same to effect, the other half to the treasury of the
towns where such select-men belong.(1)

§ 3. *And be it further enacted,* That if any person or per- Penalty on
sons, shall presume to pull down, break or deface any such such as pull
monument or monuments, or any other monuments for the down or de-
direction of travellers, erected by the order or approbation of face monu-
the select-men shall incur a penalty of *seven dollars,* to be re- ments.
covered by the select-men, of such town where the offence is
committed, for the use of said town, by bill, plaint, or infor-
mation, before any court proper to try the same.(2)

(1) Passed in October, 1667.   (2) Annexed at the revision in 1784.

## TITLE CXII. *Militia.*

### CHAP. I.

An Act for forming and conducting the Military
Force of this State.

[Compiled in October, 1802.]

" *WHEREAS the congress of the United States did, on the 8th*
   *day of May, A. D.* 1792, *pass An Act, entitled,* " *An Act*

more effectually to provide for the national defence, by estab-
lishing an uniform militia throughout the United States,"
which is in the words following, viz.

**Act of Con-
gress recited.**

" BE it enacted by the Senate and House of Represen-
§ 1.     tatives of the United States of America in Congress
assembled, That each and every free, able bodied, white, male
citizen of the respictive states, resident therein, who is, or shall
be of the age of eighteen years, and under the age of forty-
five years, except as is herein after excepted, shall several-
ly and respectively be enroled in the militia, by the captain

**Militia how
and by whom
to be enroled,
to consist of
persons from
18 to 45 years
of age.**

or commanding officer of the company, within whose
bounds such citizen shall reside ; and that, within twelve
months after the passing of this act, it shall, at all times, here-
after, be the duty of every such captain, or commanding offi-
cer of a company, to enrol every such citizen as aforesaid ;
and also those who shall, from time to time, arrive at the age
of eighteen years, and under the age of forty-five years,
except as before excepted, shall come to reside within his
bounds; and shall, without delay, notify each citizen of the
said enrolment, by a proper non-commissioned officer of

**To be notified.**

the company, by whom such notice may be proved :—That
every such citizen so enroled and notified, shall, within

**How to be
armed and ac-
coutred.**

six months thereafter, provide himself with a good musket or
firelock, a sufficient bayonet and belt, two spare flints and a
knapsack, a pouch with a box therein to contain twenty-four
cartridges, suited to the bore of his musket or firelock, each
cartridge to contain a proper quantity of powder and ball ; or
with a good rifle, knapsack, shot-pouch, and powder horn,
twenty balls suited to the bore of his rifle, and a quarter of a
pound of powder, and shall appear so armed, accoutered, and
provided, when called out to exercise, or into service, except,
that when called out on company days to exercise only, he
may appear without a knapsack.   That the commissioned of-

**Officers how
armed.**

ficers shall severally be armed with a sword, or hanger and es-

**Muskets of
what bore.**

pontoon : and that from and after five years from the passing
this act, all muskets for arming the militia, shall be of bores
sufficient for balls of the eighteenth part of a pound ; and eve-

**Arms, &c. to
be exempt
from execu-
tion.**

ry citizen so enroled and providing himself with the arms,
ammunition, and accoutrements, required as aforesaid, shall
hold the same exempt from all suits, distresses, executions,
or sales for debt, or for the payment of taxes.

**Persons ex-
empt from
military duty.**

§ 2. " And be it further enacted, That the vice-president of
the United States, the officers, judicial and executive of the
United States : the members of both houses of congress, and
their respective officers, all custom-house officers with their
clerks ; all post-officers and stage drivers, who are employed
in the care and conveyance of the mail of the post-office of the
United States ; all ferrymen employed at any ferry on the post
road ; all inspectors of exports ; all mariners actually em-
ployed in the sea service of any citizen or merchant within the
United States ; and all persons who are, or may hereafter be,
exempted by the laws of the respective states, shall be, and

are, hereby, exempted from military duty ; notwithstanding their being above eighteen, or under the age of forty-five years.

§ 3. " *And be it further enacted,* That within one year after the passing this act, the militia of the respective states shall be arranged into divisions, brigades, regiments, and companies, as the legislature of each state shall direct ; and each division, brigade, and regiment, shall be numbered at the formation thereof, and a record made of such numbers in the adjutant general's office in the state ; and when in the field, or in the service of the state, each division, brigade and regiment shall respectively take rank according to their numbers reckoning the first or lowest number highest in rank.   That if the same be convenient, each brigade shall consist of four regiments, each regiment of two battalions, each battalion of five companies, each company of sixty-four privates.   That the said militia shall be officered by the respective states, as follows ; to each division one major-general, and two aids-de-camp, with the rank of major ; to each brigade one brigadier-general, with one brigade inspector to serve also as brigade major ; to each regiment one lieutenant colonel commandant ; and to each battalion one major ; to each company one captain, one lieutenant, one ensign, four sergeants, four corporals, one drummer, one fifer or bugler.—That there shall be a regimental staff, to consist of one adjutant, one quarter-master, to rank as lieutenant, one pay-master, one surgeon and surgeon's-mate, one sergeant-major, one drum-major, and one fife-major.

§ 4. " *And be it further enacted,* That out of the militia enroled as is herein directed, there shall be formed for each battalion, at least one company of grenadiers, light infantry or riflemen ; and that to each division, there shall be, at least one company of artillery, and one troop of horse.   There shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer, and one fifer ; the officers to be armed with a sword or hanger, fusee, bayonet and belt, with a cartridge-box, to contain twelve cartridges ; and each private, or matross, shall furnish himself with all equipments of a private in the infantry, until proper ordnance and field artillery is provided. There shall be to each troop of horse, one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier, and one trumpeter.   The commissioned officers to furnish themselves with good horses, of at least fourteen hands and a half high, and to be armed with a sword and pair of pistols, the holsters of which to be covered with bearskin caps ; each dragoon to furnish himself with a serviceable horse, at least fourteen hands and a half high, a good saddle, bridle, mail pilion and valice, holsters, and a breast-plate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and cartridge box to contain twelve cartridges for pistols.   That each company of artillery, and troop of horse, shall be formed of volunteers from the brigade, at the discretion of the commander in chief of the state, not exceeding one company of each to a regiment,

Militia how to be arranged.

Rank how determined.

How and by whom to be officered.

Each battalion to have one company of grenadiers, &c.
Artillery Company how officered.

Officers how to be armed.

Troops of horse how equipped, &c.

Artillery and troops of horse of whom to be formed.

63

nor more in number than one eleventh part of the infantry ; and shall be uniformly clothed in regimentals, to be furnished at their own expense, the colour and fashion to be determined by the brigadier commanding the brigade to which they belong.

*To be clad in uniform.*

§ 5. " *And be it further enacted,* That each battalion and regiment shall be provided with a state and regimental colours by the field officers ; and each company with a drum and fife, or bugle horn, by the commissioned officers of the company, in such manner as the legislature of the state shall direct.

*What colours, &c. by whom to be furnished.*
*Each company with a drum, fife, &c.*

§ 6. " *And be it further enacted,* That there shall be an adjutant-general appointed in each state, whose duty it shall be to distribute all orders from the commander in chief of the state to the several corps ; to attend all public reviews, when the commander in chief of the state shall review the militia, or any part thereof ; to obey all orders from him relative to carrying into execution, and perfecting the system of military discipline established by this act ; to furnish blank forms of different returns that may be required, and to explain the principles on which they shall be made ; to receive from the several officers of the different corps throughout the state, returns of the militia under their command, respecting the actual situation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline : all which the several officers of the divisions, of the brigades, regiments, and battalions, are hereby required to make in the usual manner, so that the said adjutant-general may be duly furnished therewith ; from all which returns he shall make proper abstracts, and lay the same annually before the commander in chief of the state.

*Adjutant-general in each state, his duty.*

§ 7. " *And be it further enacted,* That the rules of discipline approved and established by congress in their resolutions of the 29th of March 1779, shall be the rules of discipline, to be observed by the militia throughout the United States, excepting such deviations from the said rules as may be rendered necessary by the requisitions of this act, or by some other unavoidable circumstances. It shall be the duty of the commanding officer, at every muster whether by battalion, regiment, or single company, to cause the militia to be exercised and trained, agreeably to the said rules of discipline.

*Rules of discipline.*

§ 8. *And be it further enacted,* That all the commissioned officers shall take rank according to the date of their commissions ; and when two of the same grade bear an equal date, then their rank to be determined by lot, to be drawn by them, before the commanding officer of the brigade, regiment, battalion, company, or detachment.

*Officers how to take rank.*

§ 9. " *And be it further enacted,* That if any person whether officer or soldier, belonging to the militia of any state, and called out into service of the United States, be wounded or disabled while in actual service, he shall be taken care of at the public expense.

*Provision in case of wounds.*

§ 10. " *And be it further nacted,* That it shall be the duty

of the brigade inspector, to attend the regimental and battalion <span style="float:right">Brigade in-<br>spector's du-<br>ty.</span> meeting of the militia, composing the several brigades during the time of their being under arms, to inspect their arms, ammunition, and accoutrements ; superintending their exercise and manœuvres, and introduce the system of military discipline before described, throughout the brigade, according to law ; and such orders as they shall, from time to time, receive from the commander in chief of the state ; to make returns to the adjutant-general of the state, at least once in every year, of the militia of the brigade to which he belongs ; reporting therein the actual situation of the arms, accoutrements, and ammunition of the several corps ; and in every other thing, which, in his judgment, relates to their government ; and the general advancement of good order and military discipline. And the adjutant-general shall make a return of all the militia in the state, to the commander in chief of the said state, and a duplicate of the same to the president of the United States.

" And whereas sundry corps of artillery, cavalry and infan- <span style="float:right">Artillery, &c.<br>now existing,</span> try, now exist in several of the said states, which by the laws, customs, and usages thereof, have not been incorporated with, or subject to, the general regulations of the militia.

" § 11. *Be it further enacted,* That such corps retain their <span style="float:right">to retain<br>their privileg-<br>es.</span> accustomed privileges, subject nevertheless to all other duties required by this act, in like manner with the other militia.

<div style="text-align:center">" JONATHAN TRUMBULL, <em>Speaker of the House of<br>Representatives.</em></div>

<div style="text-align:center">" RICHARD HENRY LEE, <em>President pro tempore of<br>the Senate.</em></div>

" APPROVED, May the 8th, 1792.

<div style="text-align:center">" GEORGE WASHINGTON, <em>President of the United<br>States.</em>"(1)</div>

Now therefore, to carry the same into execution agreeably to the requirements thereof :

§ 1. <span style="font-size:2em">B</span>E *it enacted by the Governour and Council and House* <span style="float:right">Militia of<br>whom to be<br>composed.</span> *of Representatives in General Court assembled,* That each and every free, able bodied, white, male citizen of this state, or resident therein, who is, or shall be, of the age of eighteen years,(2) and under the age of forty-five years,(3) except as is therein specially excepted ; excepting also, members of the council,(4) and of the house of representatives,(5)

---

(1) The foregoing act of Congress was introduced into this act in October, 1792.

(2) From the earliest period of our government,—(as early, at least, as March, 1638,)—till the act of Congress in 1792, the age at which persons became liable to do military duty, was *sixteen.*

(3) *Forty-five* was established as the age of exemption from military duty in

October, 1772. Originally, it was unlimited ;—in October, 1708, *fifty.*

(4) By the act under the title of " *Military Affairs,*" in the code compiled in 1650, " *magistrates and chief officers*" were exempted. In December, 1776, the latter class of exempts was restricted to " ministers of the gospel," in the *alarm list,* and in May, 1782, as to military duty generally.

(5) Exempted at the revision in 1702

Persons ex-
empted from
military duty.

for the time being ; the state treasurer,(6) secretary,(5) and
controller ;(7) justices of the peace ;(5) commissioner of
loans ;(7) general, field, commissioned, and staff officers,(8)
honourably discharged ; ministers of the gospel ;(4) the pre-
sident,(9) professors,(10) and tutors(9) of Yale-College ; gra-
duates residing in *New-Haven*, subject to the laws and under
the instruction of the officers of college, until the time of ta-
king their second degree,(11) and students(9) until the time
of taking their first degree ; licensed physicians and sur-
geons ;(12) selectmen ;(8) constant schoolmasters ;(12) one
miller to each grist-mill,(13) being approved by the select-
men, and producing a certificate thereof ;(14) sheriffs(5) and
constables,(5) constant ferrymen,(5) sergeants who have re-
moved out of the limits of their company, and not re-appoint-
ed, having served three years, producing a certificate of such
service from the commanding officer of the regiment ;(15)
such non-commissioned officers and soldiers, as in the late
war enlisted during the war, and were honourably dischar-
ged ;(16) such persons as are constantly employed at furnaces
while in blast, not exceeding eight to each furnace, the num-
ber to be allowed and certified by the selectmen of the town
where such furnace may be ;(17) and all such as are exempt-
ed by special act of the general assembly,(18) shall be enrol-
ed in companies as therein directed ; and a soldier once en-
roled in any company, having had six months notice to equip
himself, and afterwards moving into the limits of any other
company, shall be subject to military duty, in the company
where he resides, immediately after warning given him ;(19)

Regiments
how formed.

and such companies shall be formed into regiments as fol-
lows, viz.—Those in the town of *Hartford* (the companies of
horse and foot guards excepted) those in the town of *Windsor*,
exclusive of those being in the society of *Turkey-Hills* in said

1st Regiment.

*Windsor*, and those in that part of *Farmington* lying in the so-
ciety of *Wintonbury*, shall form the first regiment. Those in

2d Regiment.

the towns of *New-Haven*, *East-Haven*, *North-Haven*, and
*Hamden* (the company of guards in *New-Haven* excepted)

---

(6) This officer, was not expressly
exempted by any act until December,
1776, when he was exempted from the
*alarm list*.

(5) Exempted at the revision in 1792.

(7) Exempted in October, 1802.

(8) Exempted in May, 1782.

(4) See note, page 499.

(9) Exempted in May, 1741.

(10) Exempted in October, 1792.

(11) The act of October, 1792, ex-
empted " students until the time of tak-
ing their second degrees.' In October,
1802, *graduates* were placed upon their
present footing.

(12) Exempted at the revision in
1602.

(13) At the revision in 1672, millers

were exempted : At that in 1702, the
exemption was restrict one miller.

(14) Introduced in May, 1782.

(15) The act of October, 1792, ex-
empted non-commissioned officers, who
had removed out of the limits of their
command, and were not re-appointed,
and such as had been honourably dis-
charged. By the act of October, 1799,
it was required, that they should have
performed the duties of non-commis-
sioned officers for three years as a pre-
requisite to exemption. By a further
modification in October, 1802, the exist-
ing clause was produced.

(16) Passed in May, 1782.

(17) Passed in October, 1799.

(18) Introduced in October, 1792.

(19) Passed in October, 1793.

shall form the second regiment. Those in the towns of *New-London*, *Montville* and *Waterford* (excepting that part of *Waterford*, which is annexed to the 33d regiment, as is herein after expressed) shall form the 3d regiment. Those in the towns of *Fairfield*, *Weston* and *Reading* shall form the 4th regiment. Those in the towns of *Windham*, *Hampton* (excepting the former bounds of *Canterbury*) *Mansfield*, and *Ashford*, shall form the 5th regiment. Those in the towns of *Wethersfield*, *Glastenbury*, and that part of *Berlin* which composes the society of *Worthington*, shall form the 6th regiment. Those in the towns of *Saybrook*, *Killingworth*, and *Haddam* (excepting that part of *Haddam* lying east of Connecticut river,) shall form the 7th regiment. Those in the towns of *Groton* and *Preston* (excepting those in that part of *Preston* which was formerly part of *Norwich*) shall form the 8th regiment. Those in the towns of *Greenwich*, *Stamford* and *New-Canaan* (excepting those in the societies of *Canaan* and *Middlesex*) shall form the 9th regiment. Those in the towns of *Wallingford*, *Cheshire*, *Durham* and that part of *Waterbury* lying in the society of *Columbia*, shall form the 10th regiment. Those in the towns of *Pomfret*, *Woodstock*, *Killingly* (excepting the south society) *Thompson*, and *Brooklyn*, (excepting the south company and artillerymen) shall form the 11th regiment. Those in the towns of *Lebanon*, *Hebron*, and the company in the society of *Marlborough*, in *Colchester*, and those in the society of *Andover*, in *Coventry*, shall form the 12th regiment. Those in the towns of *Woodbury*, *Southbury*, *Bethlem* and *Roxbury* (excepting that part of *Southbury*, included in *Oxford* company, excepting also that part of *Woodbury* and *Southbury* included in the parish of *Middlebury*) shall form the 13th regiment.(20) Those in the towns of *Salisbury*, *Canaan*, and *Norfolk* shall form the 14th regiment.(21) Those in the towns of *Farmington*, *Berlin*, *Bristol*, and *Southington*, excepting the parish of *Worthington* in *Berlin*, shall form the 15th regiment.(22) Those in the towns of *Danbury*, *Brookfield*, *Newtown*, *New-Fairfield* (excepting that part which now forms the north company) and *Ridgfield* (excepting that part which now forms the south company,) shall form the 16th regiment.(23) Those in the towns of *Litchfield*, *Harwinton* and *Torrington*, shall form the 17th regiment.(24) Those in the towns of *Simsbury* and *Granby*, and that part of the town of *Windsor*, lying in the society of *Turkey-Hills* (excepting that part of a company hereafter annexed to the 31st regiment) shall form the 18th regiment.(24)

| | |
|---|---|
| | 3d Regiment. |
| | 4th Regiment. |
| | 5th Regiment. |
| | 6th Regiment. |
| | 7th Regiment. |
| | 8th Regiment. |
| | 9th Regiment. |
| | 10th Regiment. |
| | 11th Regiment. |
| | 12th Regiment. |
| | 13th Regiment. |
| | 14th Regiment. |
| | 15th Regiment. |
| | 16th Regiment. |
| | 17th Regiment. |
| | 18th Regiment. |

(20) In October, 1739, the militia of the Colony was divided into thirteen regiments, which have not been much altered since, except by the formation of new ones from them. Before that time, the militia of each County constituted a regiment under the command of a *serjeant-major*.

(21) Established in October, 1767.

(22) Established in October, 1769.

(23) Established in October, 1771.

(24) Established in May, 1774.

| | |
|---|---|
| 19th Regiment. | Those in the towns of *East-Hartford, Bolton, East-Windsor* and that part of *Ellington* lying west of a line running north from the north-west corner of *Tolland* to *Somers*, shall form the 19th regiment.(25) |
| 20th Regiment. | Those in the towns of *Norwich, Bozrah, Franklin, Lisbon,* and that part of *Preston* which was formerly *Norwich,* and that part of *Canterbury* lying in *Hanover* society, shall form the 20th regiment.(25) |
| 21st Regiment. | Those in the towns of *Plainfield, Canterbury, Voluntown, Sterling* and the south company, with the artillerymen in *Brooklyn,* and that part of *Hampton* formerly in *Canterbury,* and the south society in *Killingly* (excepting that part of *Canterbury* in *Hanover* society) shall form the 21st regiment.(25) |
| 22d Regiment. | Those in the towns of *Tolland, Stafford, Willington, Union,* and that part of *Ellington,* lying east of a line running north from the north-west corner of *Tolland* to *Somers,* and *Coventry,* (excepting *Andover* society) shall form the 22d regiment.(25 |
| 23d Regiment. | Those in the towns of *Middletown,* and *Chatham,* and that part of *Haddam* lying east of Connecticut river, shall form the 23d regiment.(26) |
| 24th Regiment. | Those in the towns of *Colchester,* (excepting the society of *Marlborough*) and of *East-Haddam* (excepting that part of the society of *Hadlyme,* which lies in *East-Haddam*) shall form the 24th regiment.(27) |
| 25th Regiment. | Those in the towns of *New-Hartford, Hartland, Winchester, Barkhemsted,* and *Colebrook,* shall form the 25th regiment.(28) |
| 26th Regiment. | Those in the towns of *Waterbury* (excepting that part of *Waterbury* included in *Oxford* company) *Watertown, Plymouth* and *Wolcott,* including that part of *Woodbury* and *Southbury* included in the society of *Middlebury* (excepting that part of *Southbury* included in *Oxford* company, and excepting that part of *Waterbury,* included in the society of *Columbia*) shall form the 26th regiment.(29) |
| 27th Regiment. | Those in the towns of *Guilford* and *Branford,* shall form the 27th regiment.(30) |
| 28th Regiment. | Those in the towns of *Stratford, Huntington* and *Trumbull,* shall form the 28th regiment.(31) |
| 29th Regiment. | Those in the towns of *Washington, New-Milford, Warren, Kent,* and *New-Fairfield* north society (except that part of *Warren* lying in *Milton* society) shall form the 29th regiment.(32) |
| 30th Regiment. | Those in the town of *Stonington,* shall form the 30th regiment.(33) |
| 31st Regiment. | Those in the towns of *Suffield, Enfield,* and *Somers,* and that part of a company in *Granby* with part of a company in *Suffield,* on the west side of the mountain, shall form the 31st regiment.(34) |
| 32d Regiment. | Those in the towns of *Milford, Derby, Woodbridge,* and *Oxford,* and that part of *Southbury* and *Waterbury* in *Oxford* company, shall |

(25) Established in October, 1774.
(26) Established in May, 1775.
(27) Established in May, 1776, by the name of the *twenty-fifth regiment.* The year before, a regiment had been established in the town of Westmoreland called the *twenty-fourth.* At the revision in 1784, the latter was expunged, and the former became the twenty-fourth.
(28) Established in May, 1778.
(29) Established in January, 1780.
(30) Established in May, 1782.
(31) Established in October, 1786.
(32) Established in May, 1790.
(33) Established in October, 1790.
(34) Established in October, 1791.

form the 32d regiment.(35) Those in the town of *Lyme*, and that part of *Waterford* lying on the west side of Niantic river, and that part of the society of *Hadlyme* lying in *East-Haddam*, shall form the 33d regiment.(35) Those in the towns of *Norwalk*, the first society in *Ridgfield*, *Wilton*, and those in the societies of *Canaan* in *New-Canaan*, and *Middlesex* in *Stamford* and *New-Canaan*, shall form the 34th regiment.(35) Those in the towns of *Sharon*, *Cornwall*, *Goshen* and that part of *Warren* lying in the parish of *Milton*, now forming a company with *Goshen* and *Cornwall*, shall form the 35th regiment.(35) If it shall so happen that a company be divided, and part put into one regiment and part into another, the minor part of such company shall belong to the regiment to which the major part belongs, any description or division herein before contained, notwithstanding.(36)

33d Regiment.

34th Regiment.

35th Regiment.

§ 2. *And be it further enacted*, That the regiments shall be formed into brigades, as follow :—viz. the 1st, 18th, 19th, 22d and 31st regiments shall form the 1st brigade. The 2d, 7th, 10th, 27th and 32d regiments shall form the 2d brigade. The 3d, 8th, 20th, 30th and 33d regiments shall form the 3d brigade. The 4th, 9th, 28th and 34th regiments shall form the 4th brigade. The 5th, 11th, 12th and 21st regiments shall form the 5th brigade. The 14th, 17th, 25th and 35th regiments shall form the 6th brigade. The 6th, 15th, 23d and 24th regiments shall form the 7th brigade. The 13th, 16th, 26th and 29th regiments shall form the 8th brigade.(37)

Brigades.
1st.
2d.
3d.
4th.
5th.
6th.
7th.
8th.

§ 3. *Be it further enacted*, That the brigades shall be formed into divisions, as follow :—viz. the 1st and 7th brigades shall form the 1st division. The 2d and 4th brigades shall form the 2d division. The 3d and 5th brigades shall form the 3d division. The 6th and 8th brigades shall form the 4th division.(38)

Divisions.
1st.
2d.
3d.
4th.

§ 4. *Be it further enacted*, That to each company of artillery, there shall be one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer, one fifer, and thirty-two privates. That each company of cavalry shall consist of forty, exclusive of commissioned officers. That all companies of artillery, grenadiers, and light-infantry which are, or may be attached, shall be attached to the regiments ; and all companies of cavalry shall be attached to the brigades, from which they are, or shall be taken ; that the cavalry shall be formed into eight regiments, and annexed severally to the brigades, by direction of the captain-general.(39) And there shall be to each regiment a lieutenant-colonel commandant and a major ;(40) that the officers commanding the cavalry, light-infantry and grenadier companies, shall have liberty to recruit their respective compa-

Artillery and cavalry how formed and officered.

Companies of artillery, &c. attached to regiments ; of cavalry, to Brigades.

(35) Established in October, 1792.
(36) Passed in October, 1789.
37) In December 1776, the regiments of militia in the state were formed into six brigades. The seventh and eighth were formed, in October, 1792.
(38) Passed in October, 1792.
(39) Part of the act of October, 1792.
(40) Passed in October, 1796.

Cavalry to be formed into eight regiments, and annexed to brigades. Mode of recruiting, cavalry, light-infantry and grenadiers.

nies from such battalion companies in the regiment to which they belong, as shall have more than sixty-four privates ;(41) and the commandant of each brigade shall have power to authorize the officers commanding companies of cavalry, to recruit from such battalion companies in the brigade as he shall judge proper, preserving the proportion as forty, to sixty-four.(42) And the commandant of each regiment shall also have power to authorize the officers commanding artillery, light-infantry and grenadier companies, to recruit from such battalion companies in his regiment, that have not their full compliment, as he shall think proper, preserving a due proportion between the enlisted and other companies.(43)

Captain-General, &c.

§ 5. *Be it further enacted,* That the governour, for the time being, shall be captain-general and commander in chief of the militia,(44) and the lieutenant-governour, for the time being, shall be lieutenant-general.(45)

Officers how nominated appointed, commissioned, &c.

§ 6. *Be it further enacted,* That the general and field officers shall be appointed by the general assembly, and commissioned by the governour ;(46) that the captains and subalterns shall be nominated by their several companies, the commanding officer first causing notice to be given to the individuals of his company, that he is about to lead them to the choice of commissioned officers ; and, if approved by the general assembly, shall be commissioned by the governour ;(47) that the non-commissioned officers shall be chosen by the company, and each sergeant shall have a warrant from the commanding officer of the regiment,(48) who shall have power to reduce to the ranks any non-commissioned officer, whom on complaint made, and due notice given, he shall find

How to rank.

guilty of misconduct or neglect of duty :(49) and all commissions issued by the governour to company officers, shall express the day from which such officers shall respectively take rank, which shall be the day of the date of the general's order directing the company to lead to the choice ;(50) and when two majors are appointed to one regiment at the same session of the general assembly, the dates of their commissions shall be according to priority of appointment.(49)

§ 7. *Be it further enacted,* That the captain-general shall appoint the adjutant-general,(51) who shall have the rank of

(41) Passed in October, 1802.
(42) Passed in October, 1797.
(43) Passed in May, 1797.
(44) The military act, as revised in 16 2, declared the governour for the time being to be the general of all the military forces in the Colony. The title, *"Captain General and Comman. in Chief,"* was given at the revision in 1750.
(45) Passed in October, 1739.
(46) Such officers have always been appointed and commissioned in this manner, though the clause referred to was not passed till October, 1792.

(47) A section of the military act, as it existed in the code of 1650, provided, that the officers should be chosen by the soldiers, and confirmed by the Particular Court. At the revision in 1672, the power to confirm commission officers was restricted to the General Court.
(48) Passed in May, 1782. From the revision in 1672, until towards the middle of the last century, they were established by the County Court.
(49) Passed in October, 1792.
(50) Passed in October, 1802.
(51) Passed in May, 1782.

brigadier, and be commissioned accordingly. The captain-
general shall appoint for himself two aids-de-camp, who shall
have the rank of lieutenant-colonel. The lieutenant-general
shall appoint for himself two aids-de-camp, who shall have the
rank of major. Each major-general shall appoint his aids-de-
camp. Each brigadier shall appoint his brigade-inspector.
All which appointments shall be published in orders.(49)
Each commanding officer of a regiment shall appoint his ad-
jutant, paymaster, and quartermaster, from the line of subal-
terns, who shall retain their commissions and rank, such ap-
pointments notwithstanding ;(52) also a chaplain, surgeon,
surgeon's-mate, sergeant-major, quarter-master-sergeant ;
drum-major, and fife-major ; which appointments shall be
evidenced by warrants under his hand.(53)

§ 8. *And be it further enacted,* That a quarter-master-gen-
eral shall be appointed by the governour and council, with
the rank of lieutenant-colonel commandant, whose duty shall
be to take care of all military stores, camp-equipage and uten-
sils, which do or shall belong to this state, according to law,
and the orders of the captain-general, and return make when
required, to the captain-general and the general assembly ;
and to do and perform all the duties which are necessary and
proper for a quarter-master-general.(54)

§ 9. *And be it further enacted,* That the barrel of the fire-
lock for the infantry shall be, at least, three feet and a half
long, furnished with a priming wire and brush ; and each
sergeant and corporal of the infantry, shall have a screw-dri-
ver and worm, more than is required by said act : and the sa-
bres for the cavalry shall be four feet long ; and the non-
commissioned officers and privates of the artillery shall be
armed with a sword or hanger.(55)

§ 10. *Be it further enacted,* That it shall be the duty of
each non-commissioned officer, and private of the artillery,
cavalry and infantry to furnish himself with the arms, ammuni-
tion and accoutrements, required by the said act of congress,
and by this act. That the field and commissioned offi-
cers of each regiment of cavalry and infantry shall at their
own expense, be uniformly clothed in regimentals, to be
agreed upon by them, and that the expense, not exceeding

---

(49) Passed in October, 1792.

(52) The act of May, 1782, required the commanding officer of each regi-ment to appoint a pay-master and quar-ter-master *from the line.* In May, 1792, it was provided generally, that such officer should appoint his regimental staff, and a chaplain. In May, 1798, the clause in the text was passed.

(53) The act of May, 1782, required a sergeant-major, a quartermaster-ser-geant, a drum-major, and a fife-major, in each regiment, to be appointed by the

commanding officer, from the list of ser-geants, drummers and fifers. The act of May, 1792, provided generally, that such officer should appoint his non-com-mission staff. In October, 1802, the clause in the text assumed its present form.

(54) Passed in October, 1795. In October, 1802, the mode of appoint-ment was altered, and the rank desig-nated.

(55) Passed in October, 1802.

G 4

Colours, provided by the state for each regiment.

Persons enlisting, not to be excused until, &c.

*fifteen dollars,* shall be allowed to each regiment, for providing state and regimental colours out of the state treasury.(56)

§ 11. *And be it further enacted,* That no person belonging to any battalion company, shall under colour of enlisting into to any company of artillery or cavalry, be excused from doing duty in the infantry, until he shall have completely equipped himself for service in the artillery or cavalry according to law, and shall have produced a certificate thereof, from the commanding officer of such artillery or cavalry, to the commanding officer of such battalion company ; nor shall any person under eighteen years of age enlist into the cavalry or artillery.(55)

Companies to be ordered out three days in a year.

Arms, &c. to be inspected.

Regimental reviews.

Companies ranked.

And officers.

§ 12. *And be it further enacted,* That every commanding officer of a company of militia shall order out his company three days in each year, not less than six hours in each day, and instruct them in the use of arms, and discipline of war. The days appointed shall be in the months of *April, May* or *September ;* that on the first Monday of *May* and *September* annually, such commanding officer shall cause the arms, ammunition, and accoutrements of all under his command, to be reviewed and inspected.(57) That the commanding officer of each regiment shall order out his regiment, by regiment or battalion, once in each year for exercise, inspection, or review,(58) at such time, and in such manner, as the officer commanding the brigade shall direct,(59) that on days of regimental or battalion inspection or review, battalion companies shall take rank, and be posted according to seniority ; to be determined by referring to the several acts of the general assembly, authorizing their formation. And whenever there are two flank companies, they shall take rank and be posted, according to the same rule, and the officers of such companies shall remain with their respective companies : and the officers of the battalion companies, shall be posted for regimental or battalion exercise, agreeably to the directions given for posting officers to guards, as pointed out in the second article of the twenty-second chapter in the rules of discipline established by congress in their resolution of *March* 29th, A. D. 1779 ; and the second flank company, shall on days of review, be posted on the left of the second battalion, and on days of inspection by battalion, on the right of such battalion.(60)

§ 13. *And be it further enacted,* That whenever a regiment or battalion shall be ordered out for inspection, it shall

(56) Passed in October, 1792 : Altered in October, 1802

(55) Passed in October, 1802.

(57) In September, 1636, it was provided, that the military companies should be called out *monthly* for exercise ; in March, 1638, *ten* days in a year ; in August 1639, *six ;* at the revision in 1702, *four ;* and in October, 1792, *three.* The days for company review and inspection were, from Octo-

ber, 1782, until October, 1795, the first Mondays in May and October.

(58) In 16 2, the commanding officer of each regiment was *authorized* to call out the several companies thereof, for instruction and exercise, once in *four* years. In May, 1782, he was *required* to call them out, for regimental exercise and review, once in *two* years ; in May, 1792, once in each year.

(59) Passed in October, 1795.

(60) Passed in May, 1798.

be the duty of the brigade inspector to inspect such regiment or battalion, agreeably to the second article of the 25th chapter, of the rules of discipline aforesaid ; and he shall take an accurate account from personal inspection of the quality of the arms and accoutrements, and whether the same are fit or unfit for actual service ; and shall ascertain with precision the bores of musquets, and make annual returns of the state of the militia in the brigade to which he belongs, to the adjutant-general.(61)

*Regiments, &c. to be inspected by the brigade inspector. Returns to be made to the adjutant-general.*

§ 14. *And be it further enacted,* That whenever the captain-general shall deem it necessary, he may issue his orders, directing the brigade inspectors to meet the adjutant-general at such time and place as he may appoint, to confer with him, and to receive his directions relative to their official returns, and other parts of their duty, and to afford him that assistance and co-operation which the public service may require : and the said officers shall be allowed *nine cents* per mile for travel to and from such place of meeting.(62)

*Captain-general may order brigade inspectors to meet the adjutant-general for directions, &c.*

§ 15. *And be it further enacted,* That in all cases where the militia are to be warned for the choice of officers, for exercise, review of parade, or inspection, three days notice shall be given, exclusive of the day of warning.(63)

*Three days warning for exercise, &c.*

§ 16. *And be it further enacted,* That the fines and penalties incurred for non-appearance and deficiency of arms, ammunition and accoutrements, shall be as follows, viz. Each sergeant-major, quarter-master-sergeant, drum-major, fife-major, sergeant, corporal, drummer, fifer, trumpeter, and bugler, who shall neglect to appear, at time and place appointed, for regimental exercise, inspection, or review, shall forfeit and pay a fine of *five dollars ;* and for each day's neglect to appear at time and place appointed for company exercise, inspection, or review, a fine of *four dollars.* That each private shall for non-appearance, on any day of regimental or battalion exercise, inspection or review, forfeit and pay a fine of *four dollars ;* and for non-appearance on any day of company exercise, inspection or review, a fine of *two dollars and fifty cents ;*(64) unless any such person shall appear before the commanding officer of the company, within twelve days after such day of exercise, inspection, or review, and make satisfactory excuse for his non-appearance on said day ;(65) that each non-commissioned officer and private, who appears on parade, shall for deficiency of arms, ammunition and accoutrements, forfeit and pay for each day of exercise, inspection, or review the following fines, viz. For a gun or pair of pistols, each, *seventy-five cents ;* for a sabre or hanger, bayonet or cartridge-box, each, *fifty cents ;* and for each other article required by law, *twenty-five cents ;*(66) and no horse-

*Fines for non-appearance, &c.*

(61) Abstracted in May, 1802, from the act of May, 1798.
(62) Passed in October, 1802.
(63) Passed at the revision in 1672.
(64) The fines for neglect of military duty have been often varied. They were established at the present sums in October, 1802.
(65) Passed in May, 1741.
(66) Passed in October, 1799.

man who shall be deficient in a horse shall be considered as appearing on parade.(62)

**Time and mode of inspection and review.**

§ 17. *And be it further enacted,* That the divisions, brigades, and regiments, may be ordered out for inspection or review by their commanding officers, at such times, as. shall be thought expedient and necessary ; and whenever a division is under arms, they shall be reviewed by the captain or lieutenant-general ; when a brigade, by a major-general ; and when a regiment, by a brigadier-general ; and the captain-general shall direct the uniform, and badges of office, for the general-officers, their aids-de-camp, and brigade inspectors.(62)

**Punishment for disorders, &c.**

§ 18. *And be it further enacted,* That the commanding officer of each division, brigade, regiment, battalion or company, shall order the correcting and punishing of disorders or contempt on days of exercise, inspection or review, of which any non-commissioned officer or soldier, under their respective command, may be guilty, provided the punishment inflicted, be not greater than riding a wooden horse, for a time not exceeding one hour ; or a fine not exceeding *seven dollars :*(67) and they shall have power to fix certain limits to their respective parades, within which no spectator shall enter, without liberty from the commanding officer ; and in case any person shall intrude or offend, he shall be liable to be confined, in such way and manner as the commanding officer shall direct, during the continuance of the exercise.(62)

**Limits of parades. Intruders may be confined.**

**Commandants of regiments may order musicians to meet, two days in a year, besides days of regimental exercise, and in case of neglect to impose a fine.**

§ 19. *And be it further enacted,* That the commanding officer of any regiment shall, if he judge it expedient, order the musicians within the limits of his command, to assemble at such times and places as he shall direct, for practice and instruction, not exceeding two days in each year, exclusively of days of regimental exercise ; and if any musician shall neglect or refuse to obey such order, he shall be liable to the same fine as is herein provided for like neglect or refusal, on days of company exercise ;(66) which fine, and all other fines which by virtue of this act shall be incurred by the non-commissioned staff, shall be imposed by the commanding officer aforesaid. *Provided,* That such musician may avail himself of the provisions contained in the 16th paragraph, for privates to excuse himself from such fine.(62)

**Redress.**

**Warrants for fines how directed and levied.**

§ 20. *And be it further enacted,* That all warrants granted for the collection of any fine, imposed by virtue of this act, shall be directed to a constable of the town where the delinquent dwells,(68) which warrant shall be levied on the goods or chattels of the delinquent, if of the age of twenty-one years,(69) and for want of such goods or chattels, on the body of such delinquent ;(70) and on the goods or chattels of the parent, master, or guardian of such delinquent, if under the

(62) Passed in October, 1802.
(67) Passed in May, 1741 ; altered at the revision in 1750 ; in May, 1782 ; and in October, 1792.

(66) Passed in October, 1799.
(68) Passed in May, 1801.
(69) Passed in May, 1741.
(70) Passed in October, 1782.

age of twenty-one years ;(69) and for want of such goods or chattels, on the body of such parent, master or guardian, and him commit to gaol until such fine be paid, with lawful fees for service, as in case of execution for debt.(70) All fines, imposed by commanding officers of companies, shall be appropriated to the use of the company, for purchasing and maintaining trumpets, drums and fifes,(71) and for providing blank cartridges for days of regimental or battalion review, of inspection, or parade, not exceeding ten cartridges for each non-commissioned officer and private who bears arms ;(62) and the overplus, if any be, shall be paid to the treasurer of the town to which such company belongs : and when such company shall be composed from two or more towns, the surplus shall be paid to the treasurers of such towns in proportion to the number of such non-commissioned officers, musicians, and privates from such towns respectively, at the time of such payments.(66) And all fines imposed by the commanding officer of a regiment or battalion, shall be paid to the treasurer of the town to which such commanding officer belongs.(62)

§ 31. *And be it further enacted*, That whenever the commanding officer of a company shall impose a fine, he shall give notice to the person fined, who shall have liberty, within ten days after such notice, to appeal to the commanding officer of the regiment : who, on giving notice and hearing the parties, may abate such fine ;(72) which notice and appeal shall be in writing ;(62) and if the commanding officer of the regiment shall not abate such fine, the officer imposing the same shall proceed to a collection.(72) That whenever the commanding officer of a company shall impose a fine, and the person so fined is claimed as belonging to another company, not of the same regiment, he shall have liberty of appeal to the officer commanding the brigade ; and if the person so fined is claimed as belonging to different brigades, he shall have right of appeal to the commanding officer of the division. *Provided always*, That the person so fined shall make his appeal, if to the commanding officer of brigade, within fifteen days ; and if to the commanding officer of division, within twenty days ; after being notified of such fine. And, in every case of appeal, it shall be the duty of the officer to whom the appeal is made, to cause notice to be given to the officer imposing the fine ; who shall thereupon stay the collection thereof until the appeal shall be determined, and if the fine be not abated, the officer imposing the same shall proceed to collection.(73) That all appeals shall be determined within thirty days after they are made.(74) That when a fine is

*Side notes:*
Fines how appropriated.

Overplus where paid.

Officers imposing fines, to give notice to the person fined, who may appeal to the commanding officer of the regiment,

or, of the brigade, in case, &c. or, of the division, in case, &c. Time of appealing and mode of proceeding.

Officer imposing fine on notice to suspend collection until, &c.

(69) Passed in May, 1741.
(70) Passed in October, 1782.
(71) Fines were appropriated to procure drums, colours, &c. by the military act in the code of 1650.
(62) Passed in October, 1802.
(66) Passed in October, 1799.

(72) Passed in October, 1792.
(73) Passed in October, 1795 ; modified in October, 1802.
(74) Passed in October, 1802. By the act of October, 1799, the term was sixty days.

Appeals to be determined in 30 days.
Appeals to the captain general, when.
No other remedy.
imposed on any person belonging to either of the companies of guards, and when a person fined is claimed as belonging to any company of said guards, and to any other company ; and when contending claims of any kind shall arise between said companies of guards, the appeal shall be made, within twenty days, to the captain-general.(75)   And that no person subject to military duty, on whom a fine is imposed, shall have any other remedy except as in this act is provided.(76)

§ 22. *And be it further enacted,* That it shall be the duty of commanding officers of companies, to make out an account current with the town or towns from which their respective companies are composed, on or before the first day of *November* annually, crediting the fines by them collected, and debiting the amount paid according to law, showing the balance, if any be, due the treasury of such town or towns, and, the same exhibit to the selectmen of such town or towns, and, in default thereof, shall forfeit and pay a fine of *five dollars* to and for the use of such towns respectively, to be recovered by the selectmen in action of debt brought on this statute.(76)

§ 23. *And be it further enacted,* That whenever any soldier shall be unable to equip himself with arms and accoutrements required by law, a certificate from two of the civil authority of the town to which he belongs, shall be sufficient evidence to the commanding officer of the company of such inability,(77) which certificate being given, no execution shall issue against him for any fine, which may have been imposed for any such deficiency.   And, in every such case it shall be the duty of the selectmen of the town to provide such soldier with arms, and the whole or any part of such accoutrements as may be necessary, within forty days after such certificate shall be shown them, and, in default thereof, the said commanding officer shall, in his official capacity have right of action against such selectmen, or any of them, to recover the value thereof ; any one assistant or justice of the peace to hear and determine the same, and grant execution thereon ; and in such case no appeal shall be allowed.   And the com-
manding officer shall thereupon, without delay, procure such arms and accoutrements and they shall be the property of such town ; and all arms belonging to the town, shall, by the commanding officer of the company, be deposited in such
place, as he may think proper, to be ready for such soldiers, as for the time being, may be unable to equip themselves ; and such officer shall be liable to pay therefor if lost through his neglect.(78)

§ 24. *And be it further enacted and provided,* That every such person as may belong to the society of quakers, and shall evince the fact to the commanding officer of the company within the limits of which he resides, by a certificate from the

---

(75) Passed in October, 1795 ; amplified in October, 1802.
(76) Passed in October, 1803.

(77) Passed in May, 1798.
(78) Passed in October, 1792 ; modified in October, 1802.

clerk of such society, shall be excused from equipping him-
self, and doing the military duty which he would otherwise be
holden to do ; and in lieu thereof, shall pay annually, on the
first Monday of *May*, to the commanding officer of such com-
pany, in trust, the sum of *four dollars and fifty cents ;* and, in
default thereof, it shall be collected and applied as fines impo-
sed by such commanding officer by law are.(79)

*To pay four dollars and fifty cents per year.*

§ 25. *And be it further enacted,* That each officer shall fur-
nish himself with the rules of discipline, approved and estab-
lished by congress, in their resolution of the 29th of *March*
A. D. 1779.(80)

*Officers to furnish them-selves with the rules of discipline.*

§ 26. *And be it further enacted,* That the captain-general
or, in his absence, the next commanding officer is hereby au-
thorized and empowered, on an alarm, invasion, or notice of
the appearance of an enemy, either by sea or land, to order the
whole, or any part of the militia to assemble, and the same to
lead, order and employ for the assistance, or relief, of any of
the inhabitants of this state attacked by an enemy or in danger
thereof ; and generally to issue and publish such orders, as
he shall judge expedient, to carry into execution the intent and
design of this act ; and all subordinate officers are hereby re-
quired to yield entire obedience thereto. And the officers
severally commanding divisions, brigades, regiments, battal-
ions and companies, are hereby vested with the same authori-
ty within their respective commands : provided, that when
any of them find it necessary to order out the force under his
command, he shall forthwith dispatch intelligence, and the
occasion thereof, together with his movements and operations
to the captain-general, or any other his superior officer as may
be judged most conducive to the public safety : and the officer
receiving such intelligence, shall observe the same line of con-
duct, in order that it may, in the most expeditious way, arrive
to the captain-general.(81) And when the militia, or any de-
tachment thereof, are called out on actual service, under the
provisions of this act, they shall be entitled to the same pay
and rations as is, or shall be, provided for the army of the Uni-
ted States. And every non commissioned officer, musician
or private refusing or neglecting to perform his tour of duty,
in person or by substitute to the acceptance of the command-
ing officer of the company, shall pay the sum of *twelve dollars*
for every such neglect or refusal, if the tour be for a term not
exceeding one month, and in that proportion, if the tour be for
a longer or shorter term ; to be collected by the commanding
officer of the company, and to be disposed of, in the same man-
ner as are other fines imposed by virtue of this act.(82)

*Captain-gene-ral may as-semble the militia.*

*Powers of other officers.*

*Intelligence to be given to the captain-general.*

*Pay and ra-tions.*

*Fines for neg-lect, to per form a tour of duty.*

(79) Passed in October, 1792. The
sum to be paid was, at first, *three dollars
thirty-four cents.* In October, 1802, it
was raised to *four dollars, fifty cents ;*
and the section was, in other respects,
modified.

(80) Abstracted in October, 1802,
from a section of the act of October,
1792.

(81) These provisions are derived
from a section of the military act as re-
vised in 1672. Various additions and
modifications have since been made ;
the principal of which were, at the re-
vision in 1702 ; in May, 1641 ; in Octo-
ber, 1782 ; and in October, 1792.

(82) Passed in October, 1802.

§ 27. *And be it further enacted,* That general, field, commissioned, and staff officers, shall be subject to trial by general court martial, according to the usage and practice of war, for neglect of duty ; for contempt or disrespect to a superior officer ; for disobedience of orders ; and, generally, for unofficer like conduct ; which court martial shall consist of not less than nine nor more than thirteen members ;(72) and the senior officer, who shall always be of a rank superior to the officer on trial, shall preside :(83) the court martial for the trial of an officer, under the grade of a field officer, shall be appointed by the commanding officer of the brigade to which he belongs ; for the trial of an officer of the grade of a field officer, by the commanding officer of the division to which he belongs ; and for the trial of a general officer, by the captain-general.(84)    That an officer of the line shall be appointed to do the duty of judge advocate ; and no other person whatever shall be admitted to solicit, prosecute or defend the arrested officer.(85)    And whenever a general court martial shall be ordered, the orders shall designate the time and place for holding the same ; and the number and rank of the officers of which it shall be composed, as also the name of the judge advocate.(86)    And, if the officer to be tried be a general officer, he shall be furnished with a copy of the order for said court, and a copy of the charges in arrest, by the adjutant-general or a brigade-inspector, thirty days before the sitting of said court inclusively ; and, if he be of or under the rank of field officer, shall be furnished with like copies twenty days before the sitting of said court, by a brigade-inspector or the adjutant of the regiment, to which the arrested officer belongs.(87)    And it shall be the duty of the judge advocate to summon such witnesses, on the part of the state, as may be necessary, by subpœna from the officer ordering the court.(88) That the members of the court before they proceed to the trial of a cause, shall take the following oath to be administered by the judge advocate, viz. " You swear, that you will truly try and determine, according to your evidence, the matters depending between this state and the officer or officers now to be tried ; that you will not divulge the sentence of the court until the same shall be approved or disapproved pursuant to law ; neither will you, at any time, disclose the vote or opinion of any member of the court, unless required by due course of law : *So help you God.*" And the judge advocate before he administers said oath, shall take the following oath, to be administered by the president of the court, viz. " You swear, that you will not, at any time whatever, disclose the

Marginal notes:
Officers liable to be tried by court martial.

In what cases.

The court how composed, who to preside.

By whom appointed.

Judge advocate an officer of the line.

Mode of proceeding in detail, & notice in the several cases.

Oaths for the members of the court.

(72) Passed in October, 1792.

(83) Passed in October, 1793.

(84) Abstracted in October, 1802, from a section of the act of October, 1792.

(85) By the act of October, 1792, the judge advocate might be an officer of the line or staff ; altered as at present in October, 1802.

(86) Passed in October, 1793 ; modified in October, 1802.

(87) Compiled, with some alterations, in October, 1802, from the acts of October, 1792, and 1793.

(88) Abstracted in October, 1802, from a section of the act of October, 1793.

vote or opinion of any member of the court unless required by due course of law ; and that you will not divulge the sentence of the court, till the same shall be approved or disapproved pursuant to law ; and that you will faithfully and impartially do the duty of judge advocate in the court, according to the best of your ability : *So help you God.*"(89) And that all oaths which by this act may be necessary, and not otherwise provided for, may be administered by any general or field officer.(90)

*Oath for the judge-advocate.*

*By whom administered.*

§ 28. *And be it further enacted,* That sentences of courts martial shall be approved or disapproved by the captain-general. That if on trial the officer shall except against any one or more of the court, he shall state the ground of objection, and if it appear to the court sufficient, the member or members shall leave their seats, and if the number remaining be less than nine, the court shall be adjourned for a reasonable time, that the officer appointing the court may detail others to supply his or their place or places.(90) And no sentence of a court martial, shall inflict other punishment, than a reprimand, suspension from office for a time certain, cashiering, and cashiering with disability of holding any military office in this state ; and two thirds of the members shall concur in every sentence.(89) And in case an officer under arrest shall refuse or neglect to attend a court martial according to orders and notice given him, he shall, by said court be cashiered, with disability of ever after holding a military commission, unless reasonably prevented by sickness or otherwise, in which case the court shall have power to adjourn ; and notice thereof shall be given by the judge advocate to the arrested officer ; at least ten days before the day to which the court is adjourned.(91)

*Sentences how approved.*
*Exceptions to members of courts martial.*

*Extent of punishment.*

*Penalties for neglecting to attend.*

§ 29. *And be it further enacted,* That if any witness duly summoned, shall refuse to obey such summons, he shall be committed to gaol in the county where he lives by warrant from the president of the court, directed to a sheriff, his deputy or constable within their respective jurisdictions, there to be held at his own expense, until he will conform and give evidence in the case, or be discharged in due course of law. And all witnesses summoned on the part of the state, for travel and attendance, and the judge advocate for summoning them, shall have the same fees, as are allowed in civil causes, to be taxed by the president of the court, and collected by warrant of distress under his hand, from the officer arrested ; in case of his refusal to appear, or being found guilty, and the sentence approved as herein provided ; which warrant shall be directed to the sheriff, his deputy or constable as aforesaid ; but in case the arrested officer be acquitted, the aforesaid expense shall be paid out of the treasury of this state.(92) And that the officers of said court shall be allowed

*Attendance of witnesses enforced.*

*Fees—taxed, collected and paid.*

(89) Passed in October, 1792; slightly varied in October, 1802.
(90) Passed in October, 1802.
(91) Passed in October, 1793.
(92) Passed in October, 1793 ; modified in October, 1802.

65

Expenses of courts martial how paid.

*nine cents* per mile for travel, to and from the place of holding said court ; and *one dollar* per day for each day during its sitting ; and a bill of the same, being taxed and signed by the president, shall be paid from the state treasury.(90)

Repeal.

§ 30. *And be it further enacted,* That the statute entitled " an act for forming and conducting the military force of this state, conformable to the act of congress, passed the 8th day of *May,* A. D. 1792 ;" and all statutes made in addition to or alteration thereof, be and the same are hereby repealed.

Proviso.

*Provided nevertheless,* That all persons now holding appointments under the said statutes, shall continue to hold the same : *Provided also,* That all proceedings regularly commenced under the said statutes may be pursued to a final conclusion, such repeal notwithstanding.(90)

(90) Passed in October, 1802.

## CHAP. II.

An Act in addition to an Act entitled " An Act for forming and conducting the Military Force of this State."

[Enacted in May, 1803.]

Musicians may enlist into the guards.

§ 1. BE *it enacted by the Governour and Council and House of Representatives in General Court assembled,* That the commanding officer of any company of the governour's guards be, and he is hereby empowered to enlist from time to time, as may be necessary, from any of the militia companies of this state, suitable persons to be musicians for his company, any law, usage or custom to the contrary notwithstanding.

Proviso.

*Provided nevertheless,* that no enlistment be made, from any militia company, of any person appointed and acting as a musician in such company.

Musicians may be ordered to assemble for practice and instruction.

§ 2. *Be it further enacted,* That the commanding officer of any such company of guards shall have power to order the musicians, or any part of them, belonging to his company, to assemble at such times and places as he shall direct, for practice and instruction, not exceeding, together with the number of days such musicians shall be called to do duty with their company, the whole number of days which such company may by law be called out for company exercise. And if any musician shall neglect or refuse to obey such order, he shall be liable to the same fine as is or shall be provided by law for non-attendance on days of ordinary company exercise : *Provided,* That such musician shall have the same right to appeal as is given to him by law in other cases.

Fine for neglect.

Right of appeal.

Commanding officers of guards may dismiss for

§ 3. *Be it further enacted,* That the commanding officer of any such company of guards be, and he is hereby authorized and empowered to dismiss from his company every non-commissioned officer, musician and private belonging thereto,